UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CULTURE OF LIFE FAMILY SERVICES, INC., a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ATTORNEY GENERAL ROB BONTA, in his official capacity as the California Attorney General,<br><br>Defendant. | Case No. 3:24-CV-01338-GPC-KSC<br><br>**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION AS MOOT AND VACATING BRIEFING SCHEDULE**<br><br>**[ECF Nos. 13, 15]** |

On November 12, 2024, the Court granted the Defendant's motion to dismiss with leave to amend. ECF No. 17. In light of this, the Court DENIES Plaintiff's motion for preliminary injunction (ECF No. 13) as moot. Accordingly, the Court also vacates the briefing schedule for that hearing (ECF No. 15).

**IT IS SO ORDERED.**

Dated: November 13, 2024

Hon. Gonzalo P. Curiel
United States District Judge