Charles S. LiMandri, SBN 110841
 cslimandri@limandri.com
Paul M. Jonna, SBN 265389
 pjonna@limandri.com
Jeffrey M. Trissell, SBN 292480
 jtrissell@limandri.com
LiMANDRI & JONNA LLP
P.O. Box 9120
Rancho Santa Fe, CA 92067
Telephone: (858) 759-9930
Facsimile: (858) 759-9938

Thomas Brejcha, *pro hac vice*\*
 tbrejcha@thomasmoresociety.org
Peter Breen, *pro hac vice*\*
 pbreen@thomasmorsociety.org
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, IL 60606
Tel: (312) 782-1680
\*Application forthcoming

*Attorneys for Plaintiff Culture of Life Family Services, Inc.*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CULTURE OF LIFE FAMILY SERVICES, INC. a California nonprofit corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ATTORNEY GENERAL ROB BONTA, in his official capacity as the California Attorney General,<br><br>　　　　Defendant. | Case No.: 3:24-cv-1338-GPC-KSC<br><br>**NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:　　Hon. Gonzalo P. Curiel<br>Location:　Courtroom: 2D<br>Date:　　　January 10, 2025<br>Time:　　　1:30 p.m.<br><br>Action Filed: July 30, 2024 |

**TO: THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 10, 2025 at 1:30 p.m., in Courtroom 2D of this Court, located at 333 West Broadway, San Diego, CA 92101, Plaintiff Culture of Life Family Services, Inc. ("COLFS"), will and hereby does move this Court, pursuant to Fed. R. Civ. P. 65(b) and S.D. Cal. CivLR 7.1 for a preliminary injunction, prohibiting Defendant Attorney General Bonta, and his officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with him, from applying California's Unfair Competition Law ("UCL") or False Advertising Law ("FAL") to Plaintiff COLFS's speech about Abortion Pill Reversal. *See* Cal. Bus. & Prof. Code §§ 17200, 17500.

Specifically, COLFS requests an injunction against Defendant Bonta applying the UCL or FAL on the basis that COLFS represents on its websites or to individual women that: (1) that Abortion Pill Reversal is "effective" at "revers[ing]" a medical abortion, leading to thousands of lives saved; (2) that the standard Abortion Pill Reversal protocol has been shown to have a 64-68% success rate and no birth defects (via primarily the 2018 Delgado study); and (3) that Abortion Pill Reversal may still be effective in non-standard situations (such as more than 72-hours after taking mifepristone, or after taking misoprostol or methotrexate). Further, COLFS requests an injunction against Defendant Bonta applying the UCL or FAL on the basis that COLFS fails to state (4) that Abortion Pill Reversal may lead to life-threatening bleeding.

This motion is made on the grounds that Defendant Bonta is engaged in an unconstitutional civil prosecution of separate organizations for engaging in the above speech such that it is likely that COLFS could be subject to its own prosecution. Yet the legal theory in that prosecution violates COLFS's and its patients' free speech rights, COLFS's free exercise rights, and COLFS's patients' substantive due process rights. Defendant Bonta's chilling of COLFS's and its patients' constitutional rights

is causing them irreparable injury. The relief COLFS requests would not harm any lawful interest of Defendant Bonta and granting it the requested relief would serve the public interest.

Further, COLFS requests that the Court waive any bond requirement in issuing the injunction because enjoining Defendant Bonta from unconstitutionally chilling or violating COLFS's constitutional rights will not financially affect Defendant Bonta.

This motion is supported by the accompanying Memorandum of Points and Authorities, by the Verified Complaint, by the declarations of William R. Goyette, Dr. Elena Kraus, and Dr. Michael T. Valley, and by such further argument and evidence that may be adduced at any hearing on this matter or of which the Court may take judicial notice.

Respectfully submitted,

LiMANDRI & JONNA LLP

Dated: November 15, 2024     By: _____
Charles S. LiMandri
Paul M. Jonna
Jeffrey M. Trissell
Attorneys for Plaintiff Culture of Life Family Services, Inc.

## CERTIFICATE OF SERVICE

*Culture of Life Services v. Attorney General Ron Bonta*
USDC Court Case No.: 3:24-cv-1338-GPC-KSC

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is P.O. Box 9120, Rancho Santa Fe, California 92067, and that I served the following document(s):

- **NOTICE OF MOTION AND PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION;**
- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION;**
- **DECLARATION OF MICHAEL T. VALLEY, M.D., IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION;**
- **DECLARATION OF ELENA KRAUS, M.D., PH.D., IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION;**
- **DECLARATION OF WILLIAM R. GOYETTE, CEO, IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION.**

on the interested parties in this action by placing a true copy in a sealed envelope, addressed as follows:

Rob Bonta, Attorney General of California
Renu George, Senior Assistant Attorney General
Karli Eisenberg, Supervising Deputy Attorney General
Kathleen Boergers, Supervising Deputy Attorney General
Erica Connolly, Deputy Attorney General
Hayley Penan, Deputy Attorney General
1300 "I" Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Tel: (916) 210-7755
Fax: (916) 327-2319
E-Mail: Erica.Connolly@doj.ca.gov
E-Mail: karli.eisenberg@doj.ca.gov
E-Mail: kathleen.boergers@doj.ca.gov
E-Mail: hayley.penan@doj.ca.gov
**Attorney for Defendant Attorney General of California Rob Bonta**

__X__   **(BY ELECTRONIC MAIL)** I served a true copy, electronically on designated recipients via electronic transmission of said documents.

__X__   **(BY ELECTRONIC FILING/SERVICE)** I caused such document(s) to be Electronically Filed and/or Service using the ECF/CM System for filing and transmittal of the above documents to the above-referenced ECF/CM registrants.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct. Executed on November 15, 2024, at Rancho Santa Fe, California.

_Kathy Denworth_
Kathy Denworth