Charles S. LiMandri, SBN 110841
 cslimandri@limandri.com
Paul M. Jonna, SBN 265389
 pjonna@limandri.com
Jeffrey M. Trissell, SBN 292480
 jtrissell@limandri.com
LiMANDRI & JONNA LLP
P.O. Box 9120
Rancho Santa Fe, CA 92067
Telephone: (858) 759-9930
Facsimile: (858) 759-9938

Thomas Brejcha, *pro hac vice*\*
 tbrejcha@thomasmoresociety.org
Peter Breen, *pro hac vice*\*
 pbreen@thomasmorsociety.org
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, IL 60606
Tel: (312) 782-1680
\*Application forthcoming

*Attorneys for Plaintiff Culture of Life
Family Services, Inc.*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CULTURE OF LIFE FAMILY SERVICES, INC. a California nonprofit corporation,<br><br>      Plaintiff,<br><br>   v.<br><br>ATTORNEY GENERAL ROB BONTA, in his official capacity as the California Attorney General,<br><br>      Defendant. | Case No.: 3:24-cv-1338-GPC-KSC<br><br>**DECLARATION OF MICHAEL T. VALLEY, M.D., IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:    Hon. Gonzalo P. Curiel<br>Location:  Courtroom: 2D<br>Date:     January 10, 2025<br>Time:     1:30 p.m.<br><br>Action Filed: July 30, 2024 |

I, Michael T, Valley, M.D., declare and states as follows:

1.      I have been retained by counsel for the Plaintiff in the above captioned litigation. I am over 18 years of age, competent with the qualifications required to make this declaration in support of the Plaintiff.

2.      I have knowledge of all matters in this declaration. I have cited relevant literature in support of my arguments and am prepared and could testify at trial if called as a witness.

## I.    PROFESSIONAL BACKGROUND, QUALIFICATIONS, AND MATERIALS REVIEWED

3.      I am a medical doctor, double board-certified by the American Board of Obstetrics and Gynecology in the specialty of Obstetrics and Gynecology and the subspecialty of Urogynecology. I am licensed to practice in Minnesota.

4.      I earned my Medical Doctor degree from Vanderbilt University School of Medicine. I have served on the faculty of the University of Oklahoma School of Medicine and the University of Florida – Jacksonville, where I instructed medical students and residents in Obstetrics and Gynecology in the area of reproductive health, including early pregnancy care, pregnancy loss, miscarriage, abortion, ectopic pregnancy, and contraception. My curriculum vitae is attached as Exhibit A.

5.      I have reviewed the complaints filed in *People of the State of California v. Heartbeat International Inc. and RealOptions, Inc.*, No. 23-cv-44940 (Cal. Super. Ct., Alameda Cnty., Sep. 21, 2023), and *Culture of Life Family Services, Inc. v. Attorney General Rob Bonta*, No 24-cv-1338 (S.D. Cal. July 30, 2024).

6.      Based on my review of those complaints, it is my understanding that the Attorney General has targeted Heartbeat International, Inc. and RealOptions, Inc. because they provide referrals for or medical care to women who have taken mifepristone (RU486, the abortion pill) but then change their mind and want to remain pregnant. Giving these women progesterone may overcome (reverse) the effect of the mifepristone, keeping the embryo alive. This is called Abortion Pill

Reversal (APR).

7.    The AG wants to prohibit Heartbeat nurses from referring women for, and RealOptions nurses and doctors from providing, the lawful, potentially life-saving, progesterone to these women. The AG attempts to accomplish this by forbidding Heartbeat, through its website and hotline, and RealOptions through its five pro-life community clinics, from helping these women by providing accurate information about this safe and effective treatment. He accuses Heartbeat and RealOptions of engaging in fraudulent business practices and misleading advertising by providing women with no-cost APR treatment. *See* Cal. Bus. & Prof. Code §§ 17200, 17500.

8.    Because Culture of Life Family Services (COLFS) similarly provides this lawful, potentially life-saving progesterone to women, COLFS is afraid it may become subject to a similar enforcement action.

9.    Herein I will support my expert opinion that APR is safe, often effective in reversing the effect of mifepristone, and is supported by scientific evidence, contrary to the Attorney General's belief that claims about APR are misleading and false and not supported by scientific evidence.

10.    My opinions are based on my decades of experience as a physician providing Obstetric and Gynecologic care for women. I have taught reproductive healthcare as part of my professional faculty role in teaching medical students and Obstetric and Gynecologic residents in training. I have published work in the area of reproductive health and am familiar with the scientific literature concerning APR and mifepristone medication abortion.

11.    In my practice, I have provided progesterone to women who have taken mifepristone (the abortion pill) and seen continued, ongoing pregnancy after taking progesterone. Thus, I offer APR and understand how and when it is used.

///

///

## II.   EXPERT OPINIONS

### A.   Background on Medication Abortion

12.   Medication abortion is performed by prescribing two medications, mifepristone (also known as RU-486) and misoprostol. The FDA approved this regimen for pregnancies through 7 weeks gestation in 2000.[1] In 2016, the use of medication abortion was approved for use through 10 weeks for pregnancy.[2]

13.   The FDA describes the mifepristone mechanism of action as follows:

> The anti-progestational activity of mifepristone results from competitive interaction with progesterone at progesterone-receptor sites. Based on studies with various oral doses in several animal species (mouse, rat, rabbit, and monkey), the compound inhibits the activity of endogenous or exogenous progesterone, resulting in effects on the uterus and cervix that, when combined with misoprostol, result in termination of an intrauterine pregnancy. During pregnancy, the compound sensitizes the myometrium to the contraction-inducing activity of prostaglandins.[3]

14.   Progesterone is necessary to sustain pregnancy by supporting the endometrium (lining of the uterus). The endometrial receptivity results from progesterone's effect and is necessary for the life-sustaining attachment of the pregnancy with its placenta to the uterus. Mifepristone works by competing with progesterone for the progesterone receptors in the uterus. By blocking progesterone's effect, it causes the lining of the uterus and pregnancy to break down, ultimately causing separation of the pregnancy from the uterus and death of the embryo.[4]

---

[1] Mifeprex Drug Approval Package, *Approval Letter*, FDA (Sep. 28, 2000), https://www.accessdata.fda.gov/drugsatfda_docs/nda/2000/20687_mifepristone.cfm.

[2] *Label for Mifeprex (mifepristone) Tablets*, FDA (rev. Mar. 2016), https://www.accessdata.fda.gov/drugsatfda_docs/label/2016/020687s020lbl.pdf.

[3] *Label for Mifeprex (mifepristone) Tablets*, *supra* n.2, at 10-11.

