1  Charles S. LiMandri, SBN 110841
   cslimandri@limandri.com
2  Paul M. Jonna, SBN 265389
   pjonna@limandri.com
3  Jeffrey M. Trissell, SBN 292480
   jtrissell@limandri.com
4
   LiMANDRI & JONNA LLP
5  P.O. Box 9120
   Rancho Santa Fe, CA 92067
6  Telephone: (858) 759-9930
   Facsimile: (858) 759-9938
7

8  Thomas Brejcha, *pro hac vice**
   tbrejcha@thomasmoresociety.org
   Peter Breen, *pro hac vice**
   pbreen@thomasmorsociety.org
   THOMAS MORE SOCIETY
   309 W. Washington St., Ste. 1250
   Chicago, IL 60606
   Tel: (312) 782-1680
   *Application forthcoming

9  *Attorneys for Plaintiff Culture of Life
   Family Services, Inc.*

10

11                  UNITED STATES DISTRICT COURT

12                 SOUTHERN DISTRICT OF CALIFORNIA

13

14  CULTURE OF LIFE FAMILY              Case No.: 3:24-cv-1338-GPC-KSC
15  SERVICES, INC. a California nonprofit
    corporation,                        **DECLARATION OF ELENA
16                                       KRAUS, M.D., PH.D., IN SUPPORT
                 Plaintiff,             OF PLAINTIFF'S MOTION FOR
17                                       PRELIMINARY INJUNCTION**
           v.
18                                       Judge:    Hon. Gonzalo P. Curiel
    ATTORNEY GENERAL ROB                Location: Courtroom: 2D
19  BONTA, in his official capacity as the  Date:     January 10, 2025
    California Attorney General,         Time:     1:30 p.m.
20
                 Defendant.             Action Filed: July 30, 2024
21

22

23

24

25

26

27

28

I, Elena Kraus, M.D., Ph.D., declare and state as follows:

1.    I am over the age of eighteen (18), of sound mind, and competent to make the statements contained in this declaration.

## I.    PROFESSIONAL BACKGROUND, QUALIFICATIONS, AND MATERIALS REVIEWED

2.    I am board-certified in Obstetrics and Gynecology and Maternal Fetal Medicine (MFM). MFM is a subspecialty of OB/GYN focusing on the care of women and babies at increased risk for morbidity and mortality during and after pregnancy. I am currently licensed to practice medicine in Missouri and Nebraska. I have practiced Obstetrics and Gynecology and/or Maternal Fetal Medicine for the last 9 years. I currently practice as a MFM Specialist in Saint Louis, Missouri.

3.    I have been employed by Mercy Clinic as an MFM Specialist since September 2024. Prior to that, I worked for CHI Health in Lincoln and Omaha, Nebraska as a MFM Specialist from 2022-2024. I also worked as the Medical Director for the CHI Health Birth Center in Lincoln, Nebraska. I was on faculty in the department of Obstetrics and Gynecology at Creighton University in Omaha, Nebraska.

4.    Currently, I function as faculty for the graduate medical education programs at Mercy, including their residency in Obstetrics and Gynecology and with medical students from Ponce Health Sciences University. Within these roles, I serve as a supervising and/or collaborating physician and clinical educator to Certified Nurse Midwives, Nurse Practitioners, medical students, and resident physicians in Obstetrics and Gynecology and Family Medicine. I also participate in and support the research activities of residents in Obstetrics and Gynecology.

5.    I have a PhD in Health Care Ethics, which included substantial education, training, and experience in both theoretical and clinical applications of medical ethics. I have additional education in the philosophical, theological, legal, and social frameworks through which to interpret a variety of ethical issues in health

1   care and health research.

2     6. As part of my PhD training, and my fellowship in Maternal Fetal
3   Medicine, I received additional instruction and performed research in medical
4   business ethics, ethical behavior in medicine, medical teamwork, and family
5   planning in women with medical conditions that contribute to high-risk pregnancies.

6     7. I have a Master of Science in Clinical Investigation, with additional
7   education, training and practice in research design and research methods, statistics,
8   and performing quantitative and qualitative research and analysis.

9     8. My practice includes caring for patients with a wide range of medical
10  and surgical complications that put them at increased risk for adverse pregnancy and
11  delivery outcomes.

12    9. As part of my practice, I monitor fetal life and development from very
13  early pregnancy until delivery through ultrasound. I perform fetal genetic screening
14  and diagnosis through laboratory and ultrasound assessments including in utero
15  sampling of fetal tissue. I diagnose, monitor, and coordinate appropriate delivery and
16  postnatal care for babies with a variety of genetic and other prenatal diagnoses.

17    10. As part of my practice, I am regularly consulted to provide assessment
18  and counseling concerning the safety of a wide variety of medications used to treat
19  medical diagnoses in pregnancy. Based on available data and an assessment of fetal
20  safety risks and maternal risks and benefits, I determine with patients whether
21  medications should be discontinued and/or changed due to potential abortifacient,
22  teratogenic, and other adverse fetal or maternal effects.

23    11. As a Maternal Fetal Medicine Specialist, I supervise labor and delivery,
24  attend deliveries, and perform cesarean sections. My practice also includes care for
25  miscarriages and stillbirth, and cesarean section hysterectomies. I perform cerclages
26  and ultrasound-guided needle procedures for genetic diagnosis and intrauterine fetal
27  therapy that include amniocentesis, intrauterine blood transfusions, and removal of
28  excess fluid from the fetal lungs, abdomen, bladder, and amniotic cavity. I work in

both the outpatient and inpatient setting to provide high risk obstetric care. I currently see patients referred to and transferred to our facilities from across the states of Missouri and Illinois.

12.    In addition to my clinical and educational responsibilities, I have served on several state and national committees in areas of maternal and perinatal health, including the Perinatal Safety and Quality Committee and Maternal Morbidity and Mortality Review Committee for CHI Health, the Nebraska Perinatal Quality Improvement Collaborative (NPQIC), and the Women and Infants Clinical Institute (WICI) from 2022-2024. These committees aimed to monitor maternal and fetal outcomes and to perform and evaluate research and implement healthcare initiatives across the state of Nebraska and nationally in the CHI Health system to improve maternal and fetal outcomes.

13.    I conduct original research and have authored or co-authored peer-reviewed and other publications in multiple areas of medicine and health care ethics. My primary areas of investigation have been in ethical behavior in clinical medicine and medical research, medical business ethics, conflicts of interest and bias in medicine and research, interprofessional teamwork in medicine, trial of labor after cesarean section, and family planning in women with medical comorbidities. My research during my Maternal Fetal Medicine Fellowship was supported by a National Institute of Health Loan Repayment Program (NIHLRP) Award from the National Institute of Child Health and Human Development.

14.    To prepare this declaration, I reviewed the complaints filed in *People of the State of California v. Heartbeat International Inc. and RealOptions, Inc.*, No. 23-cv-44940 (Cal. Super. Ct., Alameda Cnty., Sep. 21, 2023), and *Culture of Life Family Services, Inc. v. Attorney General Rob Bonta*, No 24-cv-1338 (S.D. Cal. July 30, 2024). Based on those complaints, I have been asked to provide expert testimony regarding the history, efficacy, and safety of providing women with supplemental

progesterone following initiation of a medication abortion in order to increase the likelihood of a continuing pregnancy, otherwise known as abortion pill reversal.

