Charles S. LiMandri, SBN 110841
 cslimandri@limandri.com
Paul M. Jonna, SBN 265389
 pjonna@limandri.com
Jeffrey M. Trissell, SBN 292480
 jtrissell@limandri.com
LiMANDRI & JONNA LLP
P.O. Box 9120
Rancho Santa Fe, CA 92067
Telephone: (858) 759-9930
Facsimile: (858) 759-9938

Thomas Brejcha, *pro hac vice*\*
 tbrejcha@thomasmoresociety.org
Peter Breen, *pro hac vice*\*
 pbreen@thomasmorsociety.org
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, IL 60606
Tel: (312) 782-1680
\*Application forthcoming

*Attorneys for Plaintiff Culture of Life*
*Family Services, Inc.*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CULTURE OF LIFE FAMILY SERVICES, INC. a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ATTORNEY GENERAL ROB BONTA, in his official capacity as the California Attorney General,<br><br>Defendant. | Case No.: 3:24-cv-1338-GPC-KSC<br><br>**DECLARATION OF WILLIAM R. GOYETTE, CEO, IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Gonzalo P. Curiel<br>Location: Courtroom: 2D<br>Date: January 10, 2025<br>Time: 1:30 p.m.<br><br>Action Filed: July 30, 2024 |

I, William R. Goyette, declare and states as follows:

1.      I am the CEO and Chairman of the Board of Culture of Life Family Services, Inc. ("COLFS"), a plaintiff in this action. The matters discussed below are based on my own personal knowledge. I could and would testify to them if called upon to do so in court.

2.      COLFS has provided Abortion Pill Reversal as a treatment option for patients since our medical director, George Delgado, first treated a woman in our offices seeking help in maintaining her pregnancy after taking mifepristone in 2010. COLFS continues to provide Abortion Pill Reversal as a treatment option today.

3.      In September 2023, California Attorney General Rob Bonta filed a lawsuit against Heartbeat International, Inc. and RealOptions, Inc. in Alameda County, California, Superior Court. In that lawsuit, AG Bonta alleges that they are engaging in fraudulent business practices and misleading advertising every time that they speak about Abortion Pill Reversal—whether on their websites, in individual communications with patients, or on podcast appearances. A true and correct copy of the complaint in that action, *People of the State of California v. Heartbeat International Inc. and RealOptions, Inc.*, No. 23-cv-44940 (Cal. Super. Ct., Alameda Cnty., Sep. 21, 2023), is attached as <u>Exhibit A</u>.

4.      This civil enforcement action has caused concern at COLFS because we are a religious nonprofit and morally obligated to provide life-affirming care to any woman who requests it from us. This includes offering Abortion Pill Reversal. Because of the religious nature of our organization, we are obligated to help any woman is at risk of losing her pregnancy—for any reason whatsoever—to the best of our ability. We are committed to this obligation despite the risk of staggering fines which the Attorney General is potentially seeking in his prosecution of Heartbeat International and RealOptions

5.      Despite our significant concerns, COLFS has decided to not pull down the information about Abortion Pill Reversal on our websites. We continue to have

generic webpages which mention as a matter of course that "[t]he abortion pill can be reversed." A true and correct copy of one such page, the "Types of Abortion" page, is attached as Exhibit B. *See* https://colfsclinic.org/abortion-consultation/types-of-abortion/. Another page, which includes a generic reference to Abortion Pill Reversal is attached as Exhibit C. *See* https://colfsclinic.org/abortion-consultation/abortion-pill-rescue/.

6.     We also have webpages that discuss successful reversals, including personal testimony pages. Those webpages imply—contrary to the Attorney General's belief—that Abortion Pill Reversal is effective. A true and correct copy of one such page, the "Stacy's Testimony" page, is attached as Exhibit D. *See* https://friendsofcolfs.org/stacys-testimony-saving-baby-brayleigh/.

7.     COLFS also frequently discusses Abortion Pill Reversal in other contexts that are not unlike the podcast appearances through which the Attorney General accuses Heartbeat of engaging in fraudulent business practices. For example, every year, COLFS holds an annual fundraising gala. Every year we mention our work, including Abortion Pill Reversal. The transcripts of three examples of a short video we have played at our annual galas are attached as Exhibits E, F, and G. The hyperlinks for those videos are available here:

- 2017 Annual Gala, https://www.youtube.com/watch?v=G1IS35gJXVs
- 2016 Annual Gala, https://www.youtube.com/watch?v=ax8_DK2vsaE
- 2015 Annual Gala, https://www.youtube.com/watch?v=M-HKXf8ydqY

///
///
///
///
///
///
///

DECL. OF WILLIAM R. GOYETTE, CEO, ISO
PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

8.     Also, on COLFS's website is a detailed FAQ page describing much of the science underlying Abortion Pill Reversal. This includes reference to Dr. Delgado's 2018 case series, and its conclusion that viable APR protocols have a 64-68% success rate and no birth defects. That page also tells women to reach out to COLFS even if they have a non-standard situation since COLFS will always do what it can to provide them with care. A true and correct copy of that webpage is attached as Exhibit H. *See* https://colfsclinic.org/abortion-pill-rescue-faqs/.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed on November 4, 2024, in San Diego County, California.

William R. Goyette, CEO
Culture of Life Family Services, Inc.

DECL. OF WILLIAM R. GOYETTE, CEO, ISO
PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

**EXHIBIT A**

1
2
3
4
5
6
7
8
9
10
11

ROB BONTA
Attorney General of California
RENU GEORGE (SBN: 262310)
Senior Assistant Attorney General
KARLI EISENBERG (SBN: 281923)
Supervising Deputy Attorney General
KATHLEEN BOERGERS (SBN: 213530)
Supervising Deputy Attorney General
ERICA CONNOLLY (SBN: 288822)
Deputy Attorney General
HAYLEY PENAN (SBN: 313693)
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7755
 Fax: (916) 327-2319
 E-mail: Erica.Connolly@doj.ca.gov

*Attorneys for Plaintiff*
 *People of the State of California*

**ELECTRONICALLY FILED**
Superior Court of California,
County of Alameda
**09/21/2023 at 08:51:18 AM**
By: Milagros Cortez,
Deputy Clerk

*Filing Fee exempt per Govt. Code Section 6103*

12
13
14
15

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF ALAMEDA

16
17
18
19
20
21
22
23

| | |
|---|---|
| **THE PEOPLE OF THE STATE OF CALIFORNIA,**<br><br>Plaintiff,<br><br>v.<br><br>**HEARTBEAT INTERNATIONAL, INC., REALOPTIONS, DOES 1-100, INCLUSIVE,**<br><br>Defendants. | Case No. 23CV044940<br><br>**COMPLAINT FOR PERMANENT INJUNCTION, CIVIL PENALTIES, AND OTHER EQUITABLE RELIEF**<br><br>(Bus. & Prof. Code §§ 17200, et seq., 17500, et seq.)<br><br>**[VERIFIED ANSWER REQUIRED PURSUANT TO CODE CIV. PROC. § 446]** |

24
25
26
27
28

1

1

2          Plaintiff, the People of the State of California, by and through Attorney General Rob

3    Bonta ("Plaintiff" or "the People"), alleges the following, on information and belief:

4                                    **INTRODUCTION**

5          1.       For the vast majority of pregnant people who choose to undergo an abortion, their

6    most common emotion is relief.[1]  For a significant percentage of those people, medication

7    abortion is their preferred method of exercising their reproductive choice.  The standard

8    medication abortion regime, consisting of two medications, mifepristone and misoprostol, has

9    been proven to be incredibly safe—safer than Penicillin, Viagra, and even some over-the-counter

10   drugs like Tylenol.[2]  It is also incredibly effective, with more than 95% of individuals who take

11   the standard two-dose regime completing their abortion without need for any further

12   intervention.[3]

13         2.       A vast majority, however, is not everyone.  A small percentage of pregnant

14   people—0.004%—may reconsider their decision while in the midst of a medication abortion.[4]  As

15   _____

16         [1] (Corinne H. Rocca et al., *Emotions & Decision Rightness over Five Years Following an Abortion: An Examination of Decision Difficulty & Abortion Stigma* (2020) 248 Soc. Sci. & Med.

17   112704, https://www.sciencedirect.com/science/article/pii/S0277953619306999?via%3Dihub; *see also* Lauren Ralph et al., *Measuring decisional certainty among women seeking abortion*

18   (2017) 95 Contraception 269-78; Diana Greene Foster*, The Turnaway Study: Ten Years, A Thousand Women, and the Consequences of Having—or Being Denied—an Abortion* (2021) pp.

19   124 [describing the seminal study regarding emotions and decision rightness following abortion, which provides that "at every interview over the five years after their abortion, 95% of women

20   reported that having the abortion was the right decision for them."].)

21         [2] (Annette Choi & Will Muller, *How Safe Is the Abortion Pill Compared with Other Common Drugs*, CNN (Apr. 21, 2023), https://www.cnn.com/2023/03/15/health/abortion-pill-

22   safety-dg/index.html; Amy Schoenfeld Walker et al., *Are Abortion Pills Safe? Here's the Evidence*, N.Y. Times (Apr. 7, 2023),

23   https://www.nytimes.com/interactive/2023/04/01/health/abortion-pill-safety.html.)

24         [3] (FDA, Full Prescribing Info.: Mifeprex, p. 12,

25   https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/020687Orig1s026lbl.pdf [as of Aug. 16, 2023].)

26         [4] (See Daniel Grossman et al., *Continuing pregnancy after mifepristone and "reversal" of first-trimester medical abortion: a systematic review* (2015) 92 Contraception 206-11

27   ["According to data obtained from Danco Laboratories, the U.S. manufacturer of mifepristone, less than 0.004% of patients who took mifepristone between 2000 and 2012 ended up deciding to

28

                                            2

part of that change of heart, these people likely face emotional turmoil—anxious and unsure about what choices remain open to them.  In such a vulnerable state, they need and deserve accurate, scientifically sound information about their options, including the risks involved with those options.

3.      Instead of offering vulnerable pregnant people accurate information, Defendants Heartbeat International, Inc. ("HBI") and RealOptions provide them with false and misleading statements.  They claim that there is a way to "reverse" the effects of mifepristone, which they call "abortion pill reversal" or "APR."  They further claim—falsely—that through APR "thousands of lives" have been "saved."[5]  But, there is no evidence showing that mifepristone can be "reversed" or that the APR "protocol" contributes to the continuation of a pregnancy.

4.      Defendants know this.  Nevertheless, they regularly continue to advertise and promote APR, and they cite flawed and misleading reports to support their claims.

5.      Defendants further misrepresent that APR can be safe and effective if initiated after a pregnant person has taken misoprostol (i.e., the second abortion drug in the two-drug abortion regime), or after taking a different medication abortion drug, methotrexate, or when initiated longer than 72 hours after taking the mifepristone dose.  There are **no studies** suggesting APR is effective or safe in those situations.

6.      Defendants falsely imply to patients that APR is safe, even though the only credible study on APR suggests potentially significant health risks.  Defendants fail to disclose these potential risks, which can arise from stopping a medication abortion midway.  They also fail to disclose the potential for unknown risks, which, given the absence of long-term data, may not be evident for many years.  This information is crucial for pregnant individuals and their families as they decide their next steps in this time-sensitive situation.

7.      In essence, Defendants use emotionally vulnerable individuals who come to them in the midst of a gut-wrenching life choice as subjects in experiments to determine whether APR

continue their pregnancies."].)

[5] (Heartbeat International, *Abortion Pill Rescue Network*, https://www.heartbeatinternational.org/our-work/apr [as of Aug. 21, 2023].)

1    is safe and effective.  Defendants attract these individuals through multiple misrepresentations

2    and pressure them by claiming they must start treatment as quickly as possible, further exploiting

3    these individuals' heightened emotional state.

4        8.       The People of the State of California bring this suit to end this misconduct.

5                                **PARTIES**

6        9.       Plaintiff is the People of the State of California.  The People bring this action by

7    and through Rob Bonta, Attorney General of the State of California ("Attorney General").  The

8    Attorney General is the chief law officer of the State and has authority to file civil actions to

9    protect public rights and interests.  (Const., art. V, § 13; Bus. & Prof. Code, § 321.)[6]  The

10   Attorney General is authorized by Business and Professions Code sections 17204 and 17535 to

11   obtain injunctive relief to halt violations of, and enforce compliance with, Business and

12   Professions Code section 17200 et seq., and Business and Professions Code section 17500 et seq.,

13   respectively.  The Attorney General is authorized by Business and Professions Code sections

14   17206 and 17536 to obtain civil penalties of up to $2,500 for each violation of sections 17200 et

15   seq. and 17500 et seq., respectively.  The Attorney General brings this challenge pursuant to his

16   independent constitutional, statutory, and common law authority to represent the public interest.

