UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CULTURE OF LIFE FAMILY SERVICES, INC., a California nonprofit corporation,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ATTORNEY GENERAL ROB BONTA, in his official capacity as the California Attorney General,<br><br>　　　　　　　　　　　Defendant. | Case No.:  24-cv-01338-GPC-KSC<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION FOR PRELIMINARY INJUNCTION**<br><br>[ECF No. 21] |

　　　Culture of Life Family Services, Inc. filed a Motion for Preliminary Injunction. ECF No. 21.  The Court will set the following briefing schedule.  Any opposition shall be filed on or before December 4, 2024.  Any reply shall be filed on or before December 16, 2024.  A hearing on this matter is scheduled for January 10, 2025 at **1:30 PM in Courtroom 2D**.

　　　**IT IS SO ORDERED.**

Dated: November 18, 2024

Hon. Gonzalo P. Curiel
United States District Judge