ROB BONTA
Attorney General of California
NELI N. PALMA (SBN: 203374)
Senior Assistant Attorney General
KATHLEEN BOERGERS (SBN: 213530)
KARLI EISENBERG (SBN: 281923)
Supervising Deputy Attorneys General
ERICA CONNOLLY (SBN: 288822)
HAYLEY PENAN (SBN: 313693)
Deputy Attorneys General
State Bar No. 288822
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7785
  Fax: (916) 327-2319
  E-mail: Hayley.Penan@doj.ca.gov
*Attorneys for Defendant Attorney General Rob Bonta, in his official capacity as California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Cultures of Life Family Services, Inc., a California Nonprofit Corporation,**<br><br>Plaintiff,<br><br>v.<br><br>**Attorney General Rob Bonta, in his Official Capacity as California Attorney General,**<br><br>Defendant. | 3:24-cv-01338-GPC-KSC<br><br>**JOINT MOTION TO SET BRIEFING SCHEDULE AND CONTINUE PRELIMINARY INJUNCTION HEARING**<br><br>Date: January 10, 2025<br>Time: 1:30 p.m.<br>Courtroom: 2D<br>Judge: Hon. Gonzalo P. Curiel<br>Trial Date: N/A<br>Action Filed: July 30, 2024 |

1

Joint Mot. to Set Briefing Schedule and Continue Prelim. Inj. Hearing. (3:24-cv-01338-GPC-KSC)

## STIPULATION

WHEREAS on July 30, 2024, Plaintiff Culture of Life Family Services, Inc. ("COLFS") filed its initial complaint against Defendant Attorney General Rob Bonta, in his official capacity as California Attorney General ("Attorney General"), alleging four claims against the Attorney General: 1) violations of the Free Speech Clause of the First Amendment; 2) violations of the Free Exercise Clause of the First Amendment; 3) violations of the "right to receive information" under the First Amendment; and 4) violations of substantive due process rights under the Fourteenth Amendment, ECF No. 1;

WHEREAS on November 5, 2024, COLFS moved for a preliminary injunction against the Attorney General, asking the Court to enjoin the Attorney General from enforcing California's Unfair Competition Law, Bus. & Prof. Code § 17200, et seq. ("UCL") and False Advertising Law, Bus. & Prof. Code § 17500, et seq. ("FAL") against COLFS with regard to certain statements that COLFS makes regarding abortion pill reversal ("APR"), ECF No. 13;

WHEREAS on November 12, 2024, the Court granted the Attorney General's motion to dismiss COLFS' complaint, permitting COLFS leave to amend its complaint within seven days of the order, ECF No. 17;

WHEREAS on November 13, 2024, the Court denied COLFS' preliminary injunction as moot, ECF No. 18;

WHEREAS on November 15, 2024, COLFS filed its amended complaint and re-filed its preliminary injunction motion with a hearing date of January 10, 2025, ECF Nos. 20, 21;

WHEREAS the current deadline for the Attorney General to respond to COLFS' amended complaint is December 6, 2024;

WHEREAS the parties have met and conferred and agreed that it would promote efficiency for the Court to consider the parties' arguments regarding

2

Joint Mot. to Set Briefing Schedule and Continue Prelim. Inj. Hearing. (3:24-cv-01338-GPC-KSC)

COLFS' amended complaint along with the parties' arguments regarding the preliminary injunction motion;

WHEREAS the parties further agreed that to facilitate that efficiency, the briefing schedule for the Attorney General's response to COLFS' complaint should parallel the briefing for the preliminary injunction and that the hearing on the preliminary injunction should be continued to accommodate the additional time for the Attorney General's response to COLFS' complaint;

THE PARTIES HEREBY STIPULATE AND REQUEST that the Court continue the hearing on COLFS' preliminary injunction motion until February 7, 2025 at 1:30 p.m. and issue the following scheduling order on briefing for the preliminary injunction motion and the Attorney General's response to COLFS' complaint:

- Deadline for the Attorney General's response to COLFS' complaint and the Attorney General's opposition to COLFS' preliminary injunction motion: December 10, 2024;
- Deadline for COLFS' opposition to the Attorney General's response to COLFS' complaint and COLFS' reply to its preliminary injunction motion: January 3, 2025;
- Deadline for the Attorney General's reply to its response to COLFS' complaint: January 17, 2025

3

Joint Mot. to Set Briefing Schedule and Continue Prelim. Inj. Hearing. (3:24-cv-01338-GPC-KSC)

| | | |
|---|---|---|
| 1 | Dated: November 19, 2024 | Respectfully submitted, |

ROB BONTA
Attorney General of California
NELI PALMA
Senior Assistant Attorney General
KATHLEEN BOERGERS
KARLI EISENBERG
Supervising Deputy Attorneys General


*/s/ Erica Connolly*
ERICA CONNOLLY
HAYLEY PENAN
Deputy Attorneys General
*Attorneys for Defendant Attorney General Rob Bonta*

Dated: November 19, 2024

*/s/ Jeffrey Trissell*
PAUL JONNA
JEFFREY TRISSELL
LiMandri & Jonna LLP
*Attorneys for Culture of Life Family Services, Inc.*

SA2024303420