IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Culture of Life Family Services, Inc.,** | Case No. 3:24-cv-01338-GPC-KSC |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE AND CONTINUING PRELIMINARY INJUNCTION HEARING** |
| v. | |
| **Attorney General Bonta, in his Official Capacity as California Attorney General,** | |
| Defendant. | |

Having read and considered the Joint Motion to Set Briefing Schedule and Continue Preliminary Injunction Hearing filed by Plaintiff Culture of Life Family Services, Inc. ("COLFS") and Defendant Attorney General Rob Bonta, sued in his official capacity as the California Attorney General ("Attorney General"), and good cause appearing therefore,

IT IS SO ORDERED that the hearing on COLFS' preliminary injunction motion is continued from January 10, 2025 to February 7, 2025 at 1:30 p.m.

IT IS FURTHER ORDERED that the following briefing schedule shall apply:

1. The Attorney General's deadline to respond to COLFS' amended complaint and to oppose COLFS' preliminary injunction motion is December 10, 2024;

2. The deadline for COLFS to submit its reply in support of the preliminary injunction motion and to file any opposition to the Attorney General's response to the amended complaint is January 3, 2025; and

3. The deadline for the Attorney General to file any reply in support of his response to COLFS' amended complaint is January 17, 2025.

Dated: November 20, 2024

Hon. Gonzalo P. Curiel
United States District Judge