ROB BONTA
Attorney General of California
NELI N. PALMA (SBN: 203374)
Senior Assistant Attorney General
KATHLEEN BOERGERS (SBN: 213530)
KARLI EISENBERG (SBN: 281923)
Supervising Deputy Attorneys General
ERICA CONNOLLY (SBN: 288822)
HAYLEY PENAN (SBN: 313693)
LAUREN ZWEIER (SBN: 291361)
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7785
  Fax: (916) 324-5567
  E-mail: Hayley.Penan@doj.ca.gov
*Attorneys for Defendant Attorney General Rob Bonta, in his official capacity as California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Cultures of Life Family Services, Inc.,**<br><br>Plaintiff,<br><br>v.<br><br>**Attorney General Bonta, in his official capacity as the California Attorney General,**<br><br>Defendant. | 3:24-cv-01338-GPC-KSC<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ATTORNEY GENERAL ROB BONTA'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: February 7, 2025<br>Time: 1:30 p.m.<br>Courtroom: 2D<br>Judge: Hon. Gonzalo P. Curiel<br>Trial Date: N/A<br>Action Filed: July 30, 2024 |

1

# REQUEST FOR JUDICIAL NOTICE

Defendant Rob Bonta, Attorney General of the State of California ("Attorney General"), sued in his official capacity, requests that the Court take judicial notice, pursuant to Rule 201 of the Federal Rules of Evidence, of the documents referenced below, which are submitted as exhibits to the Attorney General's Opposition to Plaintiff's Preliminary Injunction Motion, filed December 10, 2024.

| | | |
|---|---|---|
| Ex. A | | Defendants' Verified Answer to the Complaint, *People v. Heartbeat Int'l, Inc.*, Case No. 23CV044940. A true and correct copy of the Answer is attached hereto as Exhibit A. |
| Ex. B | | Order re Ruling on Submitted Matter filed by Heartbeat International, Inc. (denying demurrers), *People v. Heartbeat Int'l, Inc.*, Case No. 23CV044940. A true and correct copy of the Order is attached hereto as Exhibit B. |
| Ex. C | | Scheduling Order, *People v. Heartbeat Int'l, Inc.*, Case No. 23CV044940. A true and correct copy of the Order is attached hereto as Exhibit C. |
| Ex. D | | Declaration of Thomas Cunningham, Ph.D., M.A., M.S., *All-Options, Inc. v. Atty. Gen. of Ind.*, Case No. 1:21-cv-1231-JPH-MJD, ECF No. 53-2 (S.D. Ind. May 31, 2021). A true and correct copy of the declaration is attached hereto as Exhibit D. |
| Ex. E | | Declaration of Courtney A. Schreiber, M.D., M.P.H., *All-Options, Inc. v. Atty. Gen. of Ind.*, Case No. 1:21-cv-1231-JPH-MJD, ECF No. 53-6 (S.D. Ind. May 31, 2021). A true and correct copy of the declaration is attached hereto as Exhibit E. |

| | | |
|---|---|---|
| 1 | Ex. F | Rebuttal Declaration of Thomas Cunningham, Ph.D., M.A., M.S., *All-Options, Inc. v. Atty. Gen. of Ind.*, Case No. 1:21-cv-1231-JPH-MJD, ECF No. 63, Ex. 2 (S.D. Ind. June 18, 2021).  A true and correct copy of the declaration is attached hereto as Exhibit F. |
| 6 | Ex. G | Declaration of Courtney A. Schreiber, M.D., M.P.H. in support of Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunction, *Planned Parenthood of Tenn. & N. Miss. v. Slatery*, No. 3:20-cv-00740, ECF No. 6-1 (M.D. Tenn. Sept. 1, 2020).  A true and correct copy of the declaration is attached hereto as Exhibit G. |
| 12 | Ex. H | Declaration of Steven Joffe, M.D., M.P.H., in support of Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunction, *Planned Parenthood of Tenn. & N. Miss. v. Slatery*, No. 3:20-cv-00740, ECF No. 6-2 (M.D. Tenn. Sept. 1, 2020).  A true and correct copy of the declaration is attached hereto as Exhibit H. |
| 18 | Ex. I | Rebuttal Declaration of Courtney A. Schreiber, M.D., M.P.H. in support of Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunction, *Planned Parenthood of Tenn. & N. Miss. v. Slatery*, No. 3:20-cv-00740, ECF No. 31-3 (M.D. Tenn. Sept. 25, 2020).  A true and correct copy of the declaration is attached hereto as Exhibit I. |
| 25 | Ex. J | Rebuttal Declaration of Dr. Steven Joffe, M.D., M.P.H. in support of Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunction, *Planned Parenthood of Tenn. & N. Miss. v. Slatery*, No. 3:20-cv-00740, ECF |

|   |   |   |
|---|---|---|
| | | No. 31-4 (M.D. Tenn. Sept. 25, 2020). A true and correct copy of the declaration is attached hereto as Exhibit J. |
| | Ex. K | Declaration of Courtney A. Schreiber, M.D., M.P.H. in support of Plaintiffs' Motion for Preliminary Injunction, *Am. Med. Ass'n*, No. 1:19-cv-00125-DLH-CRH, ECF No. 16 (D.N.D. June 26, 2019). A true and correct copy of the declaration is attached hereto as Exhibit K. |
| | Ex. L | Declaration of Dr. Matthew K. Wynia in support of Plaintiffs' Motion for Preliminary Injunction, *Am. Med. Ass'n*, No. 1:19-cv-00125-DLH-CRH, ECF No. 18 (D.N.D. June 26, 2019). A true and correct copy of the declaration is attached hereto as Exhibit L. |
| | Ex. M | Supplemental Declaration of Courtney A. Schreiber, M.D., M.P.H. in further support of Plaintiffs' Motion for Preliminary Injunction, *Am. Med. Ass'n*, No. 1:19-cv-00125-DLH-CRH, ECF No. 44-1 (D.N.D. July 31, 2019). A true and correct copy of the declaration is attached hereto as Exhibit M. |

Judicial notice is appropriate where a fact is not subject to reasonable dispute because it "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Judicial notice by a court is mandatory "if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).

Judicial notice of exhibits A through M is appropriate because these documents were filed with various state and federal courts and as such are not subject to reasonable dispute and are "capable of accurate and ready determination by resort to sources who accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b); *see DeFiore v. SOC LLC*, 85 F.4th 546, 559 n.10 (9th Cir. 2023) ("We can

take judicial notice of that declaration as a court filing in related litigation."); *Reyn's Pasta Vella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006) ("We may take judicial notice of court filings and other matters of public record."); *U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) ("[W]e may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue.") (quotations omitted).

## CONCLUSION

For the foregoing reasons, the Attorney General respectfully requests that the Court take judicial notice of the above referenced documents and further, that the Court consider the above referenced documents in connection with the Attorney General's Opposition to Plaintiffs' Preliminary Injunction Motion.

Dated: December 10, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
NELI N. PALMA
Senior Assistant Attorney General
KATHLEEN BOERGERS
KARLI EISENBERG
Supervising Deputy Attorneys General

*/s/ Erica Connolly*
ERICA CONNOLLY
HAYLEY PENAN
LAUREN ZWEIER
Deputy Attorneys General
*Attorneys for Defendant Attorney General Rob Bonta, in his official capacity as California Attorney General*

SA2024303420

5

Req. for Judicial Notice ISO Atty. Gen. Opp. to Pl.'s Prelim. Inj. Mot. (3:24-cv-01338-GPC-KSC)