ROB BONTA
Attorney General of California
NELI N. PALMA (SBN: 203374)
Senior Assistant Attorney General
KATHLEEN BOERGERS (SBN: 213530)
KARLI EISENBERG (SBN: 281923)
Supervising Deputy Attorneys General
ERICA CONNOLLY (SBN: 288822)
HAYLEY PENAN (SBN: 313693)
LAUREN ZWEIER (SBN: 291361)
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7785
  Fax: (916) 324-5567
  E-mail: Hayley.Penan@doj.ca.gov
*Attorneys for Defendant Attorney General
Rob Bonta, in his official capacity as
California Attorney General*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Cultures of Life Family Services, Inc.,**<br><br>Plaintiff,<br><br>v.<br><br>**Attorney General Bonta, in his official capacity as the California Attorney General,**<br><br>Defendant. | 3:24-cv-01338-GPC-KSC<br><br>**DECLARATION OF ERICA CONNOLLY IN SUPPORT OF ATTORNEY GENERAL ROB BONTA'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:        February 7, 2025<br>Time:        1:30 p.m.<br>Courtroom:  2D<br>Judge:       Hon. Gonzalo P. Curiel<br>Trial Date:  N/A<br>Action Filed: July 30, 2024 |

1

I, ERICA CONNOLLY, declare:

1.    I am a Deputy Attorney General in the Office of the Attorney General for the State of California and am a member in good standing with the State Bar of California.  I am admitted to appear in this Court.  I represent Attorney General Rob Bonta, in his official capacity as the California Attorney General ("Attorney General").  I have personal knowledge of the following facts and could competently testify regarding their truth if called on to do so.

2.    Attached to this declaration are true and correct copies of the following documents in support of the Opposition to Plaintiffs' Preliminary Injunction Motion filed by Attorney General Rob Bonta:

a.    Attached as Exhibit 1 is a true and correct copy of the article *Continuing Pregnancy after Mifepristone and "Reversal" of First-Trimester Medical Abortion: A Systematic Review*, which was authored by Daniel Grossman, M.D., et al., and appeared in the medical journal Contraception in 2015.

b.    Attached as Exhibit 2 is a true and correct copy of the article *Progesterone Use to Reverse the Effects of Mifepristone*, which was authored by Dr. George Delgado and Dr. Mary Davenport, and appeared in the journal The Annals of Pharmacotherapy in 2012.

c.    Attached as Exhibit 3 is a true and correct copy of the article *A Case Series Detailing the Successful Reversal of the Effects of Mifepristone Using Progesterone*, which was authored by Dr. George Delgado, et al. and appears in the journal Issues in Law and Medicine in 2018.

d.    Attached as Exhibit 4 is a true and correct copy of the article *Rating Evidence in Medical Literature*, which was authored by Opeyemi O. Daramola, M.D., and John S. Rhee, M.D., M.P.H. and appeared in the American Medical Association Journal of Ethics in January 2011.

e.      Attached as Exhibit 5 is a true and correct copy of the article *Embryo Survival After Mifepristone: A Systematic Review of the Literature*, which was authored by Dr. Mary Davenport, et al. and appeared in the journal Issues in Law and Medicine in 2017.

f.      Attached as Exhibit 6 is a true and correct copy of the article *Abortion "Reversal" – Legislating Without Evidence*, which was authored by Daniel Grossman, M.D., and Karli White, Ph.D., M.P.H. and appeared in The New England Journal of Medicine in 2018.

g.      Attached as Exhibit 7 is a true and correct copy of the article *Reversal of Medication Abortion with Progesterone: A Systematic Review*, which was authored by Bianca Maria Stifani and Antonella Francheska Lavelanet and appeared in BMJ Sex. Reprod. Health in January 2024.

h.      Attached as Exhibit 8 is a true and correct copy of a statement from the American College of Obstetricians and Gynecologists titled *Facts Are Important: Medication Abortion "Reversal" Is Not Supported by Science*, available at https://www.acog.org/advocacy/facts-are-important/medication-abortion-reversal-is-not-supported-by-science.

i.      Attached as Exhibit 9 is a true and correct copy of a statement from the Society of Obstetricians and Gynaecologists of Canada titled *SOGC Statement on Abortion Medication "Reversal,"* published in March 2021 and available at https://sogc.org/common/Uploaded%20files/Latest%20News/SOGCStatement_AbortionMedicationReversal.pdf.

j.      Attached as Exhibit 10 is a true and correct copy of a joint statement from The Royal College of Obstetricians and Gynaecologists, The Faculty of Sexual and Reproductive Healthcare, the Royal College of Midwives, and the British Society of Abortion Care Providers titled *Joint Statement on "Abortion Reversal,"* available at

3

https://www.rcog.org.uk/media/nbahkgvo/rcog-fsrh-abortion-reversal-position-statement.pdf.

k.      Attached as Exhibit 11 is a true and correct copy as of December 3, 2024 of the *Gala – COLFS* webpage, which is available at https://friendsofcolfs.org/gala/.

l.      Attached as Exhibit 12 is a true and correct copy of the transcript created by Youtube of the video *Dr. Delgado Abortion Pill Reversal Keynote Speech – Obria 19th Annual Gala, Sept. 27, 2023*, which is available at https://www.youtube.com/watch?v=hygLm4QXP_c.

m.      Attached as Exhibit 13 is a true and correct copy of a certified transcript from the *Defending Life and Religious Liberty: A Conversation with Dr. George Delgado and Chuck LiMandri*, an episode from JP2 Catholic Radio and is available at https://www.youtube.com/watch?v=ddtG4f-PXZQ. A hard drive with a copy of the video simultaneously is being lodged with the Court and served on opposing counsel

n.      Attached as Exhibit 14 is a true and correct copy of the article *Mifepristone Antagonization with Progesterone to Prevent Medical Abortion: A Randomized Controlled Trial*, which was authored by Dr. Mitchell D. Creinin, M.D., et al., and appeared in the journal Obstetrics & Gynecology in January 2020.

o.      Attached as Exhibit 15 is a true and correct copy as of December 5, 2024 of the *How Safe Is the Abortion Pill?* Webpage on the Planned Parenthood website, which is available at https://www.plannedparenthood.org/learn/abortion/the-abortion-pill/how-safe-is-the-abortion-pill.

4

1        I declare under penalty of perjury that the foregoing is true and correct and of

2    my own personal knowledge.

3        Executed on December 10, 2024, in Sacramento, California.

4                                          */s/ Erica Connolly*

5                                          Erica Connolly

SA2024303420

5