

Office of the Clerk
# United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

**Molly C. Dwyer**
Clerk of Court

## PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

Docket Number: 25-3828
Originating Case Number: 3:24-cv-01338-GPC-KSC

Case Title: Culture of Life Family Services, Inc. v. Bonta

**Monday, June 23, 2025**
Culture of Life Family Services, Inc.    Mediation Questionnaire due

**Wednesday, July 16, 2025**
Culture of Life Family Services, Inc.    Preliminary Injunction Opening Brief Due

**Wednesday, August 13, 2025**
Rob Bonta    Preliminary Injunction Answering Brief Due

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**