[4] Nikhil Sarkar, *Mifepristone: Bioavailability, pharmacokinetics and use-effectiveness*, 101(2) Eur. J. of Ob. & Gyn. and Repro. Biolog. 113, 115-16 (2002), https://pubmed.ncbi.nlm.nih.gov/11858983/.

15.    Because of this accepted role of progesterone in maintaining pregnancy, the hypothesis—giving progesterone after mifepristone can reverse (counteract) mifepristone's effect—was tested and APR was developed.

16.    Mifepristone sensitizes the myometrium (uterine muscle) to prostaglandins; prostaglandins cause the uterus (myometrium) to contract and expel the pregnancy.[5] Mifepristone also stimulates the release of prostaglandins.

17.    Misoprostol—the second drug used in medication abortion—is a synthetic prostaglandin analog.[6] It has long been accepted that mifepristone alone is less effective in inducing an abortion, compared with using mifepristone with a prostaglandin analog.[7]

## B.    Background on Types of Scientific Evidence

18.    Scientific evidence is used to determine if progesterone can reverse (overcome) the effect of mifepristone. Scientific evidence comes in many forms, observational research, experimental research, and expert opinion.

19.    Evidence is separated into levels in order of quality of evidence. Level I representing the highest quality of evidence, decreasing in quality as level designation increases in number:

      a.    Level I evidence is obtained from a well-conducted and well-designed randomized controlled trial. When well-designed and well-conducted, the randomized controlled study is a gold standard for clinical medicine.

---

[5] *Label for Mifeprex (mifepristone) Tablets*, *supra* n.2, at 10-11.

[6] *Label for Cytotec (misoprostol) Tablets*, FDA 1 (rev. Feb. 2018), https://www.accessdata.fda.gov/drugsatfda_docs/label/2018/019268s051lbl.pdf.

[7] Iain T. Cameron, et al., *Therapeutic Abortion in Early Pregnancy with Antiprogestogen RU486 Alone or in Combination with Prostaglandin Analogue (Gemeprost)*, 34(5) Contraception 459, 465-66 (1986), https://www.contraceptionjournal.org/article/0010-7824(86)90055-7/pdf.

However, a randomized controlled study cannot effectively or ethically study all clinical questions.

b. Level II evidence is obtained from well-designed, executed, non-randomized controlled studies, well-designed case-control studies or cohort studies.

c. Level III evidence is from non-experimental studies. It could include case series, not well-designed case-control or cohort studies.

d. Level IV includes expert opinions from respected authorities on the subject based on their clinical experience.[8]

20.    No study is perfectly designed and executed, so all studies have limitations. As I review the evidence in support of progesterone reversal of mifepristone, the quality of the evidence will be discussed. Some of the evidence in support of APR has been criticized, resulting in APR practitioners being accused of engaging in fraudulent business practices and misleading advertising by providing women with no-cost APR.

21.    As I review the scientific evidence in support of APR, be mindful that the majority of the American College of Obstetricians and Gynecologists (ACOG) clinical practice recommendations are not based on "good and consistent evidence," but rather are based on "consensus and opinion" (32%), or "limited or inconsistent evidence" (37%).[9]

22.    ACOG is the largest professional organization for Obstetrician Gynecologists. And the majority of its clinical recommendations are not based on the highest quality of scientific medicine. Clinical recommendations can and should be

---

[8] Steven Tenny & Matthew Varacallo, *Evidence-Based Medicine*, *in* StatPearls (Sep. 10, 2024), https://www.ncbi.nlm.nih.gov/books/NBK470182/.

[9] Jason D. Wright, et al., *Scientific Evidence Underlying the American College of Obstetricians and Gynecologists' Practice Bulletins*, 118 Obst. & Gyn. 505 (Sept. 2011), https://pubmed.ncbi.nlm.nih.gov/21826038/.

made based on the assessment of available evidence if sufficient, even if not of the highest quality.

### C.    Does Mifepristone Harm the Fetus that Survives a Medication Abortion?

23.    No. If an embryo or fetus is exposed to the abortion medication mifepristone, there is no credible evidence that it will be harmed if it survives the abortion attempt, whether that survival occurs without or with progesterone antagonism (reversal).

24.    Mifepristone package labeling states that "The risk of adverse developmental outcomes with a continued pregnancy after a failed pregnancy termination with MIFEPREX in a regimen with misoprostol is unknown."[10] This is because of the lack of study data where the developmental outcomes have been specifically studied. However, critically, the labeling states that no teratogenic effects of mifepristone on rats or mice have been observed.[11]

25.    Many of the medications that are used in humans, likewise have "unknown" teratogenic effects in humans. But many have either animal data showing no increased risk or human observational data that does not show an increased risk of birth defects over the expected baseline rate. There are also many medications that have an association with certain birth defects but are still used in pregnancy because the benefit to the woman is felt to outweigh any increased risk to the fetus.

26.    An example of a commonly used medication in pregnancy is Zofran for nausea and vomiting. There is a small increased risk of cleft palate and heart defects if Zofran is used during pregnancy.[12] Despite this known small risk, pregnant women

---

[10] *Label for Mifeprex (mifepristone) Tablets*, *supra* n.2, at 9.

[11] *Label for Mifeprex (mifepristone) Tablets*, *supra* n.2, at 9.

[12] Mother to Baby Fact Sheets, *Ondansetron (Zofran®)*, Organization of Teratology Information Specialists (Sep. 2022), https://www.ncbi.nlm.nih.gov/books/NBK582886/.

DECL. OF MICHAEL T. VALLEY, M.D., ISO
PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

commonly use this medication if their nausea and vomiting is refractory to other treatments.

**D.    Can Progesterone Reverse (Outcompete) Mifepristone and Thus Keep A Pregnancy Alive?**

27.    Yes. Before reviewing the scientific evidence that supports APR use, it is important to know that scientific evidence supports the premise that progesterone, on a molecular level, can outcompete (reverse) the embryoicidal or feticidal effect of mifepristone.

28.    An argument can be made—notably without any scientific evidence—that because of the properties of the progesterone receptor, it is impossible for progesterone to outcompete and displace mifepristone from the progesterone receptor. Mifepristone has higher affinity for the progesterone receptor than does progesterone. If progesterone was unable to outcompete mifepristone for the receptor because of the higher affinity of mifepristone, then progesterone could not reverse and overcome the effects of mifepristone.