15.    Based on my review of the scientific literature, I conclude to a reasonable degree of scientific certainty that providing pregnant women with supplemental progesterone following the initiation of a mediation abortion is safe and efficacious at increasing the likelihood of continuation of pregnancy.

16.    A copy of my curriculum vitae (CV) is attached as Exhibit A. I make this declaration based on 16 years of formal post-baccalaureate education and training, 14 years of clinical education and practice, experience and interaction with colleagues and patients, and my own clinical and social sciences research and ongoing familiarity with relevant medical and other literature. The opinions contained herein are based on this education, training, and experience. These opinions are my own and do not represent the opinions of my employer or any professional or other group.

## II.    EXPERT OPINIONS

### A.    Background on Medication Abortions

17.    Medication abortions involve the use of medications rather than a surgical procedure to induce an abortion. Data from the Guttmacher Institute indicates there were approximately 642,700 medication abortions in the United States in 2023. They are increasingly more common than surgical abortions, accounting for approximately 63% of all abortions last year.[1]

18.    The U.S. Food and Drug Administration (FDA) has approved two abortion-inducing medications, mifepristone (RU-486) and misoprostol. These medications are used individually and combined in regimens that induce abortion and

---

[1] Rachel K. Jones & Amy Friedrich-Karnik, *Medication Abortion Accounted for 63% of All U.S. Abortions in 2023—An Increase from 53% in 2020.* Guttmacher Institute (Oct. 18, 2024), https://www.guttmacher.org/2024/03/medication-abortion-accounted-63-all-us-abortions-2023-increase-53-2020.

are FDA-approved for use until 70 days of gestation. In the United States, the preferred regimen includes a dose of Mifepristone 200mg taken orally, followed by a variable dose and route (oral or vaginal) of Misoprostol 24 – 48 hours later. These medications together act to prevent and break down the connection between a developing pregnancy and the uterine lining, and expel the pregnancy due to uterine contractions and cervical opening.[2]

19.     Mifepristone is a selective progesterone receptor modulator. It acts by binding the progesterone receptor with an affinity greater than endogenous progesterone. When it binds to the receptor, it inhibits the activity of endogenous progesterone, but does not activate the receptor, thereby acting as an anti-progestin. The action of endogenous progesterone is critical to becoming pregnant and sustaining early pregnancy. The subsequent effects of this sequestration of the receptor on the uterus include decidual necrosis, cervical softening, increased uterine contractility, and prostaglandin sensitivity.[3] There has been no evidence to suggest that mifepristone is teratogenic, that is, it has not been shown to cause birth defects when taken in the first 12 weeks of pregnancy above the baseline 2-3% risk of fetal anomalies in any pregnancy.[4]

20.     Misoprostol is a prostaglandin E1 analogue that causes cervical softening and uterine contractions. It helps the uterus expel an early pregnancy and is used both to complete spontaneous and elective abortions in the first trimester.[5] In

---

[2] American College of Obstetricians and Gynecologists' Committee on Practice Bulletins-Gynecology and the Society of Family Planning, *Medication Abortion Up to 70 Days of Gestation: ACOG Practice Bulletin, Number 225*, 136 Obstet. Gynecol. e31-e47 (2020).

[3] *Id.*

[4] N. Bernard, et al., *Continuation of pregnancy after first-trimester exposure to mifepristone: an observational prospective study*, 120 BJOG 568-74 (2013).

[5] American College of Obstetricians and Gynecologists' Committee on Practice Bulletins, *supra* note 2.

DECL. OF ELENA KRAUS, M.D., PH.D., ISO
PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

addition to being used in medication abortions, it is commonly used in obstetrics to induce labor in the second and third trimesters. However, it is not FDA-approved for cervical ripening or labor induction indications, and up until 2002 had an absolute contraindication from the FDA for use in pregnancy.[6] When used in the first trimester, it has been associated with birth defects, specifically limb deficiency and Mobius sequence (facial nerve paralysis).[7,8] However, other case series have not shown an increase in these birth defects.[9] This is likely because the malformations are so rare, that bigger studies are needed in order to see this outcome occur.

21.    Rates of effectiveness in completing an abortion for the combined mifepristone with misoprostol regimen range from approximately 92% to more than 99% with various misoprostol regimens. The protocol is less effective when used at later gestational ages. Rates of ongoing pregnancy are 0-5%, with more pregnancies continuing when the medications are provided after 57 days gestation.[10] If Mifepristone is not available, Misoprostol is sometimes used alone, but is less effective.[11] Mifepristone alone, commonly given at doses of 600mg, has been shown

---

[6] American College of Obstetricians and Gynecologists ACOG Committee Opinion Number 283, *New U.S. Food and Drug Administration labeling on Cytotec (misoprostol) use and pregnancy*, 101 Obstet. Gynecol. 1049-1050 (2003).

[7] Anne L Pasturszak, et al., *Use of Misoprostol during Pregnancy and Mobius' Syndrome in Infants*, 338 N. Engl. J. Med. 1881-1885 (1998).

[8] C.H. Gonzalez, et al., *Limb deficiency with or without Mobius sequence in seven Brazilian children associated with misoprostol use in the first trimester of pregnancy*, 47 Am. J. Med. Genet. 59-64 (1993).

[9] N. Bernard, et al., *supra* note 4.

[10] Elizabeth G. Raymond, et al., *First-trimester medical abortion with mifepristone 200 mg and misoprostol: a systematic review*, 87 Contraception 26-37 (2012).

[11] American College of Obstetricians and Gynecologists' Committee on Practice Bulletins, *supra* note 2.

to have an abortion completion rate of approximately 87%.[12] However, at the lower doses used in the U.S., one review of data indicated that approximately 8-46% of pregnancies continue after mifepristone alone.[13] Another review assessing early mifepristone studies concluded the rate of continued pregnancy after mifepristone alone at 200mg doses was approximately 23%, explaining that the 8-46% range failed to distinguish between incomplete abortions with a deceased fetus and continued pregnancies.[14] This review is consistent with a more recent review of 16 studies, concluding rates of less than 25% for gestational ages less than 49 days.[15] Failure rates are higher with lower doses and at more advanced gestational ages.

22.    If a pregnancy continues, a woman must choose whether to proceed with more medications or a procedure, or to continue the pregnancy. If a woman desires to continue the pregnancy after taking mifepristone, or both mifepristone and misoprostol, the most commonly provided care is expectant management with serial evaluation of the pregnancy.[16] The American College of Obstetricians and Gynecologists (ACOG) recommends that "all patients with a continuing pregnancy after using mifepristone and misoprostol should be provided with all the pregnancy options and a thorough discussion of the risks and benefits of each."[17] Ultimately,

---

[12] B. Maria, et al., *Termination of early pregnancy by a single dose of mifepristone (RU 486), a progesterone antagonist*, 28 Eur. J. Obstet. Gynecol. Reprod. 249-255 (1988).

[13] Daniel Grossman, et al., *Continuing pregnancy after mifepristone and "reversal" of first-trimester medical abortion: a systematic review*, 92 Contraception 206-211 (2015).

[14] Mary Davenport, et al., *Embryo Survival after Mifepristone: A Systematic Review of the Literature*, 33 Issues L. & Med 3-18 (2017).