17       10.      Defendant Heartbeat International, Inc. ("HBI") is a 501(c)(3) charitable

18   organization that operates the "most expansive network" of "pro-life pregnancy resource centers"

19   and has "over 3,000 affiliated pregnancy help locations," including over 2,000 locations

20   throughout the United States.[7]  HBI is incorporated and has its principal place of business in

21   Columbus, Ohio.  HBI owns and operates the Abortion Pill Rescue Network ("APRN") as well as

22   the Abortion Pill Reversal ("APR") hotline.

23       11.      Defendant RealOptions ("RealOptions") is a 501(c)(3) non-profit organization that

24   is incorporated in California, has a principal place of business in San Jose, and operates five

25   clinics in California.  RealOptions operates the clinics under the name "RealOptions Obria

26

27       [6] All further statutory references are to California statutes.

28       [7] (Heartbeat International, *Our Mission & Vision*,
     https://www.heartbeatinternational.org/about/our-passion [as of Aug. 21, 2023].)

Medical Clinics."  Two of RealOptions' clinics are located in San Jose; one clinic is located in Union City; one clinic is located in Oakland; and one clinic is located in Redwood City. RealOptions advertises APR as a service available at all five of its clinics.

12.    The true names and capacities of Defendants sued herein as DOES 1 through 100, inclusive, are unknown to the People, who therefore sue said Defendants by such fictitious names. When the true names and capacities of said Defendants have been ascertained, the People will ask leave of the court to amend this Complaint to insert in lieu of such fictitious names the true names and capacities of said fictitiously named Defendants.

13.    At all relevant times, Defendants have controlled, directed, formulated, known, and/or approved of, and/or agreed to the various acts and practices of each of the Defendants.

14.    Whenever reference is made in this Complaint to any act of any Defendant or Defendants, such allegation means that such Defendant or Defendants did the acts alleged in this Complaint either personally or through the Defendant's officers, directors, employees, agents, and/or representatives acting within the actual or ostensible scope of their authority.

15.    Defendants have engaged in a conspiracy, common enterprise, and common course of conduct, the purpose of which is and was to engage in the violations of law alleged in this Complaint.  The conspiracy, common enterprise, and common course of conduct continue to the present.

**JURISDICTION AND VENUE**

16.    This Court has jurisdiction over the People's claims pursuant to article VI, section 10 of the California Constitution and Business and Professions Code sections 17204, 17206, 17535, and 17536.

17.    This Court has personal jurisdiction over Defendants because each Defendant intentionally avails itself of the California market so as to render the exercise of jurisdiction by California courts consistent with traditional notions of fair play and substantial justice.  Defendant RealOptions additionally is incorporated in and has a principal place of business in California and therefore resides in the state.  Since 2008, defendant HBI has been registered with the California Secretary of State as doing business in the state.  HBI has multiple affiliated clinics in California,

5

1   and a number of those affiliates, including RealOptions, offer APR as a medical service. On

2   information and belief, HBI refers pregnant individuals who contact its APR hotline or livechat to

3   its California-based affiliates that offer APR services.

4          18.     The violations of law alleged in this Complaint occurred in the Counties of San

5   Mateo, San Jose, Alameda, and throughout California.

6          19.     Venue is proper in Alameda County pursuant to Code of Civil Procedure section

7   393, subdivision (a) because Defendant RealOptions operates a medical clinic offering APR

8   within this county, in Oakland, and HBI advertises APR to the public and Abortion Pill Rescue

9   Network Training to potential affiliates within the county. Accordingly, at least some part of the

10  cause of action arose within this county. (See Code Civ. Proc., § 393, subd. (a).)

11                               **FACTUAL ALLEGATIONS**

12  **I.      "ABORTION PILL REVERSAL"**

13         20.     Abortion pill reversal ("APR") is an experimental protocol that Defendants claim

14  is "safe" and "effective" for "reversing" a medication abortion when a pregnant person has taken

15  the first drug, mifepristone, but before having taken the second drug, misoprostol, in the standard

16  two-drug medication abortion regime. Mifepristone blocks the effects of progesterone and

17  thereby inhibits the continuation of the pregnancy. Misoprostol, which is taken 24-48 hours after

18  the mifepristone, causes the uterus to contract and expel the remaining pregnancy tissue,

19  completing the abortion.

20         21.     As HBI explains the process, the APR "protocol" directs a patient to take high

21  doses of progesterone within 72 hours of taking mifepristone to try to "reverse" the effects of the

22  mifepristone. Although HBI uses the term "reverse" and "reversal," the theory underlying APR

23  is more akin to a "competition" between progesterone and mifepristone. Even APR's proponents

24  acknowledge that APR cannot truly "reverse" mifepristone, such as by acting as an antidote.

25         22.     As of the date of this filing, not a single credibly designed medical study has

26  verified HBI's claims.

27         23.     According to HBI, the APR "protocol" requires the pregnant person who has taken

28  mifepristone to be administered a high dose of progesterone in one of three ways: orally,

vaginally, or through intramuscular injection.  The pregnant person is also advised not to take the second drug in the medication abortion regimen, misoprostol.  The "protocol" calls for treatment with progesterone to be tapered after the first three days, and then to continue until the end of the first trimester.  Under this "protocol," the dosage and frequency of progesterone differs depending on the route of administration.

24.    HBI offers similar "protocols" of high-dose progesterone administration for pregnant individuals who have taken <u>both</u> drugs in the standard medication abortion regime (mifepristone and misoprostol).  As of the date of this filing, no medical study has verified this protocol.

25.    HBI also offers similar "protocols" of high-dose progesterone administration for those pregnant individuals who have taken methotrexate, a separate drug that can be used to induce an abortion.  Unlike mifepristone, however, methotrexate inhibits folic acid rather than progesterone.  For the "attempted reversal of methotrexate" "protocol," HBI advises providers to also administer leucovorin and folic acid to counteract the effects of the methotrexate—another "protocol" which has never been studied.

## II.    2012 CASE SERIES AND 2018 REPORT

26.    The original APR "protocol" for pregnant people who have completed only the first step in a medication abortion (i.e., taken only mifepristone) was conceptualized by two providers, Dr. George Delgado and Dr. Matthew Harrison.  Harrison purportedly first used progesterone in 2006 on a pregnant patient who had taken mifepristone but did not want to continue with a medication abortion.  In 2008, Delgado, a California-based family physician and HBI's medical advisor, devised the APR "protocol" described above.

27.    To support the APR "protocol," in 2012, Delgado and Dr. Mary Davenport, a California-licensed physician and the current medical director of RealOptions' Redwood City and Oakland locations, published a case series review ("2012 Case Series").[8]  In the 2012 Case Series, they described the administration of progesterone to seven pregnant women who had taken

---

[8] (George Delgado & Mary Davenport, *Progesterone Use to Reverse the Effects of Mifepristone* (2012) 46 Pharmacotherapy 1723.)

mifepristone, six of whom were included in the case series' analysis and four of whom carried their pregnancies to full-term, reportedly with no birth defects.  The progesterone route of administration and dosage varied among the women included in the case series, and there was no control group.

28.    Despite the small sample size, the presence of confounding variables, and the lack of control group, Delgado nevertheless concluded that "[t]he experience of these patients suggests that medical abortion can be arrested by progesterone injection after mifepristone ingestion prior to misoprostol" and that further research was necessary only "to have an evidence basis for the best protocol."[9]  The 2012 Case Series, however, was insufficient evidence for these conclusions.

29.    In May 2012, Delgado created the Abortion Pill Reversal Network, consisting of an APR website (www.abortionpillreversal.com) and a telephone hotline (1-800-712-HELP), through which he promoted APR and sought to connect pregnant people who have initiated a medication abortion with providers willing to administer the APR protocol.  He collected data on individuals who contacted the hotline, especially those individuals who opted to pursue APR.

30.    Using this hotline patient data, in 2018, Delgado, Davenport, and others wrote an article ("2018 Report"), labeling it "an observational case series of 754 patients."[10]  According to the 2018 Report, 1,668 calls were received by the hotline from June 24, 2012 to June 21, 2016. Of these 1,668 callers, 754 pregnant individuals initiated the experimental progesterone treatment.  The 2018 Report claimed to have tracked the pregnancy outcomes to ultimately conclude, "[t]he reversal effects of Mifepristone using progesterone is safe and effective."[11]

31.    As an AMA Journal of Ethics article explained, case series like the 2012 Case Series and the 2018 Report (which claimed to be a case series), "describe characteristics of patients with certain diseases and may help identify questions for future research" but "are ranked lower than other [study] designs because of associated bias, lack of random sampling, the absence

---

[9] (*Ibid.*)

[10] (George Delgado et al., *A case series detailing the successful reversal of the effects of mifepristone using progesterone* (2018) 33 Issues L. Med. 21-31.)

[11] (*Ibid.*)

Complaint for Permanent Injunction, Civil Penalties, Abatement, and Other Equitable Relief

1   of controls or a comparison group, and heterogeneity of subjects."[12]  Because case series provide

2   only weak scientific evidence, they are not commonly used to make changes in how medications

3   are used.  Instead, they are used to inform further studies with more rigorous methodologies.

4       32.    As Delgado and Davenport have acknowledged, the 2018 Report has serious

5   design flaws that undermine classifying it even as a "case series," further underscoring that the

6   report is not credible scientific evidence to support a conclusion that APR is either safe or

7   effective as a treatment for the continuation of a pregnancy after administration of mifepristone.

8   These design flaws include, but are not limited to, the following:

9       a.    The 2018 Report did not report outcomes on all participants. This is a key

10   failing.  The Report purported to observe "754 patients," but only included

11   547 patients in the analysis.  The Report explains that three groups were

12   excluded:  (1) those who had taken misoprostol prior to taking

13   progesterone or who had taken mifepristone more than 72 hours prior to

14   initiating progesterone; (2) those with whom Delgado lost contact; and (3)

15   those who ultimately chose to complete the medication abortion or opt for

16   surgical abortion.  The Report did not observe or study the outcomes of

17   these excluded groups (i.e. 207 patients).  That constitutes nearly *a third* of

18   the total pregnant people observed.

19       b.    The Report used flawed data.  To show that APR was effective, the Report

20   needed to show a more successful embryo survival rate with the use of

21   progesterone than without the use of progesterone.  But, the Report used

22   flawed data that made the rate of embryo survival without progesterone

23   look artificially low, which in turn made the embryo survival rate with

24   progesterone look misleadingly high.

25

26

---

27   [12] (Opeyemi Daramola & John Rhee, *Rating Evidence in Medical Literature* (Jan. 2011) AMA J. Ethics, https://journalofethics.ama-assn.org/article/rating-evidence-medical-literature/2011-01.)

28

c.    The Report says nothing about whether APR had negative health effects on the pregnant person. Nothing in the Report suggests that Delgado tracked patients to see if they had such adverse effects. Without that tracking, the Report says nothing about—and therefore cannot be used to tout—the safety of the APR "protocol."

d.    The Report has misleading results. The Report differentiated the APR "success rates" based on the dosage of progesterone and how the drug was administered. The "success rates" range from an overall rate of 48% to 68% for oral progesterone to 64% for progesterone injections.[13] None of those rates account for different gestational ages of the pregnancies (i.e., pregnancy length determined by the number of weeks following the pregnant person's last menstrual period).[14] Mifepristone becomes less effective the longer an individual is pregnant, meaning that for further-along pregnancies, progesterone may not have made a difference to the embryo surviving. In short, it is misleading to lump into one "success rate" pregnancies that were at different stages.

33.    Due to its flaws and weaknesses, the 2018 Report does not establish causation between the APR protocol and the continuation of pregnancies for the women tracked in the Report. In other words, the study does not show whether their pregnancies were just as likely to have continued without the APR protocol as with it.

34.    In addition, Delgado and Davenport appear not to have timely secured the necessary institutional oversight to conduct their research on human subjects. Delgado and Davenport appear to have obtained institutional review board ("IRB") approval only *after* they

---

[13] The 68% statistic is from the highest dosage of oral progesterone, which only 31 individuals received out of the total 119 who received oral progesterone. The 64% statistic is from progesterone injections and was calculated by combining all individuals who received intramuscular injections into one category, regardless of the dosage received.