29.    However, there is evidence that progesterone can inhibit the effect of mifepristone. And it comes from the data that was submitted to the FDA during the New Drug Application (NDA) process. Rats were studied and given mifepristone with and without progesterone. If given mifepristone alone, the fetal loss rate was 66%-100%. In the group given the highest dose of progesterone, the fetal loss rate was 10.78%. The authors state, in summary, "Thus the abortifacient activity of RU486 (mifepristone) is antagonized by progesterone allowing for normal pregnancy and delivery."[13]

---

[13] Mifeprex Drug Approval Package, *Pharmacology Review(s)*, FDA 16-17 (Sept. 28, 2000), https://www.accessdata.fda.gov/drugsatfda_docs/nda/2000/20687 _mifepristone.cfm.

30.    Animal pharmacology studies are routinely used to support the likely equivalent microbiologic behavior of a medication in humans.[14] When studying drugs for new uses—e.g., using progesterone for APR—researchers want to provide scientific evidence for proof-of-concept. In this case the animal studies convincingly, as the authors stated, show that progesterone can antagonize mifepristone and increase the chances of fetal survival.[15] Thus, providing proof-of-concept that progesterone can outcompete and displace mifepristone from the progesterone receptor.

31.    Another proof-of-concept study has confirmed that progesterone could outcompete/reverse the effect of mifepristone in rats.[16] There were three study groups in this study. Pregnant subjects receiving no mifepristone or progesterone (control Group, M-P-), those who received mifepristone alone (M+P-) and those who received mifepristone and progesterone (M+P+).

32.    On the 21st day of pregnancy, ultrasound was performed on all rats in all three groups to confirm the presence or absence of a fetal heart rate. The results convincingly show that progesterone was able to outcompete the effects of mifepristone. Importantly there was a control group of pregnant rats that received no mifepristone and no progesterone. The continued pregnancy rate in the progesterone reversal group (M+P+) was 81.3% which was similar to the normal pregnant control group (M-P-). As expected, no gestational sacs containing living fetuses were seen in

---

[14] Vijay K. Singh & Thomas M. Seed, *How necessary are animal models for modern drug discovery?*, 16(12) Expert Opinion on Drug Discovery 1391 (2021), https://www.tandfonline.com/doi/full/10.1080/17460441.2021.1972255.

[15] Mifeprex Drug Approval Package, *Pharmacology Review(s)*, *supra* n.13, at 16-17.

[16] Christina Camilleri & Stephen Sammut, *Progesterone-Mediated Reversal of Mifepristone-Induced Pregnancy Termination in a Rat Model: An Exploratory Investigation*, 13(1) Sci. Rep. 10942, 4 (2023), https://pubmed.ncbi.nlm.nih.gov/37414825/.

the mifepristone alone group (M+P-). Mifepristone without progesterone reversal was 100% successful in terminating the pregnancies in this group.[17]

### E.    Is Progesterone Safe to Use After Mifepristone?

33.    Yes. There is no credible evidence that a woman who takes progesterone after taking mifepristone to attempt to reverse the abortion pill, will harm herself or her embryo/fetus. There is not one report of a woman ever being harmed by progesterone.

34.    Progesterone has been used for decades for multiple medical indications. This includes for treating some forms of infertility to help women get and stay pregnant. There is no known risk to the mother or fetus.[18] It is available in many preparations for administration. It is chemically identical to the progesterone of ovarian origin.[19] Progesterone is produced by the corpus luteum of the ovary in early pregnancy and is necessary to support the growing embryo. The placenta then takes over production of progesterone starting at about 12 weeks, and thereafter is the primary source of progesterone production for the remainder of the pregnancy.

35.    There is no evidence that prescribed exogenous progesterone is a teratogen that causes birth defects.[20] This may seem obvious because progesterone is necessary to sustain a normally developing pregnancy. But it is important to know that giving the body more of a hormone than is normally present could have adverse

---

[17] Camilleri & Sammut, *supra* n.16.

[18] Am. Soc. for Repro. Med., *Progesterone Supplementation During the Luteal Phase and in Early Pregnancy in the Treatment of Infertility: an Educational Bulletin*, 90 Fertility & Sterility S150, S152 (2008), https://pubmed.ncbi.nlm.nih.gov/18406835/.

[19] *Label for Prometrium (progesterone) Capsules*, FDA (rev. June 2009), https://www.accessdata.fda.gov/drugsatfda_docs/label/2009/019781s013lbl.pdf.

[20] Mother to Baby Fact Sheets, *Progesterone and Progestins*, Organization of Teratology Information Specialists (Mar. 2022), https://www.ncbi.nlm.nih.gov/books/NBK582914/.

effects on the embryo, but with progesterone there is no known negative effect on the embryo.

36.     The largest reported series of patients, 754, treated with APR—progesterone to reverse mifepristone—did not show any increased risks of birth defects compared to the expected rate in the population.[21]

37.     Unlike the discussion above about safety concerns for the embryo or fetus, where a complication such as a birth defect can be objectively observed, "safety" in reference to maternal complications that can occur during a medical procedure can be measured with multiple different metrics. Some complications may be minor and others severe. "Safe" is not a medical definition, it is a subjective assessment of a procedure or medication, based on the incidence and severity of complications that are measured. There is no consistency within the medical field when defining "safe," except for some procedures or medications that have an extremely low/mild complication rate, where there is universal agreement on safety.

38.     A recent systemic review of four studies of APR highlights potential safety concerns when giving progesterone after mifepristone.[22] This review summarizes the outcomes, including complications, in Table 2.[23] In one of the studies reviewed, one patient had heavy vaginal bleeding with clots and believed she had a miscarriage, and therefore stopped the progesterone. There is no discussion of whether the patient needed treatment for what reads like a normal course of a miscarriage.

---

[21] George Delgado, et al., *A Case Series Detailing the Successful Reversal of the Effects of Mifepristone Using Progesterone*, 33(1) Issues L. & Med. 21 (2018), https://pubmed.ncbi.nlm.nih.gov/30831017/.

[22] Bianca Maria Stifani & Antonella Francheska Lavelanet, *Reversal of medication abortion with progesterone: a systematic review*, 50 BMJ Sexual & Reproductive Health 43 (2024), https://pubmed.ncbi.nlm.nih.gov/37863512/.

[23] Stifani & Lavelanet, *supra* n.22 at 48.

DECL. OF MICHAEL T. VALLEY, M.D., ISO
PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

39.    The few original older studies using mifepristone alone had small numbers of patients. One reported that 2 out of 37 patients had heavy bleeding that required transfusion and dilation and curettage (D&C).[24] However, this study used mifepristone dosing regimens not in use today and therefore may not be relevant.

40.    Opponents of APR primarily cite one study when claiming that progesterone antagonization of the abortion drug mifepristone is not safe for women.[25] This is the only randomized controlled trial that has attempted to study the effectiveness and safety of APR. As discussed above, randomized controlled studies (RCT) are considered to be the highest level of scientific evidence—most likely to reach an accurate conclusion. But all studies, including RCTs, have limitations resulting from imperfect design and execution.