[15] Paul L.C. DeBeasi, *Mifepristone Antagonization with Progesterone to Avert Medication Abortion: A Scoping Review*, 90 Linacre Q. 395-407 (2023).

[16] Daniel Grossman, et al., *supra* note 13.

[17] American College of Obstetricians and Gynecologists, *supra* note 6.

DECL. OF ELENA KRAUS, M.D., PH.D., ISO
PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

approximately 95-99% of women who take both mifepristone and misoprostol will ultimately complete their abortions, either through additional medications or a surgical procedure.[18] Overall, ACOG recommends "patients should be supported in their choice of how to proceed."[19]

23.    The experience of a medication abortion with these two agents almost invariably involves bleeding and cramping "which are necessary for the process to occur," and frequently much heavier bleeding and more severe cramping than menses.[20] Adverse effects are more common with misoprostol, and include nausea, vomiting, diarrhea, headache, dizziness, and fevers and/or chills. With mifepristone alone, bleeding is the most common side effect. Serious bleeding can also be experienced, but bleeding requiring a blood transfusion is approximately 0.1%, and overall less than 1% of patients will require an additional intervention for excessive bleeding. In patients who use mifepristone and misoprostol as prescribed, approximately 0.25% will require additional medical interventions or hospitalization due to adverse events related to the medication abortion, like bleeding or infection.[21,22]

**B.    Data Surrounding the Experience of Abortions**

24.    Pregnancy is difficult, as is making a decision about abortion. Unfortunately, women often make a decision to end their pregnancy when they are sick, scared, or otherwise stressed. Many feel immense pressure from family, partners, or even their healthcare providers. Many others come to believe they must

---

[18] Mary Gatter, et al., *Efficacy and safety of medical abortion using mifepristone and buccal misoprostol through 63 days*, 91 Contraception 269-273 (2015).

[19] American College of Obstetricians and Gynecologists, *supra* note 6.

[20] American College of Obstetricians and Gynecologists' Committee on Practice Bulletins, *supra* note 2.

[21] Elizabeth G. Raymond, et al., *supra* note 10.

[22] C.H. Gonzalez, et al., *supra* note 8.

choose between their own life and that of their unborn child, and feel like abortion is their only option. There have been many studies on the short and long-term psychological effects of abortion. Although it is often suggested by abortion advocates that the vast majority of women are satisfied with their decision to have an abortion,[23,24] the results are more complicated. Some women do not have worse mental health outcomes, but others do.[25] One study concluding most women do not have regrets about their choice to have an abortion has been called into question due to methodological flaws, bias, and reliance on unvalidated and inadequate assessment of decision satisfaction.[26,27]

25.    Instead, data indicates that approximately one third of women who choose to have abortions persistently believe the choice was consistent with their values and preferences, but that approximately two thirds of women who choose abortions feel the choice was unwanted, coerced, or in other ways inconsistent with their values and preferences.[28] These dynamics increase the chances of emotional disturbance following the abortion, including regret, depression, shame, grief, relationships strain and difficulty bonding with subsequent children.[29] Depression is increased in women after having abortions with an overall rate of approximately

---

[23] Diana Green Foster, The Turnaway Study: Ten Years, a Thousand Women, and the Consequences of Having—or Being Denied—an Abortion (Scribner. 2021).

[24] Corinne H. Rocca, et al., *Decision Rightness and Emotional Responses to Abortion in the United States: A Longitudinal Study*, 10 PLoS ONE e0128832 (2015).

[25] Brenda Major, et al., *Abortion and Mental Health: Evaluating the Evidence*, 64 American Psychologist 863-890 (2009).

[26] David C. Reardon, et al., *The Effects of Abortion Decision Rightness and Decision Type on Women's Satisfaction and Mental Health*, 15 Cureus e38882 (2023).

[27] Brenda Major, et al., *supra* note 25.

[28] *Id.*

[29] *Id.*

35%,[30] significantly above baseline rates of depression in reproductive age women (7-14%).[31]

26.    In my experience asking thousands of women their obstetric histories, many spontaneously express regret at the abortions they had, and many others avoid discussing them due to feelings of shame. It is not a stretch to consider then, that many women, even after taking the first part of their medication abortion (mifepristone), may have immediate regrets and wish there was a way to reverse the medicine and not complete the abortion. Of women who take mifepristone but have a continuing pregnancy, evaluation of adverse event reports for mifepristone indicates that approximately 22% will ultimately continue the pregnancy.[32] It is uncertain exactly what percent of women seek abortion pill reversal (APR) after taking mifepristone. Data from Heartbeat International, an organization that supports the Abortion Pill Rescue Network, an international group facilitating APR for women who seek it, indicates they receive approximately 150 calls a month from women seeking APR and have ultimately helped save over 5,000 lives.[33]

## C.    Background on Progesterone as a Hormone of Fertility

27.    Progesterone is a hormone made naturally in the female body by the female adrenal cortex and ovaries. This hormone plays a critical role in the menstrual cycle of a female by building up the lining of the uterus to prepare it for implantation

---

[30] Natnael Atnafu Gebeyehu, et al., *Global prevalence of post-abortion depression: systematic review and Meta-analysis*, 23 BMC Psychiatry 786 (2023).

[31] Jean Y. Ko, et al., *Depression and Treatment Among U.S. Pregnant and Nonpregnant Women of Reproductive Age*, *2005-2009*, 21 J. Womens Health (Larchmt) 830-6 (2012).

[32] Kathi Aultman, et al., *Deaths and Severe Adverse Events after the use of Mifepristone as an Abortifacient from September 2000 to February 2019*, 36 Issues L. & Med. 3-26 (2021).

[33] Heartbeat International, *A Last Chance to Choose Life*, Heartbeat International (Oct. 30, 2024), https://www.heartbeatinternational.org/our-work/apr.

1   of a pregnancy. Progesterone plays a similar critical role in pregnancy, stabilizing the

2   uterine lining, prohibiting contractions, and optimizing the immune system.[34]

3   Without optimal levels, there are increased risks of miscarriage and preterm birth. It

4   is released in the first 10 weeks by the corpus luteum (within the ovary), and later by

5   the placenta.[35]

6       28.    The action of endogenous progesterone is critical to becoming pregnant

7   and sustaining early pregnancy, and thus is a target for medications used to cause

8   abortion, like mifepristone. Due to its beneficial characteristics early in pregnancy,

9   and its role in maintaining uterine quiescence later in pregnancy, progesterone

10  supplementation has become widely used by reproductive endocrinologists as well as

11  obstetricians in early pregnancy to prevent pregnancy loss (luteal phase support), and

12  later to prevent preterm birth.[36]

13      29.    There is some confusion about the nomenclature of progesterone and its

14  synthetic analogs. Progesterone refers to natural, endogenous progesterone, but can

15  also refer to synthetic progesterone that is bioidentical. Bioidentical progesterone has

16  the same chemical structure as naturally produced progesterone and has been used to

17  support female fertility for more than 50 years.[37] Progestins are the synthetic form of

18  progesterone. Progesterone and progestins are both used in many different

19  medications treating a variety of pathology. In addition to those indications already

20  mentioned, they are used in various types of birth control, as well as medications

21  used to treat amenorrhea, abnormal uterine bleeding, and postmenopausal hormone

22

23

---

24  [34] Jessie K Cable & Michael H Grider, *Physiology, Progesterone*, StatPearls Publishing LLC ( Nov. 1, 2024), https://www.ncbi.nlm.nih.gov/books/NBK558960/.