[14] The 2018 Report did track embryo survival rates by gestational age, but it did not factor gestational age into the survival rates attributed to each method of administering progesterone.

conducted their research, meaning there was no institutional oversight during the course of their experiment.[15]  Such oversight is important to secure *before* beginning medical experiments on human subjects because an IRB helps ensure ethical treatment of and reduction of risks to those human subjects.[16]

35.    The 2018 Report failed to adequately disclose Delgado's potential conflicts of interest.  The sources of the data in the 2018 Report were patient contacts to Delgado's Abortion Pill Reversal Network hotline and live chat, but the 2018 Report does not disclose that fact.  Instead, it states only that "[s]ubjects called an informational hotline linked to an informational website and staffed by nurses and a physician assistant," with no disclosure of Delgado's connection.[17]

36.    Delgado and Davenport knew about the flaws and weaknesses in the 2018 Report.  Even after Davenport and Delgado had collected the data from incoming calls to Delgado's hotline, Davenport acknowledged that a rat study provided stronger evidence than the hotline data.  That Davenport made this assessment after completing the data collection demonstrates that even the Report's authors understood that their data was not sufficient to make the claims in the Report.

37.    As a reflection of these flaws, three journals—the Annals of Emergency Medicine, the Journal of the American Board of Family Medicine, and the Annals of Pharmacotherapy—rejected the 2018 Report for publication.  The medical journal that ultimately published the 2018 Report—Issues in Law & Medicine—is a publication sponsored by two anti-abortion organizations and, as Delgado has admitted, is "not particularly well-known in the medical field."

---

[15] (Daniel Grossman & Kari White, *Abortion "Reversal" — Legislating without Evidence* (Oct. 18, 2018) 379 N. Eng. J. Med. 1491-93.)

[16] (See Off. for Human Res. Protections, U.S. Dept. of Health & Human Servs. (June 28, 2021) Human Research Protection Training, Lesson 3: What Are IRBs?, https://www.hhs.gov/ohrp/education-and-outreach/online-education/human-research-protection-training/lesson-3-what-are-irbs/index.html#:~:text=Membership%20%3E%20Quiz%20Questions-,Purpose%20of%20IRBs,and%20adequately%20protect%20research%20participants.)

[17] (George Delgado et al., *A case series detailing the successful reversal of the effects of mifepristone using progesterone* (2018) 33 Issues L. Med. 21-31.)

(*Planned Parenthood of Tenn. & N. Mississ. v. Slatery* (M.D. Tenn. 2021) 523 F.Supp.3d 985, 994.)

38.     Despite these acknowledged flaws and its failure to establish causation between the APR protocol and pregnancy continuation, the 2018 Report is the seminal "study" cited in support of the safety and efficacy of APR by Defendants HBI and RealOptions.

39.     Given its substantial deficiencies, the 2018 Report cannot be considered a study by any stretch.  It is certainly not a rigorous scientific study of the effectiveness and safety of APR. As described more fully below, the only rigorous study on APR suggested potentially significant health risks arising from stopping a medication abortion after taking mifepristone, an essential step in the APR "protocol."

III.    **SAFETY CONCERNS, CONTRARY EVIDENCE, AND CRITICISMS OF ABORTION PILL REVERSAL PROTOCOL**

40.     Further underscoring the lack of credibility of Delgado and Davenport's 2012 Case Series and 2018 Report are multiple articles using rigorous scientific methodology, which call into question the conclusions that the 2012 Case Series and 2018 Report reached about the safety and effectiveness of APR.

41.     For example, a 2015 systematic literature review ("2015 Literature Review") published in *Contraception*, a peer-reviewed medical journal, found that there was a lack of evidence that pregnancy continuation after administration of mifepristone was more likely after treatment with progesterone as compared with expectant management (i.e., not administering misoprostol and monitoring the pregnancy).  The 2015 Literature Review further found that in published studies the percentage of pregnancies that continued after only mifepristone administration (but no progesterone) ranged from 8-46%.[18]  This review, authored by experts in obstetrics, gynecology, and public health at the University of California, San Francisco, University of Alabama at Birmingham, University of Michigan, Johns Hopkins, Stanford University, and the University of North Carolina, concluded that "[i]n the rare case that a woman

---

[18] (Daniel Grossman et al., *Continuing pregnancy after mifepristone and "reversal" of first-trimester medical abortion: a systematic review* (2015) 92 Contraception 206-11.)

changes her mind after starting medical abortion, evidence is insufficient to determine whether treatment with progesterone after mifepristone results in a higher proportion of continuing pregnancies compared to expectant treatment [i.e., waiting for spontaneous miscarriage]."

42.    The 2015 Literature Review also included analysis of the 2012 Case Series, finding that the 2012 Case Series "was of poor quality and lacked clear information on patient selection."[19]

43.    A 2018 article published in the New England Journal of Medicine analyzed the 2018 Report in detail in the context of commenting on state laws requiring physicians to discuss APR with patients.  That article described APR as an "unmonitored research experiment" and observed:  "It is difficult to compare the results from [the 2018 Report] with data on mifepristone alone for several reasons," including the exclusions of patients by some of the providers because the embryo had died following the pregnant patient taking mifepristone and exclusions of patients who were lost to follow up before 20 weeks, both of which "probably exaggerated the treatment's reported success."[20]

44.    A 2019 comment published in *Contraception*, a peer-reviewed medical journal, by Dr. Mitchell Creinin, identified numerous flaws in the 2018 Report:  "lack of control groups, no confirmation of mifepristone ingestion, failure to establish viability prior to progesterone treatment, and providing experimental treatment without patient consent or institutional review board oversight."[21]

45.    In light of the lack of credible evidence on its safety and effectiveness, medical associations have highlighted concerns about APR:

---

[19] (*Ibid*.)

[20] (Daniel Grossman & Kari White, *Abortion "Reversal" — Legislating without Evidence* (Oct. 18, 2018) 379 N. Eng. J. Med. 1491-93.)

[21] (Mitchell D. Creinin & Melissa J. Chen, *Mifepristone antagonization requires real studies to evaluate safety and efficacy* (Nov. 14, 2019) 100 Contraception 427-29, https://www.contraceptionjournal.org/article/S0010-7824(19)30450-0/fulltext.)

a.  The American College of Obstetricians and Gynecologists ("ACOG") stated: "Claims regarding abortion 'reversal' treatment are not based on science and do not meet clinical standards. The American College of Obstetricians and Gynecologists (ACOG) ranks its recommendations on the strength of the evidence, and does not support prescribing progesterone to stop a medical abortion."[22]

b.  In a challenge to North Dakota's law requiring physicians to tell patients that medication abortion may be "reversible," the American Medical Association ("AMA") stated that "[t]he Compelled Reversal Mandate forces physicians to tell their patients that medication abortions may be reversible, a claim wholly unsupported by the best, most reliable scientific evidence, contravening their ethical and legal obligations as medical providers."[23]

c.  The Society of Obstetricians and Gynaecologists of Canada has stated that it "does not support prescribing progesterone to stop a medical abortion" and that "[t]he claims regarding so-called abortion 'reversal' treatments are not based on scientific evidence."[24]

d.  The Royal College of Obstetricians and Gynaecologists, the Faculty of Sexual and Reproductive Healthcare, the Royal College of Midwives, and the British Society of Abortion Care Providers have stated that "[t]here are **no reputable national or international clinical guidelines that**

---

[22] (ACOG, Facts are Important: Medication Abortion "Reversal" Is Not Supported by Science, https://www.acog.org/advocacy/facts-are-important/medication-abortion-reversal-is-not-supported-by-science [as of Jan. 31, 2022, 2:29 PM].)

[23] (*Am. Med. Ass'n v. Stenehjem* (June 25, 2019, No. 1:19-cv-125) [412 F. Supp. 3d 1134] [complaint at 2], https://www.ama-assn.org/system/files/2019-06/ND-mife-reversal-complaint.pdf.)

[24] (Soc. Obstetricians and Gynaecologists of Canada, SOGC Statement on Abortion Medication "Reversal" (Mar. 19, 2021), https://sogc.org/en/content/featured-news/SOGC_Statement_on_Abortion_Medication_Reversal.aspx.)

**recommend the use of progesterone to reverse the effect of mifepristone**, and no evidence that it increases the likelihood of continuing pregnancy, compared to expectant management alone."[25]

46.    The first (and only) randomized clinical study to attempt to test the safety and efficacy of APR was initiated at the University of California, Davis in 2019 but had to be halted due to serious "safety concerns" after 3 of the 12 enrolled study participants "experienced severe bleeding, requiring ambulance transport to an emergency department."[26]  Because the study was cut short, the researchers were unable to "quantify the full extent of the hemorrhage risk."[27]  The lead researcher, however, has cautioned that "[w]omen who use mifepristone for a medical abortion should be advised that not following up with misoprostol could result in severe hemorrhage, even with progesterone treatment."[28]

47.    In addition to the medical community's criticisms, three federal district courts, having evaluated expert evidence from APR proponents and critics, have found that the 2018 Report does not establish causation between the APR protocol and pregnancy continuation.  (*See All-Options, Inc. v. Atty. Gen. of Ind.* (D. Ind. 2021) 546 F.Supp.3d 754, 766; *Planned Parenthood of Tenn. & N. Mississ.*, 523 F.Supp.3d at 1003-04; *Am. Med. Ass'n v. Stenehjem* (D.N.D. 2019) 412 F.Supp.3d 1134, 1150.)

---

[25] (Royal College of Obstetricians & Gynaecologists, et al., Joint Statement on "Abortion Reversal" (July 7, 2022), https://www.rcog.org.uk/media/nbahkgvo/rcog-fsrh-abortion-reversal-position-statement.pdf.)

[26] (UC Davis Health, Can the abortion pill be reversed? A novel search for answers (Dec. 4, 2019), https://providervideos.ucdavis.edu/news/can-the-abortion-pill-be-reversed-a-novel-search-for-answers; see also Jessica Washington, *Study of "Abortion Reversal" Pill Halted Because It's Too Dangerous*, Mother Jones (Dec. 6, 2019), https://www.motherjones.com/politics/2019/12/study-of-abortion-reversal-pill-halted-because-its-too-dangerous/; Kayla Epstein, *Some lawmakers push 'abortion reversal' treatments. A study shows how dangerous they are*, Wash. Post (Dec. 24, 2019), https://www.washingtonpost.com/health/2019/12/24/some-lawmakers-push-abortion-reversal-treatments-new-study-shows-how-dangerous-they-are/.)

[27] (UC Davis Health, Can the abortion pill be reversed? A novel search for answers (Dec. 4, 2019), https://providervideos.ucdavis.edu/news/can-the-abortion-pill-be-reversed-a-novel-search-for-answers.)

[28] (*Ibid.*)

48.     The 2012 Case Series' and 2018 Report's failure to establish the efficacy of APR is even more problematic in light of the potential—albeit small—risks from the administration of supplemental progesterone.  As an expert in *American Medical Association v. Stenehjem* explained, supplemental progesterone is associated with maternal depression, cholestatic jaundice, and hypertension.  That expert also noted that certain studies have raised concerns (though not conclusively) about possible associations between certain progesterone preparations and second trimester miscarriages and stillbirths.  With no credible evidence showing that APR is effective, the treatment essentially exposes pregnant individuals to the risks of supplemental progesterone without any benefits.

IV.    **HBI's Misleading Representations**

49.     In April 2018, HBI acquired Delgado's Abortion Pill Reversal Network, including the www.abortionpillreversal.com website and the APR hotline.  Since then, HBI has operated both as part of its Abortion Pill Rescue Network ("APRN").  Delgado currently is a member of HBI's medical advisory team.

50.     HBI continues to operate the website and the hotline and to advertise and promote APR, despite long having knowledge of the unreliable scientific evidence supporting Delgado's "protocol."  In its April 2018 press release announcing its acquisition of the Abortion Pill Reversal Network, HBI acknowledged the existence of (and voiced its opposition to) criticisms of APR as being unproven and not backed by credible science.  And, in August 2019, HBI intervened in a federal lawsuit challenging a law mandating that abortion providers make disclosures about APR, where it received notice of the September 2019 preliminary injunction order outlining the flaws in the 2018 Report.

51.     HBI also has knowledge of the more recent studies and statements about the unreliability and potential risks of stopping a medication abortion halfway, an essential step in APR.  In September 2021, HBI issued a press release about a Center for Countering Digital Hate report that included excerpts from the American College of Obstetricians and Gynecologist's statement about APR; information about the 2018 New England Journal of Medicine article criticizing the 2018 Report; and information about the 2019 U.C. Davis study that was halted.

16

1    Also, in September 2021, APRN's medical director, Brent Boles, posted an entry on the HBI

2    website about Google's restrictions of advertisements about APR because the claims were

3    "unreliable."  In short, for years now, HBI has been fully aware of APR's lack of credible

4    scientific support as well as its risks.

5         **A.    Website Representations**

6         52.    In addition to www.abortionpillreversal.com ("APR Website"), HBI also operates

7    the website www.heartbeatinternational.org/our-work/apr ("HBI Webpage").  On both websites,

8    HBI uses misleading statements as it seeks to persuade pregnant people who have started the

9    medication abortion process to undergo APR.