41.    In that study, the researchers recruited pregnant women with ultrasound confirmed cardiac activity who were planning to have a surgical abortion. They then randomized 12 patients into 2 groups. Group 1 received mifepristone followed by a placebo, and Group 2 received mifepristone followed by progesterone. Only 10 patients completed the study. The subjects were then followed until the planned surgical abortion scheduled 14-16 days after enrollment in the study. Ultrasound was used to determine if the embryo survived. The objective was to determine if giving progesterone increased the rate of embryo survival.

---

[24] L, Kovacs, et al., *Termination of very early pregnancy by RU 486--an antiprogestational compound*, 29(5) Contraception 399 (1984), https://pubmed.ncbi.nlm.nih.gov/6744860/.

[25] Mitchell D. Creinin, et al., *Mifepristone Antagonization with Progesterone to Prevent Medical Abortion: A Randomized Controlled Trial*, 135(1) Obstetrics & Gynecology 158 (2020), https://pubmed.ncbi.nlm.nih.gov/31809439/.

DECL. OF MICHAEL T. VALLEY, M.D., ISO
PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

42.     This study is severely limited. Most importantly, the small number of patients—only 10 patients completed the study protocol—makes any evidence-based conclusions and recommendations impossible.[26]

43.     Regarding safety, the authors report that 3 of the 10 patients had "severe hemorrhage requiring ambulance transport" to the emergency department. Based on these three patients, enrollment in the study was halted. In further review of these 3 patients, two of the three received a placebo and required emergent dilation and curettage (D&C) and one of them required a blood transfusion. The third patient – who received progesterone—had no intervention and a hemoglobin level of 10.4 gm/dL (slightly less than normal). Her hemoglobin level prior to being enrolled was not reported so we do not know how much if any it had decreased. A small decrease would prove that the bleeding was not excessive. It is possible that this patient's bleeding was normal bleeding associated with a medical abortion, not severe hemorrhage.[27] It is not clear why she was transported by ambulance. This limited safety data shows that giving the progesterone after mifepristone was safe. The significant safety concerns were in the placebo arm only.

44.     The safety of APR must be compared to what is known about the safety of attempting a medical abortion. Despite opponents of APR claiming that mifepristone is "safer than Tylenol,"[28] there is robust evidence that mifepristone has significant risks, sometimes serious, including death.

---

[26] Michael T. Valley, *Mifepristone Antagonization With Progesterone to Prevent Medical Abortion: A Randomized Controlled Trial*, 135(4) Obstetrics & Gynecology 970 (2020), https://journals.lww.com/greenjournal/citation/2020/04000/mifepristone_antagonization_with_progesterone_to.33.aspx.

[27] Valley, *supra* n.26.

[28] Christine Fernando, *Mifepristone 'safer than Tylenol,' experts say amid court battle over major abortion pill*, USA Today (Apr. 18, 2023), https://www.usatoday.com/story/news/nation/2023/04/18/mifepristone-case-abortion-pill-drug-tyenol-fda/11687403002/.

45.    Mifepristone still contains a black box warning about some of the serious risks:

> ### WARNING: SERIOUS AND SOMETIMES FATAL INFECTIONS OR BLEEDING
>
> Serious and sometimes fatal infections and bleeding occur very rarely following spontaneous, surgical, and medical abortions, including following MIFEPREX use. No causal relationship between the use of MIFEPREX and misoprostol and these events has been established.
>
> - Atypical Presentation of Infection. Patients with serious bacterial infections (e.g., *Clostridium sordellii*) and sepsis can present without fever, bacteremia, or significant findings on pelvic examination following an abortion. Very rarely, deaths have been reported in patients who presented without fever, with or without abdominal pain, but with leukocytosis with a marked left shift, tachycardia, hemoconcentration, and general malaise. A high index of suspicion is needed to rule out serious infection and sepsis *[see Warnings and Precautions (5.1)]*.
> - Bleeding. Prolonged heavy bleeding may be a sign of incomplete abortion or other complications and prompt medical or surgical intervention may be needed. Advise patients to seek immediate medical attention if they experience prolonged heavy vaginal bleeding *[see Warnings and Precautions (5.2)]*.[29]

46.    Tylenol has no similar warning. The box warning that Tylenol has is related to taking an overdose of the drug which causes hepatic toxicity, not when taken as directed.[30]

47.    Approximately 1 in 25 women who use mifepristone for a medical abortion will end up seeking additional care in the emergency department for complications.[31]

---

[29] *Label for Mifeprex (mifepristone) Tablets*, *supra* n.2, at 2.

[30] *Label for Acetaminophen Injections*, FDA (rev. Oct. 2015), https://www.accessdata.fda.gov/drugsatfda_docs/label/2015/204767s000lbl.pdf.

[31] *Label for Mifeprex (mifepristone) Tablets*, *supra* n.2, at 8.

48.    No matter what one's definition of "safe" is, it stretches all limits of credulity to suggest that mifepristone induced abortion is safer than Tylenol. The known risks and complications of mifepristone use can result in harm and present definitive safety concerns.

**F.    Does Giving Progesterone Increase the Likelihood that an Embryo or Fetus Will Survive After Mifepristone?**

49.    Yes. There is scientific evidence, albeit not all Level I evidence, that supports this answer to the seminal question. Opponents of APR argue that there is not enough high quality efficacy data to make a firm conclusion. I will show that there is enough evidence to support the use of APR given its known safety and potential life-saving effect.

50.    To support the use of APR, the rate of continued pregnancy with mifepristone alone must be compared to the rate of mifepristone with progesterone. One systematic review of embryo survival after mifepristone alone without misoprostol was published in 2015.[32] Because the studies reviewed were so heterogeneous, using different doses of mifepristone, the authors concluded that no conclusions could be made about continuing pregnancy rate with mifepristone alone and the 95% confidence intervals in the included studies were large, meaning the results are less trustworthy. The continued pregnancy rates were 8%-46%.[33] This systematic review had other limitations, excluding some studies that may have affected the results and including other studies that did not assess abortion failures with ultrasound.[34]

---

[32] Daniel Grossman, et al., *Continuing pregnancy after mifepristone and "reversal" of first-trimester medical abortion: a systematic review*, 92(3) Contraception 206 (2015), https://pubmed.ncbi.nlm.nih.gov/26057457/.5

[33] Grossman, et al., *supra* n.32.