25  [35] *Id.*

26  [36] Gian Carlo Di Renzo, et al., *Progesterone: History, facts, and artifacts*, 69 Best

27  Pract. Res. Clin. Obstet. Gynaecol. 2-12 (2020).

28  [37] *Id.*

1  replacement therapy.[38,39] There are also neurologic and immunologic effects that are

2  being studied for use in medical applications.[40]

3     **D.   Progesterone in Early Pregnancy**

4     30.   Progesterone has been used for decades to support early pregnancy

5  using various routes, including oral, vaginal, and intramuscular injection. It has been

6  studied extensively to prevent miscarriage in the setting of luteal phase defects,

7  recurrent pregnancy loss, and in those with threatened miscarriage (vaginal bleeding)

8  early in pregnancy. The need is pressing. Early pregnancy loss is very common,

9  affecting 10-15% of known clinical pregnancies and up to 31% of all pregnancies.[41]

10 It has clinical and psychological implications, including medical and surgical

11 morbidity and health care use and costs,[42] as well as psychological sequelae,

12 including increased rates of posttraumatic stress disorder, depression, and anxiety.[43]

13    31.   The data on the use of progesterone in early pregnancy to prevent

14 miscarriage yields mixed results, however it is still widely used in the first trimester

15 in those using assisted reproductive technologies, in those with recurrent miscarriage,

16 and in those with threatened miscarriage. In a Cochrane review of 94 randomized

17 controlled trials of progesterone supplementation in early pregnancy in women using

---

[38] Michael Edwards & Ahmet S. Can, *Progestins,* StatPearls Publishing LLC (Nov. 1, 2024), https://www.ncbi.nlm.nih.gov/books/NBK563211/.

[39] Lucie Kolatorova, et al., *Progesterone: A Steroid with Wide Range of Effects in Physiology as Well as Human Medicine*, 23 Int. J. Mol. Sci. 7989 (2022).

[40] *Id.*

[41] A.J. Wilcox, et al., *Incidence of early loss of pregnancy*, 319 N. Engl. J. Med. 189-194 (1988).

[42] Erin C. Strumpf, et al., *The effects of early pregnancy loss on health outcomes and health care utilization and costs*, 57 Health Serv Res. 786-795 (2022).

[43] Jessica Farren, et al., *Posttraumatic stress, anxiety and depression following miscarriage and ectopic pregnancy: a multicenter, prospective, cohort study*, 222 Am. J. Obstet. Gynecol. 367 (2020).

assisted reproduction, there was no clear benefit to the use of progesterone in various administrations in terms of an improvement in outcomes, including ongoing pregnancy and live birth.[44] However, progesterone supplementation is commonly used in assisted reproductive technology (ART) in the first trimester, as other evidence supports reduced rates of early miscarriage, and it is FDA-approved for this indication.[45] Another review assessing the use of progesterone in the first trimester to prevent recurrent miscarriage indicated a slight benefit for those receiving progesterone for live birth rates, however quality of available trials limited certainty of other benefits.[46] Another randomized control trial (RCT) had similar conclusions—that progesterone therapy in the first trimester did not lead to a significantly higher rate of live births in those with recurrent miscarriages.[47] In another RCT studying progesterone supplementation in women with vaginal bleeding in early pregnancy (threated miscarriage), there was no significant difference in the rate of live birth overall, however rates of live birth were improved in those with prior miscarriages.[48] Despite some uncertainty as to the clear benefits of using supplemental progesterone in pregnancy, with miscarriage and use of ART being so common, and with the high stakes nature of a desired pregnancy, it is very

[44] Michelle van der Linden, et al., *Luteal phase support for assisted reproduction cycles*, Cochrane Database of Syst. Rev. CD009154 (2015).

[45] Rebecca S. Usadi & Kathryn S. Merriam, *On-label and off-label drug use in the treatment of female infertility*, 103 Fertility and Sterility 583-94 (2015).

[46] David M. Haas, et al., *Progestogen for preventing miscarriage in women with recurrent miscarriage of unclear etiology*, Cochrane Database of Syst. Rev. CD003511 (2019).

[47] Arri Coomarasamy, et al., *A Randomized Trial of Progesterone in Women with Recurrent Miscarriages*, 373 N. Engl. J. Med. 2141-2148 (2015).

[48] Arri Coomarasamy, et al., *Progesterone to prevent miscarriage in women with early pregnancy bleeding: the PRISM RCT*, 24 Health Technology Assessment 1-70 (2020).

1  commonly used in early pregnancy. Furthermore, its use is frequently off-label, as
2  several of the formulations and indications are not FDA-approved.[49]

3      32.    The main side effects of supplemental progesterone are abdominal pain,
4  bloating, headache, fatigue, GI disturbance, nausea, mood swings, and in those using
5  intramuscular formulations, reactions at the site of injection.[50] Substantial evidence
6  supports the safety of progesterone supplementation in pregnancy for both mother
7  and fetus when using the most common forms of progesterone supplementation.[51]
8  Although concern for genital abnormalities in neonates who were exposed to
9  progesterone in early pregnancy has been described, the preponderance of the data
10 indicates the medication does not increase the rate of these abnormalities.[52] Studies
11 evaluating the potential later developmental, behavioral, and health effects on
12 children exposed to progesterone prenatally have not conclusively shown benefit or
13 harm. However, there is a dearth of long-term evaluation of effects beyond early
14 childhood.[53]

15      **E.    Background on Abortion Pill Reversal**

16      33.    The possibility of abortion pill reversal is based on the established
17 maternal and fetal safety of progesterone in early pregnancy, as well as established

---

[49] *Id.*

[50] *Id.*

[51] The Practice Committee of the American Society for Reproductive Medicine, *Progesterone supplementation during the luteal phase and in early pregnancy in the treatment of infertility: an educational bulletin*, 89 Fertility and Sterility 789-92 (2008).

[52] Arri Coomarasamy, et al., *PROMISE: first-trimester progesterone therapy in women with a history of unexplained recurrent miscarriages —a randomised, double-blind, placebo-controlled international multicentre trial and economic evaluation*, 20 Health Technology Assessment 1-92 (2016).

[53] N.E. Simons, et al., *The long-term effect of prenatal progesterone treatment on child development, behavior and health: a systematic review*, 128 BJOG. 964-974 (2020).

scientific principles of early pregnancy development and the mechanism of action of mifepristone. As previously stated, mifepristone acts as a competitive binder of the progesterone receptor—it binds to progesterone receptors at twice the avidity of progesterone itself, thus blocking endogenous progesterone from acting to support a pregnancy. However, in the presence of additional or supplemental progesterone, the available progesterone will also bind the receptors, and can ultimately outcompete mifepristone for the receptors. The effect is a competitive inhibition of the mifepristone that curbs and even negates its effects. This pharmacology is behind the use of progesterone to "reverse" medication abortions after the first pill (mifepristone) is administered.[54]

34.    There is limited high-quality data on mifepristone reversal with progesterone. However, taken together, multiple studies show it could be beneficial to continuing pregnancy without significant risk to the mother or fetus.[55] The highest level of clinical evidence used in medicine to establish causal associations is the randomized controlled trial (RCT). However, it is not always possible to ethically or practically conduct this level of study, and the studies must be well-designed and executed, as poorly designed RCTs will provide poor data. The ethics of research are challenging when participants enrolled are pregnant women, and they have to consent to taking an abortifacient medication without clear knowledge of how effective the intervention (progesterone reversal) would be.