10        *Abortionpillreversal.com*

11        53.    The purpose of the APR Website is to advertise APR to pregnant people, stating:

12   "Have you taken the first dose of the abortion pill?  Do you regret your decision and wish you

13   could reverse the effects of the abortion pill?  ***We're here for you!***"  (emphasis in original).  HBI

14   encourages potential patients to call its hotline and/or message through its live chat and explains

15   that its hotline and live chat will connect potential patients with medical professionals who will

16   "guide [the patient] towards reversing the effects of the abortion pill."

17        54.    Throughout its website, HBI misleadingly uses the terms "reverse" and "reversal."

18   The use of these terms is false and misleading because there is no credible scientific evidence

19   showing that APR "reverses" medication abortions.  The terms are also false and misleading

20   because "reverse" and "reversal" do not accurately convey even the theory underlying APR.

21        55.    Amidst its advertisements and attempts to persuade potential patients to undergo

22   APR, HBI makes additional misleading statements.  For example, on multiple pages, HBI states

23   that APR is an "effective process" because "APR has been shown to increase the chances of

24   allowing the pregnancy to continue."  HBI touts on multiple webpages that "initial studies have

25   shown" that the success rate for APR is 64-68%.  In its drop-down Frequently Asked Questions

26   page ("FAQs"), HBI also touts that "initial studies have found that the birth defect rate in babies

27   born after the APR is less or equal to the rate in the general population."

28

17

56.     These statements are misleading because, as described above, there is no credible support for them.

57.     HBI also misleadingly presents information about the risks from APR.  HBI does not provide an FAQ about the possible side effects from APR, such as the risk of severe bleeding.  Instead, HBI provides a response to a question about the "possible side effects of progesterone" and lists only mild effects, such as "sleepiness, lack of energy, lightheadedness, dizziness, gastrointestinal discomfort and headaches."  The only location where HBI provides any warning about the potential risks of severe bleeding from stopping a medication abortion halfway—an essential step in APR—is in response to two FAQs about "cramping and spotting."

58.     This information is presented misleadingly because it does not adequately warn individuals of the risks from APR.

59.     As detailed above, HBI has known or should have known that these statements and presentation of information were misleading.

60.     HBI further advertises that potential patients should contact the hotline or live chat even if more than 72 hours have passed since they took mifepristone, stating "We are here to help.  It may not be too late."  This statement is likely to create the impression among potential patients that APR is effective and safe beyond the 72-hour window.

61.     This statement is misleading because there is no evidence to support it.  To the extent HBI relies on the 2012 Case Series and the 2018 Report, those publications looked only at the use of progesterone within a 72-hour window following administration of mifepristone, specifically excluding pregnant individuals who had taken progesterone more than 72 hours after taking mifepristone.

*Heartbeatinternational.org/our-work/apr*

62.     HBI also advertises APR on the Abortion Pill Rescue Network page on HBI's www.heartbeatinternational.org website ("HBI Webpage").  HBI encourages viewers to call its hotline and visit www.abortionpillreversal.com to obtain more information about APR.  HBI further touts "women can reach out to the Abortion Pill Rescue Network and be connected with a local medical provider who starts" APR.

63. Throughout its website, HBI misleadingly uses the terms "reverse" and "reversal." The use of these terms is false and misleading because there is no credible scientific evidence showing that APR "reverses" medication abortions. The terms are also false and misleading because "reverse" and "reversal" do not accurately convey even the theory underlying APR.

64. HBI includes additional misleading statements within these advertisements. For example, similar to its misleading statements on its APR Website, HBI touts that a "2018 peer-reviewed study showed positive results" and then repeats the 64-68% success rate statistic and that there was "no increase in birth defects." HBI also claims that the referenced study showed "lower preterm delivery rate than the general population."

65. Once again, HBI's statements are misleading because there is no evidence to support them.

66. As detailed above, HBI has known or should have known that there was no credible support for its statements and that the statements were therefore misleading.

67. HBI makes an additional misrepresentation that "thousands of lives have been saved" through the use of APR. This statement is based primarily on two numbers. First, HBI includes the number of pregnant people who undertook APR and that HBI can confirm remained pregnant at 13 weeks. For those individuals that started APR but HBI cannot confirm remained pregnant at 13 weeks, HBI multiplies the number of those individuals by a 64% success rate, which it obtained from the 2018 Report, and which, as detailed above, is not a reliable statistic.[29] In other words, HBI's statement is speculation, not evidence. As a result, HBI's statements are misleading.

**B.    Hotline and Live Chat**

68. HBI has a "policies and procedures manual" that it provides to volunteers and employees that staff its APR hotline and live chat, through which HBI also advertises APR. The manual includes outlines of information that hotline staff must provide to people who have called,

---

[29] The 64% statistic is unreliable for the additional fact that it relies on providers using oral or intramuscular administration of progesterone. Many providers appear to use vaginal administration, which even the 2018 Report shows has a lower chance of a pregnancy continuing.

1  such as explanations of APR and potential side effects, information about misoprostol, the risk of

2  birth defects, and APR success rates.

3      69.    In this manual, HBI instructs APR hotline staff to make several misleading

4  statements when talking with hotline callers.  For example, HBI instructs hotline staff to use the

5  term "reverse" or "reversal" to describe APR.  HBI further instructs hotline staff to state that

6  "[i]nitial studies have shown that APR may have a 64-68% success rate."  HBI also instructs

7  hotline staff to state that "APR has been shown to increase the chances of allowing the pregnancy

8  to continue."  HBI further instructs hotline staff to state that "[i]nitial studies have found that the

9  birth defect rate in babies born after the APR is less than or equal to the rate in the general

10  population."  As explained above, however, there is no credible support for any of these

11  statements, and as a result, these statements are misleading.

12      70.    HBI also instructs its hotline staff to recommend APR for callers who have already

13  taken both mifepristone and misoprostol or who have taken methotrexate.  HBI includes this

14  instruction even though no study has even considered the use of APR for pregnant individuals

15  who had already taken misoprostol or methotrexate.  As a result, these statements advertising the

16  use of APR for pregnant people who have taken methotrexate or misoprostol are misleading.

17      **C.**    **Training Kits**

18      71.    HBI sells to its affiliates an "APR Healthcare Professional Kit" that will allow

19  those affiliates to advertise and administer APR.  The kit consists of an overview of the APR

20  procedure; the progesterone protocols used in APR; frequently asked questions and answers about

21  APR for healthcare professionals and patients; and form templates, including consent forms and

22  outcome report forms.  HBI includes several misleading representations within this kit that it

23  encourages its affiliates to use in their advertisements about and administration of APR.

24          *Protocols*

25      72.    HBI provides a "protocol" to attempt reversing a methotrexate medication

26  abortion.  In that "protocol," HBI represents that "for women who have taken methotrexate,

27  prescribed progesterone may also be beneficial to support the pregnancy even though it is not an

28  antidote to methotrexate."  HBI includes this statement and encourages its affiliates to advertise

20

1    and administer APR in these circumstances even though no evidence supports the use of APR for

2    pregnant individuals who have taken methotrexate.  HBI includes this protocol even as it

3    acknowledges that the APR "is designed to serve women who have taken mifepristone

4    (Mifeprex)," which shows that HBI knows that APR was not developed for pregnant people who

5    have taken methotrexate.

6         73.    HBI also provides a "protocol" to attempt reversing a medication abortion after a

7    pregnant person has taken both mifepristone and misoprostol.  In that protocol, HBI states that

8    "progesterone may be beneficial to support the pregnancy even though it is not an antidote to

9    misoprostol."  HBI includes this statement and encourages its affiliates to advertise and

10    administer APR in these circumstances even though no evidence supports the use of APR for

11    pregnant individuals who have taken misoprostol.  HBI includes this protocol even as it

12    acknowledges that APR "is designed to serve women who have taken mifepristone (Mifeprex),"

13    which shows that HBI knows that APR was not contemplated for pregnant people who have taken

14    misoprostol.

15         *Patient FAQs*

16         74.    In the kit, HBI also provides "APR Patient FAQs," with answers from Delgado,

17    which are nearly identical to the "Reversal FAQs" appearing on HBI's website.  Like the

18    "Reversal FAQs" on HBI's website, the "APR Patient FAQs" include several misleading

19    statements.

20         75.    Similar to the APR Webpage, the APR Patient FAQs use the term "reverse" and

21    "reversal" to describe APR.  The APR Patient FAQs also state that "[i]nitial studies of APR have

22    shown that APR has a 64-68% success rate" and that "APR has been shown to increase the

23    chances of allowing the pregnancy to continue."  The APR Patient FAQs also represent that

24    "[i]nitial studies have found that the birth defect rate in babies born after the APR is less than or

25    equal to the rate in the general population."  As explained above, these statements are misleading

26    because there is no credible evidence to support them.

27         76.    Like the APR Website, the APR Patient FAQs state in response to the question

28    "[i]s it too late to reverse the abortion pill," that "[t]here have been many successful reversals

Complaint for Permanent Injunction, Civil Penalties, Abatement, and Other Equitable Relief

when treatment was started within 72 hours of taking the first abortion pill. **Even if 72 hours have passed, it may not be too late.**" (emphasis added). This statement implies that APR is effective and safe after a 72-hour window following mifepristone administration. This statement is misleading because no evidence supports the use of APR for pregnant individuals after 72 hours have passed.

77. Like the APR Website, the APR Patient FAQs misleadingly present the risks associated with APR. These FAQs do not provide an FAQ about the side effects of APR, instead only providing the potential (minor) side effects from progesterone. The FAQs misleadingly present the risk of severe bleeding only under a question about cramping and spotting.

### *"Informed" Consent Templates*

78. As part of its training kit, HBI provides template forms for use in securing consent from patients. HBI also provides consent forms based on these templates to pregnant individuals who contact HBI and decide to pursue APR. These consent forms include several misleading statements.

79. For example, the "Consent for Patients who took Mifepristone Only" form uses the misleading terms "reverse" and "reversal" and includes the misleading statements that "[i]nitial studies have found that the birth defect rate in babies born after the APR is less than or equal to the rate in the general population"; that "[i]nitial studies of APR have shown that APR has a 64-68% success rate"; and that "APR has been shown to increase the chances of allowing the pregnancy to continue." These statements are misleading because there is no credible evidence supporting any of these statements.

80. The "Consent for Patients who took both Mifepristone and Misoprostol" form uses the misleading terms "reverse" and "reversal" and includes the misleading statement that "**for women who have taken the first and second drugs of the medical abortion regimen, mifepristone on day one and misoprostol (Cytotec) 12-48 hours later, progesterone may be beneficial to support the pregnancy even though it is not an antidote to misoprostol.**" (emphasis in original). These statements are misleading because no evidence supports the use of APR for pregnant individuals who have already taken misoprostol.

81.    The "Consent for Patients who took Methotrexate" form uses the misleading terms "reverse" and "reversal" and includes the misleading statement that "**for women who have taken methotrexate, prescribing progesterone may also be beneficial to support the pregnancy even though it is not an antidote to methotrexate.**"  (emphasis in original).  These statements are misleading because no evidence supports the use of APR for pregnant individuals who have taken methotrexate.

**D.    Media Appearances**

82.    HBI executives have made multiple media appearances within the course of their employment in which the executives advertised and made misleading statements about APR.

83.    For example, on or around May 28, 2020, during the course of their employment, HBI's Director of Medical Impact, Christa Brown, and HBI's Director of Communications and Marketing, Andrea Trudee, appeared on an episode of the Ohio Right to Life: The Push for the Abortion Pill.  During their appearance, Brown and Trudee regularly used the terms "reverse" and "reversal" and touted APR and encouraged pregnant people to visit the APR Website to "connect" them to providers.  Brown stated that APR is a "cutting edge application of a time-tested FDA-approved treatment that's been used for decades to help women who are at risk for preterm delivery or miscarriage."  HBI's statement—made through Brown in the course of her employment—misleadingly implies that APR is an FDA-approved treatment, which it is not, and which Brown knew it was not.

84.    For her part, Truddee stated that APR has resulted in over 1,000 lives "saved."  As explained above, however, representations about the number of lives "saved" are inherently misleading given the method HBI uses to reach that number.  In short, HBI's statements are based on speculation, not evidence.  As a result, HBI's statements—made through Trudee in the course of her employment—are misleading.

85.    In another example, on or around September 21, 2021, during the course of his employment, HBI President Jor-El Godsey appeared on an episode of the Help Her Be Brave podcast.  Multiple times during his appearance, Godsey advertised APR by encouraging listeners to visit the APR Website and to call HBI's hotline to speak with "a number of nurses" and

23

"hopefully connect [the pregnant person] to a local pregnancy center." As he was advertising APR, Godsey repeatedly used the terms "reverse" and "reversal," and cited the 2018 Report and repeated the claim that APR has a 64-68% success rate, going so far as to say "so almost 70, 7 out of 10 women that seek [APR] and get that progesterone in a timely fashion are able to reverse the effects of the abortion pill." As explained above, however, these statements are misleading because there is no credible evidence to support these statements.