[34] Mary Davenport, et al., *Embryo Survival after Mifepristone: A Systematic Review of the Literature*, 32(1) Issues L. & Med. 3 (2017), https://pubmed.ncbi.nlm.nih.gov/

51. A second systematic review of pregnancy continuation after mifepristone alone was performed in 2017 and included 30 studies. Of these studies, 18 of the 30 met criteria describing embryo survival. 678 total subjects were included in the studies analyzed, and of these, 86 (12.6%) of the embryos survived.[35] This systemic review has been criticized because most of the studies gave a total dose of more than 200mg of mifepristone, the current commonly prescribed dose. The one study that used the current 200mg single dose in 30 subjects with a gestational age limit of 7 weeks (49 days) showed an embryo survival rate of 23.3% (95% Confidence interval of 10.6-42.7%).[36] When comparing results, the confidence interval (CI) is of paramount importance. If two results have overlapping CIs, the difference in the two results may not be clinically significant.

52. Being concerned about limitations in the 2015 (Grossman) and 2017 (Davenport) systematic reviews, two authors performed a separate analysis via opinion letter in 2019 of just 7 studies that clearly defined continued living embryo rates after mifepristone alone.[37] Continued living pregnancies were found in 44 of 550 , 8% of subjects (range 0 – 25%). They appropriately noted, as did Davenport, et al., that only one of the studies reported on the contemporarily used 200 mg mifepristone dose.

53. It is accepted that the success rate of progesterone reversal does increase with increasing gestational age. In the 2019 (Grossman and White) opinion letter (not

---

29108160/.

[35] Davenport, et al., *supra* n.34.

[36] B. Maria, et al., *[Early pregnancy interruption using an antiprogesterone steroid: Mifepristone (RU 486)]*, 17(8) J. Gynecol. Obstet. Biol. Reprod. (Paris) 1089 (1988), https://pubmed.ncbi.nlm.nih.gov/3235788/.

[37] Mitchell D. Creinin & Melissa J. Chen, *Mifepristone antagonization requires real studies to evaluate safety and efficacy*, 100(6) Contraception 427 (2019), https://www.contraceptionjournal.org/article/S0010-7824(19)30450-0/abstract.

DECL. OF MICHAEL T. VALLEY, M.D., ISO
PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

a scientific study), the authors reanalyzed Davenport's data to exclude pregnancies greater than 7 weeks gestation to eliminate pregnancies more likely to survive beyond 7 weeks. Their reanalysis showed that Davenport's published success rate with progesterone antagonization (APR) at $\leq$ 7 weeks (49 days) of 42% (95% CI 36-47%) compared to Maria's 23% (95% CI 21-41%) also at $\leq$ 7 weeks reveal overlapping confidence intervals.[38] Thus, they claimed that the 42% and 23% results—that appear to be a large difference— may not be clinically significant. However, they failed to recognize that their reanalysis of the Davenport data combined all routes of progesterone administration. The most successful routes of administration were high dose oral and intramuscular. If just those two routes of administration were looked at separately, it is likely that the confidence intervals would not overlap, confirming that at $\leq$ 7 weeks giving progesterone after mifepristone saves more fetal lives than giving nothing after mifepristone.

54.    The most recent systematic review looked at reversal of medication abortion with and without progesterone.[39] Four studies were included with 561 subjects receiving progesterone, 271 (48%) of whom had successful reversal. "The ongoing pregnancy rate for individuals ≤7 weeks who received progesterone was 42% (95% CI 37-48) compared with 22% (95% CI 11-39) for mifepristone alone."[40] The difference is large even though the confidence interval overlaps.

55.    The one randomized controlled study using progesterone for medical abortion reversal was halted for safety concerns.[41] I discussed above why these limited data actually supported the safety of giving progesterone for abortion

---

[38] Daniel Grossman & Kari White, *Abortion "Reversal" — Legislating without Evidence*, 379(16) N. Engl. J. Med. 1491 (2018), https://www.nejm.org/doi/10.1056/NEJMp1805927.

[39] Stifani & Lavelanet, *supra* n.22.

[40] Stifani & Lavelanet, *supra* n.22 at 43.

[41] Creinin, et al., *supra* n.25.

reversal. Their limited data also show that progesterone was effective in preserving embryonic life. Four of the 5 (80%) subjects who received progesterone had continued embryonic cardiac activity. Although the authors could not make any conclusions about efficacy because of its limited enrollment, the 80% success rate supports progesterone use for mifepristone reversal.

56.    The fact that there are no large randomized controlled trials supporting progesterone for reversal of mifepristone is not unusual. None of the trials relied on for the approval of mifepristone was a randomized controlled trial—those studies used either a historical control group or dose comparisons. As the FDA's statistical review of the application for mifepristone approval stated: "In the absence of a concurrent control group in each of these studies, it is a matter of clinical judgment whether or not the sponsor's proposed therapeutic regimen is a viable alternative to uterine aspiration for the termination of pregnancy."[42]

**G.    Is it Appropriate to Offer Women APR In the Absence of a Successfully Completed Randomized Control Trial?**

57.    Yes. It would not be ethical to ask women, who wanted to attempt to reverse their medication abortion with progesterone, to enroll in a randomized controlled trial where they would randomly receive either progesterone or placebo. Women in this situation deserve the care that offers them the best chance of saving their pregnancies. Even if there was not adequate scientific data to support progesterone use for reversal of medication abortion (there is sufficient data), the fact that progesterone <u>could</u> work to reverse a medical abortion and does not harm a woman should be enough to offer the treatment.

---

[42] Mifeprex Drug Approval Package, *Statistical Review(s)*, FDA 3 (Sept. 28, 2000), https://www.accessdata.fda.gov/drugsatfda_docs/nda/2000/20687_mifepristone.cfm; *see also* Byron C. Calhoun & Donna J. Harrison, *Challenges to the FDA Approval of Mifepristone*, 38 Annals of Pharmacotherapy 163, 164 (2004), https://journals.sagepub.com/doi/abs/10.1345/aph.1d448.

58.    Further, even if the use of progesterone was considered experimental (which it is not), the FDA' expanded access pathway would apply to the use of progesterone to potentially reverse mifepristone.

59.    "Sometimes called 'compassionate use,' expanded access is a potential pathway for a patient with a serious or immediately life-threatening disease or condition to gain access to an investigational medical product (drug, biologic, or medical device) for treatment outside of clinical trials when no comparable or satisfactory alternative therapy options are available. Expanded access may be appropriate when all the following apply: patient has a serious or immediately life-threatening disease or condition; there is no comparable or satisfactory alternative therapy to diagnose, monitor, or treat the disease or condition; patient enrollment in a clinical trial is not possible …."[43]

60.    Progesterone reversal of mifepristone is used to treat the embryo who has a life-threatening condition because the pregnant woman took mifepristone. There is no other alternative therapy that a pregnant woman can take to save her pregnancy, and there is no clinical trial at this time into which a pregnant woman who took mifepristone can enroll in hopes of saving her pregnancy.