35.    The one RCT for abortion pill reversal with bioidentical progesterone was undertaken by Mitchell D. Creinin and included women with a confirmed viable gestation between 44 and 63 days of gestation who were planning surgical abortion. Prior to the procedure, they took mifepristone alone, followed by high dose

---

[54] George Delgado & Mary Davenport, *Progesterone Use to Reverse the Effects of Mifepristone,* 46 Annals Pharmacotherapy 1723 (2012).

[55] Paul L.C. DeBeasi, *supra* note 15.

progesterone 24 hours later. The study was stopped after recruiting only 12 of the anticipated 40 due to safety concerns, specifically hemorrhage that required emergent medical treatment in 3 cases. Two of the three were in the placebo group, and one in the progesterone group. Of those studied, 4 in the progesterone group continued to have cardiac activity after 2 weeks, and 2 in the placebo group.[56]

36.    A stronger RCT on progesterone after mifepristone was a 2016 study of 461 participants comparing the quick initiation of a progestin-only contraceptive (depot medroxyprogesterone acetate) at the time of mifepristone therapy for abortion, versus initiation after a completed abortion. There was no difference between groups in the need for surgery to complete the abortion. However, ongoing pregnancy after initial abortion treatment was significantly increased in the group receiving the progestin earlier.[57] As a result of this study, ACOG recommends that "patients who select depot medroxyprogesterone acetate (DMPA) for contraception should be counseled that the administration of DMPA on day 1 of the medication abortion regimen may increase the risk of ongoing pregnancy."[58]

37.    In the absence of a quality RCT, other evidence is used to support the efficacy and safety of medications. Most other data on progesterone use to counteract mifepristone in the setting of medication abortion are case series on the use of progesterone in those desiring abortion pill reversal after taking mifepristone. The two initial studies reported on a total of 9 women who desired to reverse their medication abortion after already taking mifepristone, but before taking misoprostol.

---

[56] Mitchell D. Creinin, et al., *Mifepristone Antagonization With Progesterone to Prevent Medical Abortion: A Randomized Controlled Trial*, 135 Obstet. Gynecol. 158-165 (2020).

[57] Elizabeth G. Raymond, et al., *Effects of depot medroxyprogesterone acetate injection timing on medical abortion efficacy and repeat pregnancy: a randomized controlled trial*, 128 Obstet. Gynecol. 739-745 (2016).

[58] American College of Obstetricians and Gynecologists' Committee on Practice Bulletins, *supra* note 2.

In these two initial studies, 6 of 9 women who received progesterone ultimately carried their pregnancies to term.[59,60] A third study was published in 2018, reporting on 754 who desired to reverse their medication abortions. Outcomes with progesterone were compared with established ongoing pregnancy rates in those who only take mifepristone. Results indicated a statistically significant increase in pregnancy continuation, with rates of approximately 64-68%, and intramuscular and oral progesterone being the most effective. The study reported no increased risk of birth defects in those who received progesterone and delivered viable infants.[61]

### F.    Concerns on the Use of Progesterone in Abortion Pill Reversal

38.    There have been two primary critiques of the use of progesterone in abortion pill reversal related to efficacy and safety. Initial critiques were spearheaded by Daniel Grossman. He published a systemic review in 2015 which reviewed the initial 6 patient case series from 2012 and 13 studies addressing the likelihood of continuing pregnancy following mifepristone alone. Dr. Grossman concluded that the usual care for women seeking to continue their pregnancies following mifepristone was expectant management with surveillance. He further concluded that there was inadequate evidence to establish that supplemental progesterone increased the likelihood of pregnancy continuation following mifepristone because of its small size.[62] Subsequently, Dr. Grossman published an opinion article in 2018 which reviewed the 754 patient case series from 2018 and maintained his conclusion about

---

[59] George Delgado & Mary Davenport, *supra* note 54.

[60] Deborah Garratt & Joseph V Turner, *Progesterone for preventing pregnancy termination after initiation of medical abortion with mifepristone*, 22 Eur. J. Contracept. Reprod. Health Care 472-475 (2017).

[61] George Delgado, et al., *A case series detailing the successful reversal of the effects of mifepristone using progesterone*, 33 Issues L. & Med. 21-31 (2018).

[62] Daniel Grossman, et al., *supra* note 13.

1  efficacy of abortion pull reversal because of what he perceived to be flaws in the
2  study.[63]

3      39.   Dr. Grossman never concludes that progesterone will not increase the
4  likelihood of maintaining pregnancy, merely that there is inadequate evidence to
5  believe it does. In interviews, Dr. Grossman has also explained that he did not see
6  any safety concerns with administering supplemental progesterone, but that
7  promoting abortion pill reversal misleads the public about the prevalence of abortion
8  regret.[64] Dr. Grossman's concerns, therefore, do not appear to be motivated by
9  medical considerations, thereby casting doubt on the validity of his conclusions.

10      40.   A second critique was undertaken by Mitchell Creinin, the researcher
11  who published the truncated randomized control trial in 2020. Dr. Creinin came to a
12  different conclusion from Dr. Grossman with respect to the safety of efforts to
13  maintain a pregnancy following mifepristone. He concluded that the risk of
14  hemorrhage was too great for women to take only mifepristone without subsequently
15  taking misoprostol, even with the addition of progesterone. Thus, he concluded that
16  abortion pill reversal was inherently unsafe.[65]

17      41.   Dr. Creinin's apprehension seems manufactured for many reasons. First,
18  there were twice as many cases of hemorrhage requiring intervention in the placebo
19  group (albeit only 2 versus 1 in the progesterone group). This result implies that it is
20  more concerning to take mifepristone alone, as without misoprostol there is slower
21  and reduced effectiveness of expulsion of the pregnancy, thus exposing a patient to

22

---

23  [63] Daniel Grossman & Kari White, *Abortion "Reversal" - Legislating without*
24  *Evidence*, 379 N. Engl. J. Med. 1491-93 (2018).

25  [64] Amanda Marcotte, *The Newest Crisis Pregnancy Center Offer: "Abortion*
    *Reversals,"* Slate (Nov. 1, 2024, 11:23 AM), https://slate.com/human-
26  interest/2014/12/abortion-reversals-the-latest-anti-abortion-offer-from-crisis-
27  pregnancy-centers.html.