86.    Godsey also made the misleading statement that "over 2,000 babies [] have been saved" via APR. As explained above, however, representations about the number of lives "saved" are based on speculation, not evidence. As a result, HBI's statements—made through Godsey in the course of his employment—are misleading.

## V.    REALOPTIONS' MISLEADING REPRESENTATIONS

87.    RealOptions advertises and administers APR. RealOptions uses HBI-created materials for its APR advertisements.

88.    Whereas HBI engages in widespread promotion of APR and equips its affiliates and providers with training and materials to administer it, RealOptions is an on-the-ground provider. Through its five clinics, RealOptions is advertising that it will provide APR to pregnant people.

89.    In the course of those advertisements and during its administration of APR, RealOptions has made and continues to make misleading statements.

### A.    Website Representations

90.    RealOptions operates the website www.realoptions.net, on which it advertises APR. Through its website, RealOptions seeks to persuade pregnant people who have started the medication abortion process to undergo APR, and in so doing, it makes multiple misleading statements.

91.    Like HBI does on its websites, RealOptions advertises on its website that APR can "reverse" a medication abortion, that "[i]nitial studies of APR have shown it has a 64-68% success rate," and that "APR has been shown to increase the chances of allowing the pregnancy to

Complaint for Permanent Injunction, Civil Penalties, Abatement, and Other Equitable Relief

continue." As explained above, however, these statements are misleading because no credible evidence supports these statements.

92.    RealOptions similarly implies that APR is effective for continuing a pregnancy after a 72-hour window following mifepristone administration. In response to two different FAQs about timing for APR, RealOptions states that potential patients should nevertheless call because "[i]t may not be too late," misleadingly implying that APR is effective past the 72-hour period. This statement is misleading because there is no evidence supporting this statement.

93.    RealOptions licenses all five of its clinics with the California Department of Health. Dr. Mary Davenport, who is the medical director for two of RealOptions' clinics, was Delgado's co-author for both the 2012 Case Series and the 2018 Report. Davenport acknowledged that the data collected for the 2018 Report was insufficient for its ultimate conclusions.

**B.    Consent Forms**

94.    In its form to obtain consent for what it calls "pregnancy sustaining progesterone therapy," RealOptions misleadingly omits that APR patients may experience severe bleeding as a result of undergoing the process, even though the 2019 U.C. Davis study found that there was a risk of that outcome. RealOptions instead states that patients may experience "side effects such as pain or swelling at the injection site, an increase in pregnancy/hormone symptoms (breast tenderness, nausea, and/or increased body or facial hair), weight loss, weight gain, acne, loss of scalp hair, drowsiness and/or dizziness." The failure to include the possibility of severe bleeding makes this statement materially misleading, in that patients are likely to believe that the side effects from APR are minor, when in fact they could be life threatening.

95.    In a June 2020 podcast, Davenport and Delgado spoke about APR, including discussing the 2019 U.C. Davis study, thereby demonstrating Davenport's knowledge of that study and the potentially life-threatening severe bleeding that resulted.[30] Given her role as a RealOptions' medical director, it is appropriate to impute her knowledge to RealOptions.

---

[30] (Mises Inst., *Mary Davenport and George Delgado on Reversing Medical Abortion* (June 18, 2020), https://mises.org/library/mary-davenport-and-george-delgado-reversing-medical-abortion.)

1

**CAUSES OF ACTION**

2

**FIRST CAUSE OF ACTION**

3

**(False or Misleading Statements)**

4

**(Bus. & Prof. Code, § 17500 et seq.)**

5      96.      The People reallege all paragraphs set forth above and incorporate them by

6   reference as though they were fully set forth in this cause of action.

7      97.      From a date unknown to the People and continuing to the present, Defendants have

8   engaged in and continue to engage in, aided and abetted and continue to aid and abet, and

9   conspired to and continue to conspire to engage in acts or practices that constitute violations of

10  Business and Professions Code section 17500 et seq., by making or causing to be made untrue or

11  misleading statements with the intent to induce members of the public to undergo APR.

12  Defendants' untrue and misleading representations include, but are not limited to, the following:

13         a.      that APR can "reverse" a medication abortion, as well as an "effective"

14                 process that "has been shown to increase the chances of allowing the

15                 pregnancy to continue," and that APR has a 64-68% success rate, even

16                 though no credible scientific evidence supports these claims;

17         b.      that APR may be effective after a 72-hour window following

18                 administration of mifepristone by encouraging pregnant people to contact

19                 them "even if more than 72 hours have passed," even though no credible

20                 scientific evidence supports this claim;

21         c.      that the rate of birth defects following APR "is less or equal to the rate in

22                 the general population," even though no credible scientific evidence

23                 supports these claims;

24         d.      that "thousands of lives" have been saved via APR, even though no

25                 credible evidence supports this claim;

26         e.      that APR may be effective following administration of misoprostol and

27                 methotrexate, even though no credible scientific evidence supports this

28                 claim; and

26

f.      that APR can cause only non-life-threatening side effects, when in fact APR can cause severe, life-threatening bleeding.

98.    Defendants knew or should have known that these statements were misleading.

## SECOND CAUSE OF ACTION

### (Unlawful, Unfair, and Fraudulent Business Practices)

### (Bus. & Prof. Code, § 17200 et seq.)

99.    The People reallege all paragraphs set forth above and incorporate them by reference as though they were fully set forth in this cause of action.

100.    From a date unknown to the People and continuing to the present, Defendants have engaged in and continue to engage in, aided and abetted and continue to aid and abet, and conspired to and continue to conspire to engage in unlawful, unfair, and/or fraudulent acts or practices, which constitute unfair competition within the meaning of section 17200 of the Business and Professions Code.  Defendants' acts or practices include, but are not limited to, the following:

a.      Violating Business and Professions Code section 17500 et seq., as alleged in the First Cause of Action;

b.      Fraudulently representing the following:

i.      Via HBI and RealOptions, that APR can "reverse" medication abortions, is an "effective" process that "has been shown to increase the chances of allowing the pregnancy to continue," and that APR has a 64-68% success rate, even though no credible scientific evidence supports these claims;

ii.      Via HBI and RealOptions, that APR may be effective after a 72-hour window following administration of mifepristone by encouraging pregnant people to contact them "even if more than 72 hours have passed," even though no credible scientific evidence supports this claim;

iii.      Via HBI, that the rate of birth defects following APR "is less or

27

1  equal to the rate in the general population," even though no credible

2  scientific evidence supports this claim;

3       iv.     Via HBI, that "thousands of lives" have been saved via APR, even

4  though no credible evidence supports that statement;

5       v.     Via HBI, that APR may be effective following administration of

6  misoprostol or methotrexate, even though no evidence supports this

7  claim; and

8       vi.     Via RealOptions, that APR can cause only non-life-threatening side

9  effects and omitting that APR can cause severe, life-threatening

10  bleeding.

11      101.    Each and every separate act, including, but not limited to:  each call to the APR

12  hotline and each chat initiated on the live chat, each training kit sold to affiliates, and each

13  consent form provided to pregnant individuals, constitutes an unlawful, unfair, and/or fraudulent

14  business practice.  Each time that the Defendants engaged in each separate unlawful, unfair,

15  and/or fraudulent act, omission, or practice is a separate and distinct violation of Business and

16  Professions Code section 17200.

17  **PRAYER FOR RELIEF**

18  WHEREFORE, the People respectfully request that the Court enter judgment in favor of the

19  People and against Defendants, jointly and severally, as follows:

20      1.    That Defendants, their successors, agents, representatives, employees, assigns, and

21  all persons who act in concert with Defendants be permanently or preliminarily enjoined from

22  making any untrue or misleading statements in violation of Business and Professions Code

23  section 17500, including, but not limited to, the untrue or misleading statements alleged in this

24  Complaint, under the authority of Business and Professions Code section 17535;

25      2.    That Defendants, their successors, agents, representatives, employees, assigns, and

26  all persons who act in concert with Defendants be permanently or preliminarily enjoined from

27  engaging in unfair competition as defined in Business and Professions Code section 17200,

28  including, but not limited to, the acts and practices alleged in this Complaint, under the authority

of Business and Professions Code section 17203;

       3.     That the Court make such orders or judgments as may be necessary, including preliminary injunctive and ancillary relief, to prevent the use or employment by any Defendant of any practice which violates Business and Professions Code section 17500, or which may be necessary to restore to any person in interest any money or property, real or personal, which may have been acquired by means of any such practice, under the authority of Business and Professions Code section 17535;

       4.     That the Court make such orders or judgments as may be necessary, including preliminary injunctive and ancillary relief, to prevent the use or employment by any Defendant of any practice which constitutes unfair competition or as may be necessary to restore to any person in interest any money or property, real or personal, which may have been acquired by means of such unfair competition, under the authority of Business and Professions Code section 17203;

       5.     That the Court assess a civil penalty of up to $2,500 against each Defendant for each violation of Business and Professions Code section 17500, in an amount according to proof, under the authority of Business and Professions Code section 17536;

       6.     That the Court assess a civil penalty of up to $2,500 against each Defendant for each violation of Business and Professions Code section 17200, in an amount according to proof, under the authority of Business and Professions Code section 17206;

       7.     That the People recover their costs of suit;

       8.     That the People receive all other relief to which they are legally entitled; and That the Court award such other relief that it deems just, proper, and equitable.

1    Dated:  September 21, 2023                      Respectfully submitted,

2                                                    ROB BONTA
                                                     Attorney General of California
3                                                    RENU GEORGE
                                                     Senior Assistant Attorney General
4                                                    KARLI EISENBERG
                                                     KATHLEEN BOERGERS
5                                                    Supervising Deputy Attorneys General

6

7

8                                                    ERICA CONNOLLY
                                                     HAYLEY PENAN
9                                                    Deputy Attorneys General
                                                     *Attorneys for Defendant Rob Bonta, in his*
10                                                   *official capacity as Attorney General of the*
                                                     *State of California*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Complaint for Permanent Injunction, Civil Penalties, Abatement, and Other Equitable Relief

**EXHIBIT B**



(https://colfsclinic.org)

 Menu

Español (https://colfsclinic.org/es/opciones-de-aborto/tipos-de-aborto/)

📞 Call (tel:7607411224)

📅 Book (https://colfsclinic.org/schedule-an-appointment/)

I am not online right now but if you chat with me, I will answer as soon as I am back.

I answer texts



Leave a Message





There are different types of abortion (https://www.webmd.com/women/abortion-procedures#3) depending on how far along your pregnancy is. Two of the most common forms of abortion are the "abortion pill" and the "in-clinic" abortion.  Both involve risks that the staff at COLFS Medical Clinic will help you understand. Please call our office to schedule an appointment so that you can make an informed choice. COLFS Medical Clinic does not offer abortion procedures but does provide information (https://colfsclinic.org/abortion-options/abortion-information/) about abortions and emotional support. (https://colfsclinic.org/support-services/client-support/)



1st Trimester Abortion | The Abortion Pill | What Is …

Abortion Pill Rescue (https://colfsclinic.org/abortion-info-std-testing-san-diego-escondido-womens-medical-center-colfs-medical-clinic/abortion-pill-rescue/)

AT HOME ABORTION

# ABORTION PILL

The abortion pill is typically administered to women who are 10 weeks along or less. The pill is a two step process involving two different types of drugs. Together the two drugs force the body to abort the fetus. The first drug causes the body to cease producing progesterone, which is a hormone needed for the baby to grow and thrive in the uterus. The second drug causes the uterus to shed the fetus, and any tissue left over in the uterus by causing contractions to expel the tissues through the vagina.  The whole process could take up to 12 days.

The drugs are typically prescribed by a doctor and taken by the patient at the home. The whole process is commonly very painful and doctors typically prescribe pain medication to manage the discomfort of the process. Not only is it physically painful, it can also be emotionally traumatizing to the patient since it is often done alone. Side effects include: heavy bleeding, headache, diarrhea, nausea, vomiting, and severe cramping.

The abortion pill can be reversed by a process called "APR (https://colfsclinic.org/abortion-info-std-testing-san-diego-escondido-womens-medical-center-colfs-medical-clinic/abortion-pill-rescue/)" - Abortion Pill Rescue. COLFS Medical Clinic can perform the APR process, but you must contact us immediately.

1st Trimester Abortion | Suction Dilation and Curett...



2nd Trimester Abortion | Dilation and Evacuation (D...



IN CLINIC ABORTION

# SURGICAL ABORTION

"In-Clinic Abortion" is a term used when a woman is 10 weeks along or more and a surgical procedure is recommended by a doctor to carry out an abortion. There are three types: vacuum aspiration, dilation and evacuation, and dilation and extraction.