61.    In summary, there is persuasive scientific evidence that women who start a medical abortion by taking mifepristone, but then regret their decision, can potentially reverse the mifepristone by taking progesterone and save their pregnancies. There is no evidence that taking progesterone will harm the pregnant woman.

62.    COLFS nurses and doctors should not be prohibited from providing accurate information about the lawful potentially life-saving use of progesterone to reverse the effects of mifepristone medical abortion. COLFS is not engaging in false,

---

[43] *Expanded Access*, FDA (rev. Feb. 28, 2024), https://www.fda.gov/news-events/public-health-focus/expanded-access.

1  fraudulent, or misleading practices by providing women with no-cost Abortion Pill
2  Reversal.

3      I declare under penalty of perjury under the laws of the United States and the
4  State of California that the foregoing is true and correct. Executed on November 4,
5  2024, in Waconia, Minnesota.

6
7
8                                   Michael T. Valley, M.D.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECL. OF MICHAEL T. VALLEY, M.D., ISO
PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

**EXHIBIT A**

# MICHAEL T. VALLEY, MD

## CONTACT INFORMATION

| | |
|---|---|
| Office: | Western Ob/Gyn |
| | 560 South Maple St., #130 |
| | Waconia, MN 55387 |
| | 952-442-2137 |
| | |
| | michaelvalley93@gmail.com |

## EDUCATION

| | | |
|---|---|---|
| Residency: | Obstetrics and Gynecology | 1988-1992 |
| | University of Minnesota Hospitals | |
| | Minneapolis, Minnesota | |
| | | |
| Medical School: | Doctor of Medicine | 1984-1988 |
| | Vanderbilt University School of Medicine | |
| | Nashville, Tennessee | |
| | | |
| College: | Bachelor of Arts in Physics | 1979-1983 |
| | Minor in Music | |
| | Graduated with High Distinction | |
| | Rollins College | |
| | Winter Park, Florida | |

## PROFESSIONAL LICENSURE

| | |
|---|---|
| Minnesota Medical License | 33833 |

## SPECIALTY BOARD CERTIFICATION

| | |
|---|---|
| American Board of Obstetrics and Gynecology Diplomate | 1994-present |
| Recertification   2005 – present | |
| | |
| American Board of Obstetrics and Gynecology, Subspecialty Board Certified in Female Pelvic Medicine and Reconstructive Surgery (Urogynecology) | 2013-present |

## POSITIONS HELD

| | |
|---|---|
| Urogynecologist and Obstetrician Gynecologist | 2013-present |
| Western Ob/Gyn | |
| Waconia and Chaska, Minnesota | |
| | |
| Medical Coordinator, Minnesota Board of Medical Practice | 2008-present |
| Review complaint files that come to the Board and recommend action. | |

| | |
|---|---|
| Urogynecologist and Obstetrician Gynecologist<br>Park Nicollet Clinic<br>St. Louis Park, Minnesota | 1998-2012 |
| Adjunct Assistant Professor<br>Department of Obstetrics and Gynecology<br>University of Minnesota | 2001-2012 |
| Urogynecology-Women's Care<br>Osler Medical<br>Melbourne, Florida | 1997-1998 |
| Assistant Professor<br>Co-director, Urogynecology Clinic and Surgical Service<br>Department of Obstetrics and Gynecology<br>University of Florida Health Science Center/Jacksonville | 1996-1997 |
| Assistant Professor<br>Section of Gynecology<br>Department of Obstetrics and Gynecology<br>University of Oklahoma Health Sciences Center | 1995-1996 |
| Instructor<br>Section of Gynecology<br>Department of Obstetrics and Gynecology<br>University of Oklahoma Health Sciences Center | 1994-1995 |
| Oxboro Clinics<br>Department of Obstetrics and Gynecology<br>Bloomington, Minnesota | 1992-1994 |

## LEADERSHIP / COMMITTEES

| | |
|---|---|
| Obstetric Service Line<br>Ridgeview Hospital, Waconia, MN | 2014-2022 |
| Utilization Management Committee, Methodist Hospital,<br>St. Louis Park, MN | 2010-2012 |
| Executive Committee, Department of Obstetrics and<br>Gynecology, Park Nicollet Clinic, St. Louis Park, MN | 2005-2012 |
| Chair, Department of Obstetrics and Gynecology<br>Methodist Hospital, St. Louis Park, MN | 2008-2009 |
| Vice-Chair, Department of Obstetrics and Gynecology<br>Methodist Hospital, St. Louis Park, MN | 2006-2007 |
| Methodist Hospital Surgery Committee | 2004-2008 |

|  |  |
|---|---|
| St. Louis Park, MN | |
| Methodist Hospital Gynecologic Surgery Committee<br>St. Louis Park, MN | 2003-2010 |
| Park Nicollet Quality Assurance Committee<br>St. Louis Park, MN | 2001-2003<br>2005-2008 |
| St. Francis Health Care Foundation, Shakopee, MN<br>Board Member<br>Vice Chair 2001-2002 | 2000-2002 |
| St. Francis Hospital, Shakopee, MN, Medical Director<br>Department of Obstetrics and Gynecology | 2000-2001 |
| Resource Management Committee, University Medical Center,<br>Jacksonville, Florida | 1996-1997 |
| Medication Use Subcommittee of the Pharmacy and Therapeutics<br>Committee, University Medical Center, Jacksonville,<br>Florida | 1996-1997 |
| Medical Management Committee, Columbia/HCA MSO<br>Presbyterian Hospital, Oklahoma City, OK | 1995-1996 |

## SELECTED HONORS

| | |
|---|---|
| Recognized by peers in *Minnesota Monthly,* Best Doctors for Women in<br>Urogynecology/Urology | 2007,2008,2022 |
| Berlex Foundation Junior Faculty Development Course, nominated<br>and selected to participate | 1996 |
| Faculty Teaching Award, For Excellence in Teaching Medical<br>students; University of Oklahoma College of Medicine | 1994-1995 |
| American Association of Gynecologic Laparoscopists<br>Outstanding Resident in Gynecologic Endoscopy Award | 1992 |

## SELECTED VOLUNTEER ACTIVITY

| | |
|---|---|
| American Association of Prolife Obstetricians & Gynecologists, Board Member | 2022-present |
| Medical committee member, Robbinsdale Women's Clinic<br>crisis pregnancy center | 2018-2019 |
| Board President, Princeton Court Homeowners Association | 2011-2015 |

School Board Member, International Spanish Language Academy        2007-2011
    Board Treasurer        2008-2011