28  [65] Mitchell D Creinin, et al., *supra* note 56.

more bleeding. However, when mifepristone was first being studied in Europe, it was
determined safe and effective at terminating early pregnancies. One study found a
complete abortion rate of 87.3% when used up to 42 days gestation—with no need
for further interventions—with only 1.5% of women needing a curettage for heavy
bleeding (no women needed a blood transfusion).[66] A recent scoping review analyzed
16 studies where mifepristone alone was used to terminate a pregnancy, including the
just referenced study. Among 1,191 research participants, a total of 19 had
hemorrhage events, or 1.6%.[67] This compares favorably to the 2.9%-4.6% of women
who visited the emergency room for complications after taking both mifepristone and
misoprostol during the clinical studies that led to approval of the regimen.[68]

42.    Furthermore, instead of increasing regulations related to its use (which
would be reasonable if there were true safety concerns), the FDA has actually made
mifepristone easier to acquire and use, and ACOG "advocates the removal of REMS
[risk evaluation and mitigation strategy] restrictions for mifepristone."[69] In light of
the complications that arise when taking both mifepristone and misoprostol,
misoprostol cannot be considered a panacea. The FDA has recently increased the
approval of mifepristone use from 49 to 70 days gestation, and the dosing has been
reduced from 600mg to 200mg, indicating efficacy and safety of use for this
indication. In addition, the FDA removed a requirement to dispense mifepristone in
clinics, medical offices, and hospitals, meaning women could access mifepristone
without seeing a medical professional or having an ultrasound.[70] All of these changes

---

[66] B. Maria, et al., *supra* note 12.

[67] Paul L.C. DeBeasi, *supra* note 15.

[68] *Label for Mifeprex (mifepristone) Tablets*, FDA 8 tbl.2 (rev. Mar. 2016),
https://www.accessdata.fda.gov/drugsatfda_docs/label/2016/020687s020lbl.pdf.

[69] American College of Obstetricians and Gynecologists' Committee on Practice
Bulletins, *supra* note 2.

[70] Kathi Aultman, et al., *supra* note 32.

encourage the expanded use of mifepristone and reduced regulations for its use. Taken together, these actions communicate a low concern for any dangers related to mifepristone and support faith in its efficacy and safety. If taking mifepristone alone was a true safety concern, monitoring of outcomes would be critical. In fact, the FDA also removed the requirement for prescribers to report adverse event reports (AER) with mifepristone except a requirement to report deaths.[71]

### G.    The Unique Case of Abortion Pill Reversal

43.    Abortion pill reversal is a very unique situation. In cases where women regret initiating a medication abortion with mifepristone, the stakes are extraordinarily high, and women seek care desperate to increase their chances of preserving their pregnancy. In these cases, they are willing to accept a very high risk to benefit ratio for an intervention—happy to try anything that could increase their chances of continuing the pregnancy even in the slightest degree. In these cases, a clinician and patient must weigh the potential risks of progesterone, including for an off-label use, against the potential benefit and goal of continuing the pregnancy. Off-label use of medications is not inherently unethical or unsafe. If a medication is already FDA-approved and used for one indication, its safety has been tested, and physicians have experience with its dosing and use. Due to the significant time, finances, and other resources required in the FDA approval process, and the potential benefit to patients, a physician using medical knowledge and experience to use a medication for another indication is quite common. Studies have shown approximately 21% of prescriptions in office-based practices were for an off-label indication,[72] and off-label uses of various medications, including progesterone, are also common in obstetrics and gynecology.[73,74] In medicine, many people undergo

---

[71] Kathi Aultman, et al., *supra* note 32.

[72] David C. Radley, et al., *Off-label prescribing among office-based physicians*, 166(9) Arch. Intern. Med. 1021-26 (2006).

[73] Rebecca S. Usadi & Kathryn S. Merriam, *supra* note 45.

DECL. OF ELENA KRAUS, M.D., PH.D., ISO
PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

1 treatments—even treatments with significantly more risks and side effects than
2 progesterone, where the benefits are thought to exist but the treatments may be off
3 label. This practice is ethical as long as there is some evidence supporting potential
4 benefit, the risks of the medication are not thought to be significant, and the patient is
5 properly counseled.

6       44.    Ultimately, significant responsibility remains on the physician, who the
7 patient trusts would not allow them to experience an investigational or off-label
8 therapy unless he or she believed it could be helpful and not significantly harmful.
9 Abortion pill reversal is similar—patients have significant hope of success, and may
10 be less wavered by potential risks or safety concerns unless they are well-established
11 and significant. In the case of progesterone, it has been used extensively in early
12 pregnancy and research has established its safety for both the maternal and fetal
13 patients. Studies indicate a potential benefit of increasing rates of ongoing pregnancy
14 after taking mifepristone. In the context of informed consent and a trusting
15 relationship with a healthcare professional, shared decision making can be made in
16 line with the patient's goals and desires. Thorough counseling is critical, describing
17 the risks, benefits, and alternatives of intervention, including doing nothing, the
18 extent of the data on efficacy, and the fact that the medication is being used off-label.
19 In this context, women in this situation have the right to do everything possible to
20 continue their pregnancy if that is what they desire.

21       I declare under penalty of perjury under the laws of the United States and the
22 State of California that the foregoing is true and correct. Executed on November 4,
23 2024, in Saint Louis, Missouri.

24
25
26                                    Elena Kraus, M.D., Ph.D.

27 [74] Alexander M. Quaas, et al., *On-label and off-label drug use in the treatment of*
28 *endometriosis*, 103(3) Fertility and Sterility 612-25 (2015).

DECL. OF ELENA KRAUS, M.D., PH.D., ISO
PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

**EXHIBIT A**

# ELENA MARIE (YATES) KRAUS, MD, PHD, MSCI, FACOG

405 Lewis Road, Eureka, MO, 63025 | 469-544-7372 | elena.kraus@mercy.net

**CURRENT POSITION**
- Maternal Fetal Medicine Physician, Mercy Clinic Maternal & Fetal Medicine, St Louis, MO
- OB/GYN Faculty, Mercy Residency Program in Obstetrics & Gynecology
- Faculty, Ponce Health Sciences University

**PAST POSITIONS**
- Maternal Fetal Medicine Physician, CHI Health Clinic, St Elizabeth Hospital, Lincoln, NE and Creighton University Medical Center, Omaha, NE
- Assistant Professor in the Department of Obstetrics and Gynecology, Creighton University School of Medicine, Omaha, NE
- Medical Director, CHI Health Birth Center, Lincoln, NE

**EDUCATION**

University of Dallas, Irving, Texas
**Bachelor of Science in Biology**                                    **2006**
Concentration in Spanish
Honors: Graduated Summa cum laude

Saint Louis University, Gnaegi Center for Health Care Ethics, Saint Louis, MO
**Doctor of Philosophy (PhD), Health Care Ethics**                    **2013**
Dissertation: *Nurse Practitioners in Primary Care: A Grounded Theory Study of Physician and Nurse Practitioner Perspectives*

Saint Louis University Medical School, Saint Louis, MO
**Medical Doctorate (MD)**                                            **2015**

Saint Louis University Department of Obstetrics and Gynecology, Saint Louis, MO
**Residency in Obstetrics and Gynecology**                            **2019**
Chief Resident of Academics

Saint Louis University Department of Obstetrics and Gynecology,
Division of Maternal Fetal Medicine, Saint Louis, MO
**Fellowship in Maternal Fetal Medicine**                             **2022**

Washington University in Saint Louis
Mentored Training Program in Clinical Investigation
Research Mentor: James Dubois, PhD, DSc
**Masters of Science in Clinical Investigation**                      **2022**

Elena Marie Kraus

**LICENSURE**

| | |
|---|---|
| Nebraska and Missouri Medical Licenses | **Current** |
| DEA and X-DEA licenses | **Current** |
| Diplomate, American Board of Obstetrics & Gynecology | **Current** |
| Diplomate, American Board of Obstetrics & Gynecology, Maternal & Fetal Medicine | |
| | **Current** |

**SERVICE AND LEADERSHIP ACTIVITIES**

**Saint Louis University Medical School Admissions Committee,**     **2007 – 2015**

   Student Representative

**Book Reviewer for Doody's Enterprises**     **2009 – 2012**

**Poster Judge**, American Physician Scientists Association (APSA)     **2015**

   Annual Regional Conference, Saint Louis, MO

**SSM Saint Mary's Hospital Ethics Committee**     **2019 – 2022**

**Perinatal Safety and Quality Committee, CHI Health**     **2022 - 2024**
   System-wide development and implementation of quality data
   and evidence-based performance improvement activities for obstetric care.