Vacuum aspiration occurs when you are 10-16 weeks along. You lie on your back with your feet in stirrups, and a speculum is inserted to open the vagina. A local anesthetic is administered to your cervix to numb it. Then a tenaculum  is used to hold your cervix in place to be dilated by absorbent rods that vary in size. The rods may also be put in a few days prior to the procedure. When your cervix is wide enough, a suction device is inserted into the uterus to suction out your fetus and placenta. The fetus' heartbeat is often still beating up to time of being suctioned.

Dilation and evacuation(D&E)  is a procedure performed after 12 weeks. 24 hours prior to the procedure, a synthetic dilator will be inserted inside the cervix.  When the procedure begins, cone shaped rods are used to dilate your cervix. Numbing medication may be given as well as a shot to make sure your baby's heartbeat has stopped. A tube will then suction out the fetus and placenta and then if needed, forceps are used to remove anything to big to scoop out.  Your uterus is finally suctioned out to make sure everything has been removed.

Lastly, there is a procedure called dilation and extraction(D&X), or "partial-birth abortion" which is performed after 22 weeks, when a fetus is deemed viable to survive outside the womb.  Although procedures are different from state to state, the first part of the procedure follows along with the steps of a D&E. In some cases, the baby is so far along, they have to induce labor, and then make a small incision in the baby's head to stop breathing and suction out the brain.

*Sources*

*https://www.rxlist.com*

*U.S. Food and Drug Administration, Post market Drug Safety Information for Patients and Providers (2016). http://www.fda.gov/Drugs/DrugSafety/PostmarketDrugSafetyInformationforPatientsandProviders/ucm111323*

*https://www.webmd.com/women/abortion-procedures#3*

# Office Hours

**Mon-Fri 9AM to 5PM**

Request Appointment (https://colfsclinic.org/schedule-an-appointment/)

362 W Mission Ave Suite 105
Escondido, CA 92025
(https://goo.gl/maps/WGXiMp8TV7S2)

3750 Convoy St., Suite 118
(https://goo.gl/maps/xdkgB3ekCJpGFYqn8)
San Diego, CA 92111
(https://goo.gl/maps/xdkgB3ekCJpGFYqn8)

6280 Jackson Drive, Suite 8
(https://maps.app.goo.gl/UAMdmx7rFHRcKkUH8)
San Diego, CA 92119
(https://maps.app.goo.gl/UAMdmx7rFHRcKkUH8)



(https://pwhcenters.org/)

**OFFICE: (760) 741-1224**

**FAX: (760) 741-7010**

© 2023 COLFS Medical Clinic. All Rights Reserved.

# Policies

Privacy Policy & Terms of Use Policy
(https://colfsclinic.org/privacy-policy-and-terms-of-use/)
Notice of Privacy Practices (https://colfsclinic.org/npp/) |
Disclaimers (https://colfsclinic.org/disclaimers/)



(https://pwhcenters.org/)

**EXHIBIT C**



colfsclinic.org/abortion-consultation/abortion-pill-rescue/

COLFS
**Medical Clinic**
A Holistic Approach to Healthcare

Medical    Support    About    Posts    Forms    Español

📞 Call

📖 Book

### Abortion Pill Rescue

Have you taken the first dose of the **ABORTION PILL**? Do you regret your decision and wish to reverse the effects of the abortion pill? We are here to help you! There is an effective process for reversing the abortion pill.

#### Regret taking the abortion pill? Please call now!

**Escondido Clinic: 760-741-1224**
**24/7 Rescue Line: 877-558-0333**

We know that an unplanned pregnancy can be scary and many women make impulse decisions. We know that after thinking about it, many women would like to change their minds about a MEDICATION ABORTION.

**IT MAY NOT BE TOO LATE, IF YOU CONTACT US IMMEDIATELY.**

A registered nurse is waiting to take your call.

### What Happens When You Take the "Abortion Pill"?

The abortion pill is typically administered to women who are 10 weeks along or less. The pill is a two step process involving two different types of drugs. Together the two drugs force the body to abort the fetus. The first drug causes the body to cease producing progesterone, which is a hormone needed for the baby to grow and thrive in the uterus. The second drug causes the uterus to shed the fetus, and any tissue left over in the uterus by causing contractions to expel the tissues through the vagina.  The whole process could take up to 12 days.

The drugs are typically prescribed by a doctor and taken by the patient at the home. The whole process is commonly very painful and doctors typically prescribe pain medication to manage the discomfort of the process. Not only is it physically painful, it can also be emotionally traumatizing to the patient since it is often done alone.  Side effects include: heavy bleeding, headache, diarrhea, nausea, vomiting, and severe cramping.

THE ABORTION PILL CAN BE REVERSED! CALL US TODAY.



Have more questions about reversing the abortion pill?

Fill out the form below to have a provider reach out to you and answer your questions.

Your name

Your email

Your message

Send



Want to chat with an advocate right now? I am here to answer your questions, so just click here to chat with me.

Advocates Online

Questions Answered

**EXHIBIT D**





# Stacy's Testimony: Saving Baby Brayleigh



SUPPORT WOMEN LIKE STACY: DONATE NOW

Stacy's Testimony - Saving Baby Brayleigh - COLFS



I became pregnant with my beautiful daughter Brayleigh out of wedlock after her father and I had only been dating for three months. I was caught off guard because the last time I had been pregnant was eight years earlier with Brayleigh's sister, Riley.

When I told Brayleigh's father I was pregnant, he was not supportive. I was really confused, scared, and felt alone. My mom drove me to the clinic the first time, but I could sense something didn't feel right. So we turned around and drove back home.

Two days later, still scared and feeling alone, I drove back to the clinic by myself. I took the first pill to block the progesterone from forming in my body, essentially preventing my baby from getting the nutrients she needed to grow and basically starving her.

I immediately regretted taking that pill. I wanted to spit it out, but they watch you and check your mouth afterwards. I was almost 10 weeks pregnant when I took the first pill. I just wanted my baby to be okay. I scheduled an appointment with a local ultrasound place and to my relief, my baby had a strong heartbeat! I didn't tell the ultrasound tech why it was such a miracle to hear her little heart.

I immediately searched online about emergency abortion pill reversal. I was down to the last hour before the effects of the pill would become irreversible when I called the hotline number. Amazingly, someone answered! The lady was so sweet and said that she found a location in Escondido for me to go to. I was met by the most amazing staff at the Escondido COLFS Medical Clinic.

My nurse practitioner's name was Jenna. She started me on a progesterone regiment, and I started seeing them regularly. I am so grateful for her and her team.

Today, Brayleigh is 13 months old. I thank God for my daughters every night. They bring so much love and joy to my life. I especially thank God for saving my daughter Brayleigh. Brayleigh means "ray of hope" and Bray is Irish for marsh; so she is my Ray of Hope from the Marsh of 2020.

I want you to know how much hope and joy COLFS is providing for the community and encourage you to continue your efforts in supporting them. You are making a difference! Thank you from the bottom of my heart!





# SUPPORT WOMEN LIKE STACY TODAY!

DONATE TODAY

# Help Save Babies!



**Donate Now**

If you would prefer to mail
us a donation, please send it to the address below:

COLFS
Attention: Naylin Cruz
362 W. Mission Ave., Suite 105
Escondido, CA 92025

**362 W Mission Ave, Suite 101 Escondido, CA 92025**



## DONATE TODAY!

**info@colfs.org   760-741-1224**

 

**501(c)3 EIN #91-2169315 FED
STATE #2365724**

**EXHIBIT E**

1    **Culture of Life Family Services, Inc. v. Bonta**
2    USDC Case No.: 24CV1338 GPC KSC

3                 **CULTURE OF LIFE SERVICES 2017 VIDEO**

4 MARIE STETTLER, NURSE MANAGER: My first experience with COLFS started when I was

5          walking out of an abortion clinic after having just taken the first pill of the two

6          sets of pills; it's called mifepristone. And I knew that I had just made a really

7          grave mistake. And so I went home and I Googled abortion pill regret, and I

8          found a hotline number for a website called Abortion Pill Reversal. And I

9          picked the phone and I called the number. And a lady named Debbie Bradel

10         answered the phone and said, "Abortion Pill Reversal, this is Debbie. How can

11         I help you?" And from that moment on, the course of my life just completely

12         changed. And I had no idea who Culture of Life was or what they did or APR,

13         any of that. My focus was just attempting to save my baby and to change this

14         grave mistake that I had made.

15         I started dating this man. It quickly became a serious relationship and it became

16         a very, very manipulative and abusive relationship that I just couldn't figure out

17         how to get out of. But I did go into a Planned Parenthood and I got my pill. And

18         I just put it all in the back of my mind. But the second I walked out, I got, I

19         don't know if you would call it a vision or what but I just was in deep thought.

20         And I realized, once that veil of fear was lifted and I was able to so clearly see

21         the decision I had just made, I was able to see how selfish I was. And I was able

22         to think about the fact that this child, a g-, I believe it was a girl, she was never

23         gonna get to be reborn into another family. Like I had selfishly taken her life

24         away on the grounds of my own future and my own pride and my own

25         reputation. And I just knew that that wasn't a good enough reason. And so I

26         wanted to do anything I could to, to change that decision that I just made. I had

27         about a 60 to 70% chance of success and then the other percentage was a

28         percentage of women whose reversals did not work. And, and I knew that that

1    could happen. And I called the doctor and she put in an order for blood work to

2    check my trend of my pregnancy hormones and see if they were increasing or

3    if they were decreasing. And two days later, she did notify me that they had

4    decreased significantly and that a miscarriage would ensue. You feel worthless.

5    I felt like I had nothing and God was clearly telling me it's time to, it's time to

6    go to confession, it's time to turn your life around, it's time for me to use this

7    for my glory. And so I did, and I confessed it and I started writing about it.

8    And Ryan said, I should link her up with my mom. Her name's Debbie, and she

9    runs this hotline called Abortion Pill Reversal and she's always looking for

10    volunteer nurses. And I just like burst into tears. And I was like, okay, now is

11    the time. Now is when God's gonna use this.

12 EMILY ROSSIO, MINISTRY DIRECTOR: So God, very organically, led all of us here in His own

13    way.

14 M. STETTLER:    It's so surreal to think about it now because it's like, before I'd ever even made

15    that decision, God had put someone in my life that was gonna link me up after

16    I made that mistake and bring it all together. And I realized that this wasn't a

17    plan Z, like I thought it was; it wasn't a I made a terrible decision, and now

18    God's [scoff], like, "Crud! Marie, now what am I gonna do with you?" This

19    was always His plan. He always knew I was gonna do that. And God works

20    outside of time and space.

21 E. ROSSIO:    It's just, it's such a beautiful reminder that we are not in charge. And this isn't

22    our ministry, it's God's. And, with more volunteers, with more support, the

23    farther we can go, the more women we can help.

24 M. STETTLER:    All I really needed was somebody to look me in the eyes and tell me that I could

25    do it.

26 E. ROSSIO:    They think they're alone. They think it's their only option. And so to just be

27    able to look them in the eye and say, hey, you can keep going to school, you

28    can be successful and you're not gonna do it alone because we're here, too.

2.

**CULTURE OF LIFE SERVICES 2017 VIDEO**

| | | |
|---|---|---|
| 1 | M. STETTLER: | Because a child, if anything, is gonna motivate you and bless you and give you |
| 2 | | a purpose. And I needed someone to tell me that. And at COLFS, that's what |
| 3 | | we do. We're young girls who see other women and want to empower them |
| 4 | | and show them the courage that they don't realize that they have. |
| 5 | SARAH LITTLEFIELD: | When they walk in the door, the intention is that they feel not just |
| 6 | | welcomed, but safe. |
| 7 | E. ROSSIO: | Even in those organic moments where you don't have all this story and you |
| 8 | | don't have your chart in front of you and God just places you there. And the |
| 9 | | Holy Spirit is just going to use you. |
| 10 | GIULIANA MAOLA: | We're there to support and show love to women. Um, we are pro-women |
| 11 | | and pro-child. |
| 12 | S. LITTLEFIELD: | I think one of the most important things that the mobile unit provides our |
| 13 | | community is that visual sign for life. Having an ultrasound on wheels, |
| 14 | | essentially, is what it is, counseling that can come to the women on the street. |
| 15 | E. ROSSIO: | Building and, and making an environment that is homey and comforting and |
| 16 | | just gives you a sense of security and, you know, just nonjudgmental love |
| 17 | | because that's the way that Christ greets us. |
| 18 | S. LITTLEFIELD: | But it's truly working to build up the soul that's right in front of me. |
| 19 | E. ROSSIO: | And that's the goal, is just to continue to save as many babies, help as many |
| 20 | | families, as many women as possible. |
| 21 | S. LITTLEFIELD: | Without that faith-filled generosity that comes from the donors, without the |
| 22 | | prayers that come from our community, we wouldn't have the ability to do the |
| 23 | | work that we do. |
| 24 | G. MAOLA: | My faith is a major part of, uh, why I do what I do, um, why I'm inspired trying |
| 25 | | to help spread the good news, and that God is merciful to people is what |
| 26 | | motivates me. |
| 27 | E. ROSSIO: | To work with holy, Christ-like women whose intentions are so pure and so |
| 28 | | rooted in love, to be a part of something that is literally changing and saving |

1             lives. I'm living the dream.