Alpha Women's Center, Savage, MN        2002-2008
  Ultrasonographer for crisis pregnancy center

## HOBBIES

Spending time with family
Yard work, Gardening
Jogging, Bicycling, Golfing
Singing: Baritone

## RESEARCH EXPERIENCE

Site Principal Investigator
M14-702:  A Phase 3 Study to Evaluate the Safety and Efficacy
of Elagolix in Combination with Estradiol/Norethindrone
Acetate in Subjects with Moderate to Severe Endometriosis-
Associated Pain
2019-present

Co-Investigator
A Prospective Multicenter Clinical Study on a New Approach in
Treating Stress and Mixed Incontinence and Vaginal Vault
Prolapse.  Sponsored by United States Surgical
2005-2006

Investigator
An Open-Label Study of the Efficacy and Safety of
5 and 10mg Solifenacin Succinate in Patients with
Overactive Bladder Symptoms.
Yamanouchi Multi-center Trial
2004

Investigator
Efficacy and Safety of Duloxetine Compared with
Placebo in Women with Symptoms of Mixed Urinary
Incontinence
Eli Lilly Multi-center Trial
2004

Co-Investigator
Botox B Cystoscopic Detrusor Injections
for treatment of Overactive Bladder
Titration, Pilot Study

2001

Co-Investigator
Pelvic Organ Prolapse Study (POPS)
Multi-center Investigation measuring the degree
of pelvic organ prolapse and associated symtoms
in the general population; 1999

Sub-Investigator, Clinical Studies, Ltd., Melbourne, FL:
Three protocols: Trial of new SERM in treatment of
osteoporosis, Transdermal Hormonal Patch for relief of
Vasomotor Symptoms and Reduction of Endometrial
Hyperplasia; 1997

Co-Investigator
Parexel International Corporation
Protocol N13-95-02-017: The Treatment of Bacterial
Vaginosis With Metronidazole Modified Release Tablet
$17,000; completed 1996.

Investigator
Corning Besselaar, Inc.
Protocol 154-144: A Randomized, Double-Blind,
Multi-center Trial Assessing the Safety and Efficacy of
Intravenous CP-116,517 Followed by Oral CP-99,219
Compared with Intravenous Cefoxitin Followed by
Oral Amoxicillin/Clavulanic Acid for the Treatment of Acute
Pelvic Infections, $16,500; completed 1996.

Residency:                  Primary Peritoneal Carcinoma, Senior Resident Research
                            The Endocervical Curettage - is it necessary with satisfactory
                            colposcopy? Third-year Resident Research

Graduate:                   Richard P. Zaner, Ph.D.
                            Summer Program in Cancer Ethics
                            Ethical Issues in the Care of a Hodgkin's Disease Patient – A
                            Case Study.  Vanderbilt University School of Medicine
                            Research funded through the Cancer Clinical
                            Education Program Grant of the National
                            Cancer Institute

## Leadership development

Clinician Leader Development Course. Park Nicollet Clinic, St. Louis Park, Minnesota,
2006.

## ABSTRACTS/PAPERS

Posterior IVS For Apical Vault Prolapse – A 2-Year Prospective Multicenter Study.  27th M. Vardy, **M. Valley,** et al; Anterior IVS Tunneller Device For Stress Incontinence and Annual Scientific Meeting of the American Urogynecologic Society, 2006

C. Wieslander, R. Word, J. Schaffer, D McIntire, P. Woodman, A. O'Boyle, M. Kahn, **M. Valley**, D. Bland, S. Swift; Smoking is a Risk Factor for Pelvic Organ Prolapse.  26th Annual Scientific Meeting of the American Urogynecologic Society, 2005

S. Swift, A. O'Boyle, D. Bland, P. Woodman, M. Kahn, J. Schaffer, M. Valley; Correlation of Symptoms and POPQ Stage in a General Gynecologic Population.  25th Annual Meeting of the International Urogynecologic Association, 2003

P. Woodman, D. McCullough, A. O'Boyle, **M. Valley**, D. Bland, M. Kahn, J. Schaffer, S. Swift; Prevalence of Severe Pelvic Organ Prolapse in Relation to Job Description and Socioeconomic Status: A Multi-Center Cross-Sectional Study. 24th Annual Scientific Meeting of the American Urogynecologic Society, 2003

S. Swift, J. Schaffer, D. Bland, A. O'Boyle, P. Woodman, **M. Valley**, M. Kahn; Pelvic Organ Support Study (POSST): Distribution of Pelvic Organ Support Stages by POPQ in a General Gynecologic Population. 24th Annual Scientific Meeting of the American Urogynecologic Society, 2003

Enriquez A, Dykstra D, **Valley MT**; Treatment of Overactive Bladder with Botulinum Toxin B; Second Annual Course of the International Society of Pelvic Neuromodulation, January, 2003

**Valley, MT**, Hager D, Rayburn WF, Carey JC; Induction of labor in Pregnancies Complicated by Fetal Malformations; a Comparison with Pregnancies Having a Pre-existing Fetal Demise. Presented at the 1996 Teratology Society Meeting, June, 1996

Pearman CR, **Valley MT**, Carey JC; Does a Policy of Offering Vaginal Birth After Cesarean (VBAC) Really Save Money? First Prize Award for Scientific Paper, Presented at the 1996 Annual Clinical Meeting of The American College of Obstetricians and Gynecologists

## PUBLICATIONS

McKinnie V, Swift S, Wang W, Woodman P, O'Boyle A, Kahn M, **Valley M,** Bland D, Schaffer J; The Effect of Pregnancy and Mode od Delivery on the Prevalence of Urinary and Fecal Incontinence, Am J Obstet Gynecol, 2005: 193(2): 512-7.

Kahn M, Breitkopf C, **Valley M**, Woodman P, O'Boyle A, Bland D, Schaffer J, Grady J, Swift S; Pelvic Organ Support Study (POSST) and Bowel Symptoms: Straining at Stool is Associated with Perineal and Anterior Vaginal Descent in a General Gynecologic Population, Am J Obstet Gynecol, 2005: 192(5): 1516-22.

Swift S, Woodman P, O'Boyle A, Kahn M, **Valley M,** Bland D, Wang W, Schaffer J; Pelvic Organ Support Study (POSST): the Distribution, Clinical Definition, and Epidemiologic Condition of Pelvic Organ Support Defects, Am J Obstet Gynecol, 2005: 192(3): 795-806.

Dykstra D, Enriquez A, **Valley M**: Treatment of Overactive Bladder with Botulinum Toxin Type B: A Pilot Study, Int Urogynecol J (2003) 14: 424-426.