**Nebraska Perinatal Quality Improvement Collaborative (NPQIC)**     **2022 - 2024**
   State program to improve the delivery of and access to evidence-based
   and equitable health care for mothers and newborns.

**Maternal Morbidity and Mortality Review Committee – CHI Health Nebraska**     **2022 – 2024**
   Review of maternal morbidity and mortality cases across CHI Hospitals
   in Nebraska with the goal of quality and safety improvement.

**Women and Infants Clinical Institute (WICI) – Common Spirit Health**     **2023 - 2024**
   National organization of perinatal physician and nursing leaders within
   Common Spirit Health with the aim of improving women and infant health care
   across the system through research and quality improvement initiatives.

**RESEARCH EXPERIENCE**

**Trial of Labor after Cesarean Section Research Group,** Laura Vricella, MD,     **2018 – 2022**
and William Perez, MD
Saint Louis University, Division of Maternal Fetal Medicine, St. Louis, MO

**Bander Center Coordinator,** James DuBois, PhD, DSc     **2008 – 2013**
Saint Louis University, Gnaegi Center for Health Care Ethics, St Louis, MO

Elena Marie Kraus

Supported both administrative and research activities at the Bander Center. All activities focused on research and education in various areas of medical business ethics.

**Research Assistant,** James DuBois, PhD, DSc                                      **2008 – 2013**
Saint Louis University, Gnaegi Center for Health Care Ethics, St Louis, MO
Supported research within the Social Sciences Research Group, including the UPWARD Program (Understanding and Preventing Wrongdoing in American Healthcare Research and Delivery).

**Research assistant,** Daniel Hoft, MD, PhD                                             **2006**
Saint Louis University, Department of Molecular, Microbiology, and Immunology, Saint Louis, MO
Investigation of basic mechanisms of mucosal and systemic immunity against chronic intracellular pathogens, primary tuberculosis, with murine models

**Research assistant,** Julian Solway, MD, and Bahao Chen, MD                 **2005**
University of Chicago Pritzker School of Medicine, Department of Pulmonology and Critical Care, Chicago, IL
Characterization of GATA 5 promoters in murine models

**RELATED EXPERIENCE**

**Guest Editor**, *The AMA Journal of Ethics (*formally known as *Virtual Mentor)*   **2009 – 2010**
Audiey Kao, MD, PhD, American Medical Association, Chicago, IL

**Peer Reviewer for Elsevier**                                                                 **2016 – present**
 *The Journal of Nurse Practitioners* and *Contemporary Nurse*

**Guest Editor,** *Narrative Inquiry in Bioethics* issue on Pregnancy Loss         **2022**

**Peer Reviewer for** *AJOG MFM*                                                             **2023 - present**

**PRESENTATIONS**

DuBois, JM, **Kraus, EM**. (2012, May). *Physician Decision Making and the Web of Influence.* Oral presentation presented at: Saint Louis University Department of Ophthalmology Grand Rounds; Saint Louis, MO.

**Kraus, EM**. (2013, March). *Physician-Pharmaceutical Industry Interactions: Ethical Issues in Clinical Practice*. Oral Presentation presented at Saint Louis University Medical School Capstone Series; Saint Louis, MO.

**Kraus, EM**. (2014, April). *Nurse Practitioners in Primary Care: A Grounded Theory Study of Physician and Nurse Practitioner Perspectives.* Oral presentation at: Saint Louis University 3rd Annual Primary Care Research Symposium; Saint Louis, MO.

**Kraus, EM.** (2016, September). *Does the addition of Propranolol to oxytocin shorten the duration of*

3

Elena Marie Kraus

*labor and decrease the rate of cesarean sections?* Oral presentation presented at: Saint Louis University Department of OB/GYN Evidence Based Medicine Series; Saint Louis, MO.

**Kraus, EM**. (2017, September). *Case Report: Ovarian Lymphoma in a 14-year-old with Bilateral Adnexal Massess.* Oral presentation presented at : Saint Louis University 20th Annual OB/GYN Resident Research Symposium; Saint Louis, MO.

**Kraus, EM**. (2018, August). *Endometriosis in Hydatid Cysts of Morgagni: A Retrospective Cohort Study of Another Atypical Manifestation of Endometriosis*. Oral presentation at: Saint Louis University Department of OB/GYN Resident Research Day; Saint Louis, MO.

**Kraus, EM**. (2019, April). *Physician and Industry Relationships*. Oral presentation at: Saint Louis University Department of OB/GYN Financial Grand Rounds Series; Saint Louis, MO.

**Kraus, EM.** (2022, May). *Reproductive Decision Making in Women with Medical Comorbidities: A Qualitative Study.* Oral presentation at: Saint Louis University Department of OB/GYN Grand Rounds; Saint Louis, MO.

**Kraus, EM.** (2024, July). *Reproductive Decision Making in Women with Medical Comorbidities: A Qualitative Study.* Oral presentation at: Creighton University Department of OB/GYN Grand Rounds; Omaha, NE.


## POSTERS

Lawlor, M. L., Perez, W. M., **Kraus, E.,** Jacobson, J. M., Renner, K. C., & Vricella, L. K. (2019). Does gestational weight gain affect TOLAC success? *American Journal of Obstetrics & Gynecology, 220*(1, S386).

Mullan, S. J., Perez, W. M., Vricella, L. K., **Kraus, E.,** Jacobson, J. M., Renner, K. C., & Gross, G. A. (2019). Induction decreases success rates in vaginal birth after cesarean: Does indication matter? *American Journal of Obstetrics & Gynecology, 220*(1, S520).

Lawlor, M.L., **Kraus, E.,** Perez, W.M. Vricella, L.K., Kraus, E., Jacobson J.M., Renner, K.C., & Gross, G. A. (2019). High risk obstetric providers have similar VBAC success rates; an analysis by prenatal provider type. *American Journal of Obstetrics & Gynecology, 220 (1, S520).*

**Kraus, E.,** Perez, W., Gross, G., Tomlinson, T., Vricella, L. Intrapartum variables predicting labor progress and vaginal delivery in trials of labor after cesarean [abstract]. Society of Maternal Fetal Medicine 40th Annual Pregnancy Meeting. 2020 February 3-8; Dallas, TX. Abstract nr 723748.