2   [End of recording]

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOFREADER'S CERTIFICATE**

I, Erica Lowther, owner of San Diego Transcription, certify that on November 4, 2024, I proofread all the transcript of the above-referenced recording, while listening to the recording from which the same was transcribed, and that said transcript as typed accurately reflects the spoken word, to the best of my ability to hear those recorded words and identify the persons speaking.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 4, 2024, at San Diego, California.


_____
ERICA LOWTHER

**CULTURE OF LIFE SERVICES 2017 VIDEO**

**EXHIBIT F**

1  **Culture of Life Family Services, Inc. v. Bonta**
2  USDC Case No.: 24CV1338 GPC KSC

3  **CULTURE OF LIFE SERVICES 2016 VIDEO**

4  SARAH LITTLEFIELD, CLIENT ADVOCATE: This is a story that one of our APR moms shared

5  with us. "There's so much to the story that it truly hurts to think about the place

6  where I was at the time, April 2014. I was finishing my first semester…"

7  REBECCA:    I was finishing my first semester in nursing school and about to start my last

8  semester coming that fall. The relationship between the soon to be father and I

9  was nowhere perfect and there was a chance I would have to do all on my own,

10  finishing nursing school, working and then raising a newborn possibly on my

11  own. Abortion seemed to be the very possible option.

12  JESSICA:    I was using drugs, so I was, um, I was scared of my baby's health. And, um,

13  definitely scared of my living situation and just my whole irresponsibility up

14  until that point.

15  KARINA:    I was selfish. I was selfish. You're thinking in the moment, do the abortion.

16  KAREN SAKORI, FAMILY PHYSICIAN: So, so many times a woman will feel like they have to

17  have an abortion. They feel coerced to it. They feel like there's no other choice.

18  And then the minute they have the abortion, they have a deep regret.

19  REBECCA:    I woke up and Googled on my phone, can this pill be reversed? I was told, if

20  you took the abortion pill, it wasn't too late and to call immediately 'cause time

21  was everything. It was a lady named Liz who answered. Thinking it was a joke,

22  I asked her if it was true. And she asked w-, if what was true. I asked her if it's

23  true that I can reverse the abortion pill. She said, yes. Dr. Bagit [phonetic]

24  performed an ultrasound. There was a loving heartbeat. Elijah Gabriel was born

25  on 12-11-2014, 8.1 ounces and 20.5 inches, completely healthy and ready for

26  life. It sounds cliché and trite that my baby Elijah is everything that has ever

27  happened to me, but he is. He is God's true gift to me and gives me more love

28  than I deserve. He is almost two now how. We're a working RN and everything

| | |
|---|---|
| 1 | that could have been taken away with darkness, God has blessed me. There is |
| 2 | miracles with Elijah through God's light. |
| 3 | S. LITTLEFIELD: My hope for APR is what I've had the whole time, is just to save as many babies |
| 4 | as we can. And we've seen that number growing every year that passes. |
| 5 | GEORGE DELGADO, MEDICAL DIRECTOR: We're very excited. We've now proven that it's |
| 6 | effective and also that it's very safe. |
| 7 | K. SAKORI: We really try to take care of the whole person, so mind, body and soul. |
| 8 | KARINA: They always love me. They always support me. In the moment when they |
| 9 | talked to me, how I feel, they tell me the right words to make me feel better. |
| 10 | S. LITTLEFIELD: It's all the Lord's work. It's what He wants for these women. It builds up my |
| 11 | faith to see the ways that God wants to fulfill His promises for these women. |
| 12 | KARINA: To make me pick the right decision because I'm pretty sure, if I was-, didn't |
| 13 | come here, I was doing the abortion. |
| 14 | REBECCA: I can't even picture my life without him. My whole mentality, everything's |
| 15 | changed. And I can't even almost picture life without my baby. |
| 16 | G. DELGADO: Well, we've seen some great transformations in women who have, uh, |
| 17 | undertaken the reversal. |
| 18 | JESSICA: And I mean, God has really touched my life. Like, I love life now. And I know |
| 19 | that it's God that's, that's doing that; it's not me. So, yeah, it's amazing. |
| 20 | REBECCA: This was my chance, and this was my option. And I was saved. |
| 21 | K. SAKORI: To be that support and that other voice. That, these women want to hear. They |
| 22 | want support, they want someone who's looking out for their wellbeing. |
| 23 | JESSICA: So, yeah, housing resources and clothing, diapers, wipes, gas money. I mean, |
| 24 | that's like a lot more than you could find in a normal doctor's office. |
| 25 | G. DELGADO: So we see that we are touching women just on multiple planes and touching |
| 26 | their families. And, really, this chance at a second choice is really very powerful |
| 27 | for them and I think has a great deal of redemptive value for them. |
| 28 | S. LITTLEFIELD: The mobile unit is a huge part of that. Being able to meet women where they're |

2.

San Diego
Transcription

**CULTURE OF LIFE SERVICES 2016 VIDEO**

1            at, to bring the ultrasound to the street, the counseling to the street. To see the

2            moms, the little ones, that's, that's why you do it. To, to see their little smiles,

3            to hear their laughter, to be able to play with them, to be able to, to hold them,

4            to rock them to sleep. That's why we do what we do, to give these moms the

5            opportunity to be moms, to have that motherhood, to own that motherhood.

6  REBECCA:         It's totally God's word.

7  S. LITTLEFIELD:  To be able to help these women see that vision that, that God has for them, this

8            plan that He has for their life.

9  K. SAKORI:      The good that's being done and how it changes lives, that we will know when

10           we're in heaven.

11  REBECCA:        Elijah's angels are Liz, Dr. Bagit and Sarah and the entire reversal program that

12           has dedicated their time to make this profound difference the world couldn't

13           offer. That's it.

14  [End of recording]

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOFREADER'S CERTIFICATE**

I, Erica Lowther, owner of San Diego Transcription, certify that on November 4, 2024, I proofread all the transcript of the above-referenced recording, while listening to the recording from which the same was transcribed, and that said transcript as typed accurately reflects the spoken word, to the best of my ability to hear those recorded words and identify the persons speaking.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 4, 2024, at San Diego, California.

_____
ERICA LOWTHER

**Exhibit G**

**Culture of Life Family Services, Inc. v. Bonta**
USDC Case No.: 24CV1338 GPC KSC

### CULTURE OF LIFE SERVICES 2015 VIDEO

EMILY:  It was just, it was a very, very difficult time. Not good timing at all. We didn't have medical insurance. I could hardly get anything out, I was crying so much. I love that, that, um, the doctor would see me without insurance, just because he wanted to be helpful. He wanted to save that life. And I think it was fantastic. I think he's walking his talk.

GEORGE DELGADO, MEDICAL DIRECTOR: There is a chance to intervene and to change that course radically, to save that baby's life and to save that mother spiritually.

SARAH LITTLEFIELD: And that's why we're here at Culture of Life. We want to help you every step of the way.

DEBBIE BRADEL, NURSE MANAGER: We are a team, centered on Christ.

S. LITTLEFIELD:  We all have moments that we wish we could take back.

G. DELGADO:  Abortion pill reversal is a program that we started here that allows women who've taken RU-486, or mifepristone, the chance to reverse the effects of that drug if they change their mind.

ERICA ROSSIO, MINISTRY DIRECTOR: We're in uncharted territory. Never before have we been able to take something back. That's just a sobering moment in and of itself. You're literally looking at another soul that would not have been here.

D. BRADEL:  Then she has a new chance, a new opportunity to value the sanctity of life and the miracle that God has given her.

G. DELGADO:  Doctors started calling me from all over the country, wanting to know what we were doing and how we were doing it. So from there, we knew we were onto something.

E. ROSSIO:  If there was one thing that could make COLFS cooler than it already is, it would be our ability to go mobile. Our likelihood of saving a life drastically increases.

G. DELGADO:  The whole idea of mobile ultrasound is growing like wildfire. You want to

| | | |
|---|---|---|
| 1 | | really be where the action is. |
| 2 | E. ROSSIO: | Planned Parenthood's everywhere, so we've got to be everywhere, too. This |
| 3 | | actually allows us to take counseling and ultrasounds, but then APR to the road, |
| 4 | | take it to the streets, to the women, meeting them where they're at exactly. |
| 5 | CAMILLE RODRIGUEZ: | We will be able to go on to college campuses and see women who may |
| 6 | | have never had the opportunity to have an ultrasound before. |
| 7 | S. LITTLEFIELD: | Ultrasounds are a game changer because I've seen it in the woman's eye, when |
| 8 | | she sees her baby. She can see the little one that's growing inside of her, it's |
| 9 | | real. |
| 10 | E. ROSSIO: | I was standing right next to her, holding her hand as she got to see her baby for |
| 11 | | the first time. And she was crying 'cause she was so scared. And then she was |
| 12 | | just like holding the picture. And you could tell the tears had completely |
| 13 | | changed from tears of fear to tears of joy. |
| 14 | S. LITTLEFIELD: | And, ultimately, she did choose life. She just delivered last month and has a |
| 15 | | beautiful baby girl. We all need that, that truth of how sacred and how important |
| 16 | | life is, how significant every human life is. |
| 17 | E. ROSSIO: | Purest form, I just want to help as many women as we can. |
| 18 | S. LITTLEFIELD: | Seeing them through those moments, seeing them through that difficulty, and |
| 19 | | seeing where they can come is so exciting to be a part of it. |
| 20 | E. ROSSIO: | Help as many women, as many families, as many babies as we possibly can. |
| 21 | D. BRADEL: | When the pregnancy is saved, she's awakened to the fact that God does love |
| 22 | | her, God did want her to have this baby. We're here to support that. |
| 23 | S. LITTLEFIELD: | That is important work. That's exciting work and that's the work that we get to |
| 24 | | do here at Culture of Life. |
| 25 | D. BRADEL: | It grows your faith to give of yourself. Um, that made my heart go out to them. |
| 26 | S. LITTLEFIELD: | We're allowing women to make a different choice, offering them a second |
| 27 | | chance at life for their unborn, offering them the chance to claim their |
| 28 | | motherhood and to cherish that motherhood. Those are things that you don't |

| | | |
|---|---|---|
| 1 | | see in every clinic. |
| 2 | G. DELGADO: | Saving of that physical life, the spiritual component is, is really what God has |
| 3 | | called me to do. |
| 4 | C. RODRIGUEZ: | It makes me sad that, when a woman is pregnant, one of the first questions that |
| 5 | | she's asked is, are you going to keep the baby? |
| 6 | E. ROSSIO: | Just kind of like affirmed this resounding urge in my soul to do something about |
| 7 | | it. |
| 8 | EMILY: | You know, I'm glad I decided to go through with it. I have the most beautiful, |
| 9 | | little four month old, chunky baby boy, and he's the light of my life. |
| 10 | G. DELGADO: | Actually, when we see women who are in crisis pregnancies, we're in a way |
| 11 | | saving two lives: We're saving the physical life of that unborn baby, but we're |
| 12 | | also saving the spiritual life of that mother and maybe the husband or the father |
| 13 | | or the baby and any family members involved. |
| 14 | S. LITTLEFIELD: | That's the most important work that we're doing here. Of course, we're here to |
| 15 | | save the lives of the unborn, but more importantly, we're here to share the love |
| 16 | | of Christ. |
| 17 | [End of recording] | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

San Diego
Transcription

3.

**PROOFREADER'S CERTIFICATE**

I, Erica Lowther, owner of San Diego Transcription, certify that on November 4, 2024, I proofread all the transcript of the above-referenced recording, while listening to the recording from which the same was transcribed, and that said transcript as typed accurately reflects the spoken word, to the best of my ability to hear those recorded words and identify the persons speaking.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 4, 2024, at San Diego, California.

_____

ERICA LOWTHER

**EXHIBIT H**



(https://colfsclinic.org)

≡ Menu

Español (https://colfsclinic.org/es/aborto-pildora-
rescate-faqs/)

☎ Call (tel:7607411224)

📅 Book (https://colfsclinic.org/schedule-
an-appointment/)

# Abortion Pill Rescue FAQs

Not here but listening!
Please leave a
message and I will
reply as soon as I can.