**Valley MT**: Suburethral Sling Using Pubic Bone Fixation, 3rd Prize Video, ACOG Film Festival, 48th Annual Clinical Meeting, May 2000.

**Valley MT**: Pierce JG, Daniel TB, Kaunitz AM: Cesarean Scar Pregnancy: Imaging and Treatment with Conservative Surgery, Obstetrics and Gynecology, 1998;91(5):838-40.

**Valley MT**: Pubic Bone Suburethral Stabilization Sling For Recurrent Urinary Incontinence (letter), Obstetrics and Gynecology, 1997;90(3):481-82.

Illions EH, **Valley MT,** Kaunitz AM; Infertility: A clinical Guide for the Internist; *Medical Clinics of North America*, 1998;82(2):271-95.

Hager DL, **Valley MT**, Rayburn WF, Carey JC: Mid-Trimester Pregnancy Termination for Fetal Malformations, Use of Intravaginal Prostaglandin E2, Journal of Reproductive Medicine, 1997;42:497-500.

**Valley MT**: A Cornual Pregnancy (letter), Journal of the American Association Of Gynecologic Laparoscopists, 1996, 3(2):342.


## PUBLICATIONS - NON PEER REVIEW

**Valley MT:** Reflections on a Medical Mission to Rural Guatemala.  Journal of the Oklahoma State Medical Association, 1996;89:9-10.
**Valley MT:** Ethical Resolution of the American Medical Association, Medical Student Section. Addresses the teaching of medical ethics in Medical Schools. *Response, A Publication for Health Care Ethics*, from the Center for Clinical and Research Ethics, Vanderbilt University Medical Center, Vol. 1, Number 1,Spring 1986.


## SELECTED PRESENTATIONS

Drips Dribbles and Falling Parts – Update in Urogynecology.  Grand Rounds, Ridgeview Medical Center, Waconia, MN, November 2013

New to You?  Gynecologic Procedures.  Office Procedures, Primary Care Conference, Park Nicollet Health Services, St. Louis Park, MN, February 2012

Pessary Use.  Presentation and breakout session, Obstetrics and Gynecology Update, Park Nicollet Health Services, St. Louis Park, MN, May 2009.

Where is the Restroom? 22nd Annual Primary Care Update, Park Nicollet Health Services, St. Louis Park, MN, November 2008

Prolapse Surgery: Mesh or No Mesh? And Concomitant Hysterectomy or Not?  Minnesota AOCG Annual Fall Meeting, Minneapolis, MN, November 2008

Gynecology Office Procedures, Breakout session, Primary Care Conference, Park Nicollet Health Services, St. Louis Park, MN, Febuary 2008

Urinary Incontinence, Senior Design Group, Department of Biomedical Engineering, University of Minnesota, October 2007.

Urinary Incontinence, From Drips to Floods.  Primary Care Update in OB/GYN, Park Nicollet Clinic, St. Louis Park, Minnesota, 2006.

Overactive Bladder –What's New, Minnesota ACOG Summer Conference, 2004

Carlin EE, Swanson JB, Holt Nash DE, **Valley MT**; Therapy for Female Sexual Dysfunction, presentation and breakout sessions. Primary Care Update – Park Nicollet Clinic. 2004.

Urinary Incontinence and Pelvic Organ Prolapse, Nursing Education, Family Practice Residents, and 2004 OB/GYN update, Park Nicollet Clinic, St. Louis Park, Minnesota, Feb., March, May 2004, Nov.(2) + Dec. 2003; April 2004.

Urinary Incontinence, Operative versus non-operative treatment, Which operation is best? Do you need urodynamic testing?; Obstetrics and Gynecology Update, Park Nicollet, St. Louis Park, Minnesota, September, 2000.

Overactive Bladder, Hot Topics in Primary Care, Luther Midelfort, Mayo Health System, Eau Claire, Wisconsin, May 2000.

Overactive Bladder, Diagnosis and Management; 62nd Annual Scientific Meeting of the North Dakota Society of Obstetrics and Gynecology, Fargo, North Dakota,  September 1999.

Management of Urinary Incontinence; 44th Annual Meeting of the North Dakota Academy of Family Physicians, University of North Dakota School Of Medicine &Health Sciences, Grand Forks, North Dakota, July 1999.

What's New in the Surgical and Non-Surgical Treatment of Incontinence; Grand Rounds, St. Francis Regional Medical Center, April 1999.

Urinary Incontinence-What's New?; Matyasz Lecture, Methodist Hospital, St. Louis Park, Minnesota, March 1999.

What's New in the Surgical and Non-Surgical Treatment of Incontinence; Grand Rounds, Methodist Hospital, St. Louis Park, Minnesota, March 1999.

Non-Surgical Treatment for Female Stress Urinary Incontinence; Quarterly Meeting-Primary Physician Network, Health System Minnesota, St. Louis Park, Minnesota, March, 1999.

Bladder Control Problems - Surgical or Non-surgical Treatment?; 12th Annual Primary Care Update; HealthSystem Minnesota, Minneapolis, Minnesota, November 1998.

Detrusor Instability (Overactive Bladder); Grand rounds, Dakota Heartland Health System, Fargo, North Dakota, November 1998.

Detrusor Instability (Overactive Bladder); Grand rounds, Columbia Hospital, Milwaukee, Wisconsin, August 1998.

Urogenital Atrophy; American Academy of Nurse Practitioners, 1998 Annual Meeting, Phoenix, Arizona, June 1998.

The Non-operative  Management of Stress Urinary Incontinence; Florida Obstetric and Gynecologic Society, 1997 Annual Meeting. Orlando, Florida

Preterm Labor and Delivery; Vacuum Delivery, University of Florida College of Nursing, Midwifery Program, Jacksonville, Florida, February 1997.

Dysfunctional Uterine Bleeding; Family Medicine Department, University of Florida Health Science Center, Jacksonville, Florida,  January 1997

Preterm Labor; University Medical Center Nursing In-Service, Jacksonville, Florida, December 1996.

Hypertensive Diseases of Pregnancy; University of Florida College of Nursing, Midwifery Program, Jacksonville, Florida, October 1996.

Contraceptive Update; 34th Ob/Gyn Fall Symposium, The University of Oklahoma College of Medicine, September 1995.

Disorders of the Pelvic Floor; Evaluation and Treatment; Obstetrics and Gynecology Grand Rounds, The University of Oklahoma; August 1995.

 HIV: The Impact on Women; Spring Symposium, 1995; New Horizons Women's Health Care Primary Health Care Issues, Dept. of Ob/Gyn, The University of Oklahoma, march 1995.

 Caring for Premature Babies. Health Matters, OETA-TV, Oklahoma City, Oklahoma, January 1995