**Kraus, E., Perez**, W., Gross, G., Vricella, L., Tomlinson, T. Validation of the MFMU admission model for vaginal birth after cesarean in a modern population [abstract]. Society of Maternal Fetal Medicine 40th Annual Pregnancy Meeting. 2020 February 3-8; Dallas, TX. Abstract nr 723777.

**Kraus, E.,** Perez, W., Gross, G., Vricella, L., Tomlinson, T. Can prediction of vaginal birth after cesarean at admission for delivery be improved? [abstract]. Society of Maternal Fetal Medicine 40th Annual Pregnancy Meeting. 2020 February 3-8; Dallas, TX. Abstract nr 723719.

Elena Marie Kraus

**Kraus, EM**. (2014, January). *Nurse Practitioners in Primary Care: A Grounded Theory Study of Physician and Nurse Practitioner Perspectives.* Poster presented at: Saint Louis University 3rd Annual Primary Care Research Symposium; Saint Louis, MO.

## PEER REVIEWED PUBLICATIONS

Chen B, **Yates E**, Huang Y, et al. Alternative promoter and GATA5 trascripts in mouse. *American Journal of Physiology: Gastrointestinal and Liver Physiology.* 2009; 297(6):g1214-1222.

Anderson E, **Kraus E**. Re-examining Empirical Data through the Lens of Personal Narratives on Living with Conflicts of Interest in Medicine. *Narrative Inquiry in Bioethics.* 2011;1(2):91-99.

DuBois J, Anderson E, **Kraus E**, et al. Environmental Factors Contributing to Wrongdoing in Medicine: A Criterion-based Review of Studies and Cases. *Ethics and Behavior.* 2012;22(3):163-188.

DuBois J, **Kraus E**, Vasher M. The Development of a Taxonomy of Wrongdoing in Medical Practice and Research. *American Journal of Preventive Medicine.* January 2012;42(1):89-98.

DuBois J, Bakanas E, Cruz S, Mikulec A, **Kraus E.** A Humble Task: Restoring Virtue in Medicine in an Age of Conflicting Interests. *Academic Medicine.* July 2013;88(7):1-5.

DuBois J, **Kraus E**, Gursahani K, Mikulec A, Bakanas E. Curricular priorities for business ethics in medical practice and research: recommendations from Delphi consensus panels. *BMC Med Educ.* November 15 2014;14(235).

**Kraus E**, Bakanas E, Gursahani K, DuBois J. Establishing the need and identifying goals for a curriculum in medical business ethics: a survey of students and residents at two medical centers in Missouri. *BMC Research Notes.* 2014;7(708).

**Kraus E**, DuBois JM. Knowing Your Limits: A Qualitative Study of Physician and Nurse Practitioner Perspectives on NP Independence in Primary Care. *J Gen Intern Med.* 2017;32(3):284-290.

Gupta S, Gavard JA, **Kraus E**, P. Yeung J. Endometriosis in Hydatid Cysts of Morgagni: A Retrospective Cohort Study of Another Atypical Manifestation of Endometriosis. *J Minim Invasive Gynecol.* 2017;24(4):653-658.

Gee A, **Kraus E**, Bilyeu A. Female Genital Cutting: Considerations for the Western Physician. *Missouri Medicine.* 2019;116(1):32-34.

**Kraus E.** An Exploratory Analysis of US Nurse Practitioner Perspectives on Training and Credentialing. *Narrative Inquiry in Bioethics*. 2019;9(3):233-246.

Powel JE, **Kraus E**, Reddy C, Lannaman K. Treatment of Severe Fetal Ebstein's Anomaly with Prenatal Nonsteroidal Anti-Inflammatory Therapy. *Fetal Diagn Ther.* 2022;49(5-6):245-249.

**Kraus E**. Humanizing the Language and Experience of Pregnancy Loss in Health Care. *Narrative Inquiry in Bioethics.* 2022;12(3):235-240. doi:10.1353/nib.2022.0059.

Elena Marie Kraus

**Kraus, EM,** Chavan NR, Whelan V, Goldkamp J, DuBois JM. Reproductive decision making in women with medical comorbidities: a qualitative study. *BMC Pregnancy Childbirth.* Dec 11 2023;23(1):848. doi:10.1186/s12884-023-06093-4

**OTHER PUBLICATIONS**

**Yates E**. Job Description: Nurse 2010. Virtual Mentor. 2010;12(1):3-5.

Dubois J, **Kraus E**, Bakanas E. Will Concierge Medicine's Image Improve as it Evolves? *American Medical News.* September 3, 2012; Ethics Forum.

Dubois JM, **Kraus E**. The ghost of veterinary medicine yet to come: Lessons learned from medical business ethics. *Proceedings of the 59th annual convention: American Association of Equine Practitioners* 2013;45(s45).

**Kraus EM**. Ethical drug pricing. *Healthcare Finance News.* October 25, 2013; Quality and Safety.

**Kraus E**. Case 4: Observing questionable medical business practices. In: Volpe R, Bakanas E, Dineen K, Dubois J, eds. *Exploring integrity in medicine: The Bander Center for Medical Business Ethics Casebook*. St. Louis: Saint Louis University; 2016.

**Kraus E.** Pregnancy Loss. *Narrative Inquiry in Bioethics.* 2022;12(3):183-186. doi:10.1353/nib.2022.0055.

**GRANTS AND SCHOLARSHIPS**

| | |
|---|---|
| Sister Clodovia Lockett Scholarship | **2005 – 2006** |
| Fellowship Award, Graduate Student Association | **2012** |
|     Saint Louis University, Saint Louis, MO | |
| Bander Business Ethics in Medical Research Funding Program | **2012** |
|     Administered by the Institute for Clinical and Translational Science | |
|     (ICTS) at Washington University, Saint Louis, MO | |
| Research Grant, Graduate Medical Education at Saint Louis | **2020** |
|     University School of Medicine | |
| National Institute of Health Loan Repayment (NIHRP) Award, National | **2020-2022** |
|     Institute of Child Health and Human Development | |

**HONORS AND AWARDS**

| | |
|---|---|
| University of Dallas Student Athlete Award | **2005 and 2006** |
| Frank J Doe Summer Scholar | **2005** |
| Ann Heller Mayberry Award | **2006** |
| Phi Beta Kappa, Liberal Arts Honors Society | **2006** |
| Alpha Sigma Nu, Jesuit Honors Society | **2010** |
| Athletics Hall of Fame, University of Dallas | **2011** |
| American Board of Internal Medicine Professional Article Prize | **2014** |
|   (For: A Humble Task: Restoring virtue in Medicine in an Age of Conflicting Interests) | |
| Residency Program Award for Excellence in Obstetrics | **2018** |

Elena Marie Kraus

| | |
|---|---|
| Resident Research Award | **2018** |
| Finalist for Resident Teaching Award | **2019** |
| Alpha Omega Alpha Honor Medical Society | **2019** |
| Residency Excellence Award | **2019** |
| Melanie McCleave, MD, Memorial Award for Compassion in Medicine | **2019** |
| MFM Fellow Resident Teaching Award | **2022** |

**PROFESSIONAL AFFILIATIONS AND ASSOCIATIONS**

American College of Obstetricians and Gynecologists (ACOG)
Society of Maternal Fetal Medicine (SMFM)
American Institute of Ultrasound in Medicine (AIUM)