**Texts answered**



**Message Me**



If you have changed your mind after taking the abortion pill there is a chance you can save your pregnancy.  An antidote is available to work to stop the effects of the abortion pill.  It is not uncommon for a woman to have feelings of regret after taking the abortion pill.  At COLFS Medical Clinic we can help you learn everything you need to know about the APR procedure and where you can get the help you need in your local community.

## What is APR?

APR is a protocol used to reverse the effects of the chemical abortion process (medication abortion, abortion pill, medical abortion) [1] (https://proliferibbon.com/content/apr-faq/#_ftn1)[2] (https://proliferibbon.com/content/apr-faq/#_ftn2)[3] (https://proliferibbon.com/content/apr-faq/#_ftn3). For those who regret starting a chemical abortion, the APR offers a last chance to choose life. There is hope and help available for those who change their minds and want to continue a pregnancy at the Abortion Pill Rescue helpline 877.558.0333 and website (https://www.abortionpillreversal.com/).

## What should a woman do if she wants to reverse her chemical abortion?

A woman who chooses to reverse the effects of the first drug and continue her pregnancy should call the APR hotline 877.558.0333 or go to the APR website (https://www.abortionpillreversal.com/) to begin a live chat. The APR Healthcare Team is waiting to help.

## Why is progesterone used?

The first drug taken blocks progesterone's actions by binding to progesterone receptors in the uterus and the placenta. Progesterone is the natural hormone in a woman's body that is necessary to nurture and sustain a pregnancy.[4] By giving extra progesterone, the hope is to outnumber and out-compete the the first abortion pill in order to reverse the effects of the drug.[5] (https://proliferibbon.com/content/apr-faq/#_ftn5)

## Is it too late to reverse the abortion pill?

For those seeking the APR, the goal is to start the protocol within 24 hours of taking the first abortion pill. However, there have been many successful reversals when treatment was started within 72 hours of taking the first abortion pill.

Even if 72 hours have passed, call the helpline at **(877) 558-0333**. It may not be too late.

## The abortion clinic said I have to complete the abortion; is that true?

No, it is always your choice to change your mind. Even if you have started the chemical abortion process, reversal may still be a choice for you.

## What if I am cramping or spotting? Does it mean it's too late to reverse the abortion pill?

Spotting or bleeding is common during reversal treatment. It is important and safe to continue the progesterone even if you experience spotting or bleeding, unless directed otherwise.

If you experience heavy bleeding, faintness, severe abdominal pain, or fever, seek emergency medical attention immediately. This could be an effect of the abortion pill and would require immediate care.

It is important to have an ultrasound (https://colfsclinic.org/what-you-need-to-know-pregnancy-confirmation-ultrasound/)to confirm that your baby is in the uterus as soon as possible.

## What if I want to reverse the abortion pill but I've waited too long? What do I do then?

Please call the APR helpline number **(877) 558-0333**. You may still be pregnant. It may not be too late.

## What about the other pills the abortion clinic gave me?

The second medication's purpose is to cause the uterus to contract and expel the baby.

The second drug is not needed if you want to try to reverse the chemical abortion.

How do I start the APR process?

- Call the APR helpline: **(877) 558-0333**.

- An on-call Healthcare Professional will ask you some basic questions to see if reversal is possible.
- The Healthcare Professional will then connect you with a doctor or medical provider in your area to start treatment, if that is your choice.
- COLFS Medical Clinics serve APR patients throughout San Diego County regardless of their ability to pay.

## What is the treatment to reverse the abortion pill?

An ultrasound will be done as soon as possible to confirm heart rate, placement, and dating of the pregnancy.

The doctor or other medical provider will prescribe progesterone, given as a pill to be taken orally or vaginally or possibly by intramuscular injection.

The treatment will usually continue through the first trimester of pregnancy.

## What is the success rate of this reversal process?

Initial studies of APR have shown that APR has a 64-68% success rate. Without the APR treatment, the first drug may fail to abort the pregnancy on its own. In other words, your pregnancy may continue even without APR if you decide not to take the second abortion drug likely prescribed or provided to you when you took the first drug. APR has been shown to increase the chances of allowing the pregnancy to continue.

However, the outcome of your particular reversal attempt cannot be guaranteed.[6] (https://proliferibbon.com/content/apr-faq/#_ftn6)

## What about birth defects? Is my baby going to be OK?

The American College of Obstetricians and Gynecologists (ACOG) in its Practice Bulletin Number 143, March 2014, states that: "No evidence exists to date of a teratogenic effect" if you take the first abortion pill. In other words, it does not appear that taking the first drug causes birth defects.

Progesterone has been safely used in pregnancy for over 50 years. Initial studies have found that the birth defect rate in babies born after the APR is less than or equal to the rate in the general population. Neither the first drug of the medical abortion nor progesterone is associated with birth defects. [7] (https://proliferibbon.com/content/apr-faq/#_ftn7)[8] (https://proliferibbon.com/content/apr-faq/#_ftn8)

## What are the possible side effects of progesterone?

Progesterone may cause sleepiness, lack of energy, light headedness, dizziness, gastrointestinal discomfort and headaches. Increased fluid intake might help relieve these symptoms.

It is important that you follow all of the instructions of your APR provider carefully. If you have any questions, contact your provider.

# Some progesterone treatments include peanut oil – what if I am allergic to peanuts?

If you are allergic to peanuts or peanut oil, notify your provider before beginning APR. Progesterone may include this ingredient, so it is important that you notify your provider of any of these allergies before taking progesterone. An alternative form of progesterone may be available for those with an allergy.

## How much will this cost?

Costs of the treatment varies depending on the progesterone used. Insurance plans may cover treatment. COLFS Medical Clinics will cover expenses for our APR patients who do not have insurance or financial means to pay for treatment.

# Even though I regret my decision to take the abortion pill, there is no way I could keep and raise this baby alone and without support. What do I do?

We are here to help support pregnant women and their developing babies. Contact us and we can connect you to the support you need to make the best decision possible for you and your baby.

If you think parenting might be an option for you, but you have concerns about money, baby supplies, insurance or your parenting skills, we can help.

# I'd like to save this pregnancy, but I'll probably get kicked out of my house. What should I do?

Call the helpline at **(877) 558-0333.** We will help you find the resources you need for your particular situation. Most women might need a little (or a lot) of help. We are committed to help women and families with anything from baby bottles and diapers, to peer and professional consultations, and even housing.

## Are the abortion pill and the morning after pill the same thing?

No, they are different. The "morning after pill" is marketed as an emergency contraception method. The most commonly used preparation contains a high level of a progestin and can be taken up to 72 hours after sexual intercourse. New insights into how it works make it clear that it can prevent implantation of the young human embryo into the lining of the uterus. This is a contragestational or abortifacient effect, not a contraceptive effect.

The abortion pill is taken up to 70 days (10 weeks) into a pregnancy with the intention of causing an abortion. It works by blocking progesterone receptors. Progesterone is the necessary hormone that nurtures and supports a pregnancy.

The newest morning after pill, Ella, is very similar to the abortion pill in its action in that it blocks progesterone receptors. It is approved by the FDA for use up to five days after intercourse and also has abortifacient effects.

## Does your organization provide the abortion pill to women or perform surgical abortions?

COLFS Medical Clinics provide compassionate support for women during their pregnancies and does not provide or refer for abortion services. We work diligently to provide women seeking reversal with information and resources to make healthy choices for their pregnancies.

## Do any professional organizations support Abortion Pill Rescue?

The American Association of Pro-Life Obstetricians and Gynecologists, a 2500-member organization, supports offering APR to women who regret initiating the abortion pill process, after appropriate informed consent.

**> View the AAPLOG statement here (https://aaplog.org/wp-content/uploads/2019/02/2019-AAPLOG-Statement-on-Abortion-Pill-Reversal.pdf)**

There are many cases of women who have changed their minds after taking the abortion pill and gone on to have a successful pregnancy with the APR protocol.  So while you are not alone, your situation is unique to you.  At COLFS Medical Clinics, we have years of experience and the answers for which you are looking.  Please contact us. We are here to help you.



[1] (https://proliferibbon.com/content/apr-faq/#_ftnref1) REMS Study Group (2017). Sixteen Years of
Overregulation: Time to Unburden. (http://Sixteen Years of Overregulation: Time to Unburden
Mifeprex.) *New England Journal of Medicine*.

[2] (https://proliferibbon.com/content/apr-faq/#_ftnref2) Medication Abortion. Mayo Clinic Web Site.
https://www.mayoclinic.org/tests-procedures/medical-abortion/about/pac-20394687
(https://www.mayoclinic.org/tests-procedures/medical-abortion/about/pac-20394687). Published July 7,
2018. Retrieved September 8, 2018.

[3] (https://proliferibbon.com/content/apr-faq/#_ftnref3) Medical Management of First Trimester Abortion.
Clinical Management Guidelines for Obstetricians-Gynecologists Practice Bulletin. Number 143. March
2014.

[4] (https://proliferibbon.com/content/apr-faq/#_ftnref4) Progesterone Treatment to Help Prevent Premature
Birth. March of Dimes Web Site. https://www.marchofdimes.org/complications/progesterone-treatment-to-
help-prevent-premature-birth.aspx (https://www.marchofdimes.org/complications/progesterone-treatment-
to-help-prevent-premature-birth.aspx). Published 2018. Retrieved September 8, 2018.

[5] (https://proliferibbon.com/content/apr-faq/#_ftnref5) Hormones in Pregnancy. Niger Med J.
(https://www.ncbi.nlm.nih.gov/pubmed/23661874) 2012 Oct;53(4):179-83. doi: 10.4103/0300-
1652.107549.

[6] (https://proliferibbon.com/content/apr-faq/#_ftnref6)Delgado, G, M.D., Condly, S. Ph.D., Davenport, M,
M.D., M.S.,Tinnakornsrisuphap, T Ph.D., Mack, J., Ph.D., NP, RN,  Khauv, V., B.S., and Zhou, P. A Case
Series Detailing the Successful Reversal of the Effects of the Abortion Pill Using Progesterone. *Issues in
Law & Medicine, Volume 33, Number 1, 2018*

[7] (https://proliferibbon.com/content/apr-faq/#_ftnref7) Unleashing the power of a woman's cycle:
Progesterone Support in Pregnancy. NaPro Technology Web Site.
https://www.naprotechnology.com/progesterone.htm (https://www.naprotechnology.com/progesterone.htm).
Retrieved July 11, 2018.

[8] (https://proliferibbon.com/content/apr-faq/#_ftnref8) Progesterone and Pregnancy: A Vital Connection.
Resolve Web Site. https://resolve.org/infertility-101/the-female-body/progesterone-pregnancy-vital-
connection/ (https://resolve.org/infertility-101/the-female-body/progesterone-pregnancy-vital-connection/).
Published 2018. Retrieved July 11, 2018.

*Posted in Abortion (https://colfsclinic.org/category/abortion/), Pregnancy
(https://colfsclinic.org/category/pregnancy/) and tagged abortion pill (https://colfsclinic.org/tag/abortion-pill/),
abortion pill antidote (https://colfsclinic.org/tag/abortion-pill-antidote/), abortion pill rescue
(https://colfsclinic.org/tag/abortion-pill-rescue/), reverse abortion pill (https://colfsclinic.org/tag/reverse-abortion-
pill/), stop abortion pill (https://colfsclinic.org/tag/stop-abortion-pill/)*

## Office Hours

**Mon-Fri 9AM to 5PM**

Request Appointment (https://colfsclinic.org/schedule-an-appointment/)

362 W Mission Ave Suite 105
Escondido, CA 92025
(https://goo.gl/maps/WGXiMp8TV7S2)

3750 Convoy St., Suite 118
(https://goo.gl/maps/xdkgB3ekCJpGFYqn8)
San Diego, CA 92111
(https://goo.gl/maps/xdkgB3ekCJpGFYqn8)

6280 Jackson Drive, Suite 8
(https://maps.app.goo.gl/UAMdmx7rFHRcKkUH8)
San Diego, CA 92119
(https://maps.app.goo.gl/UAMdmx7rFHRcKkUH8)



(https://pwhcenters.org/)

**OFFICE: (760) 741-1224**

**FAX: (760) 741-7010**

© 2023 COLFS Medical Clinic. All Rights Reserved.

## Policies

Privacy Policy & Terms of Use Policy
(https://colfsclinic.org/privacy-policy-and-terms-of-use/)
Notice of Privacy Practices (https://colfsclinic.org/npp/) |

11/2/24, 9:35 AM Case 3:24-cv-01338-GPC-KSC Document 21-4 Abortion Pill Rescue FAQs - Colfs Clinic Filed 11/15/24 PageID.1260 Page 80 of 80

Disclaimers (https://colfsclinic.org/disclaimers/)



(https://pwhcenters.org/)