Charles S. LiMandri, SBN 110841
  cslimandri@limandri.com
Paul M. Jonna, SBN 265389
  pjonna@limandri.com
Jeffrey M. Trissell, SBN 292480
  jtrissell@limandri.com
LiMANDRI & JONNA LLP
P.O. Box 9120
Rancho Santa Fe, CA 92067
Telephone: (858) 759-9930
Facsimile: (858) 759-9938

Thomas Brejcha, *pro hac vice*\*
  tbrejcha@thomasmoresociety.org
Peter Breen, *pro hac vice*\*
  pbreen@thomasmorsociety.org
THOMAS MORE SOCIETY
309 W. Washington St., Ste. 1250
Chicago, IL 60606
Tel: (312) 782-1680
\*Application forthcoming

*Attorneys for Plaintiff Culture of Life Family Services, Inc.*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CULTURE OF LIFE FAMILY SERVICES, INC. a California nonprofit corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>ATTORNEY GENERAL ROB BONTA, in his official capacity as the California Attorney General,<br><br>  Defendant. | Case No.: 3:24-cv-1338-GPC-KSC<br><br>**JOINT MOTION TO STAY TRIAL COURT PROCEEDINGS PENDING RESOLUTION OF PLAINTIFF'S APPEAL**<br><br>Judge: Hon. Gonzalo P. Curiel<br>Location: Courtroom: 2D<br><br>Action Filed: July 30, 2024 |

**TO: THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Culture of Life Family Services, Inc. ("COLFS") and Defendant California Attorney General Rob Bonta, by and through counsel, will and hereby do apply to the Court, for a stay of all proceedings pending issuance of the mandate from Plaintiff COLFS's pending appeal to the United States Court of Appeals for the Ninth Circuit.

In support of this Joint Motion, undersigned counsel declare as follows:

1. "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936).

2. "When determining whether to stay an action, the court must weigh the following competing interests: (1) 'the possible damage which may result from the granting of a stay;' (2) 'the hardship or inequity which a party may suffer in being required to go forward;' and (3) 'the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay.'" *Delapaz v. Bank of Am.*, No. 3:21-cv-1660-GPC, 2025 WL 1115029, at *2 (S.D. Cal. Apr. 15, 2025) (quoting *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962)).

3. Here, Plaintiff COLFS initiated this action by filing the original complaint against Defendant Bonta on **July 30, 2024**. ECF No. 1.

4. Following the grant of Defendant Bonta's motion to dismiss, with leave to amend, ECF No. 4, Plaintiff COLFS filed its First Amended Complaint on **November 15, 2024**. ECF No. 19.

5. The parties then filed cross-motions. Plaintiff COLFS filed a motion for a preliminary injunction on **November 15, 2024**, ECF No. 21, and

Defendant Bonta filed a motion to dismiss on **December 10, 2024**. ECF No. 25.

6. The Court heard argument on these motions on **February 7, 2025**, ECF Nos. 32, 34, and denied Plaintiff COLFS's motion and granted in part and denied in part Defendant Bonta's motion, on **June 13, 2025**. ECF Nos. 43, 44.

7. On **June 17, 2025**, Plaintiff COLFS filed its notice of appeal to the Ninth Circuit from these orders, ECF No. 45, which has been docketed as Appeal No. 25-3828, with Plaintiff COLFS's opening brief due by July 16, 2025.

8. The parties believe that interests of economy and justice warrant a stay of proceedings pending resolution of that appeal, without prejudice to any party subsequently moving to lift the stay.

Based on the foregoing, the parties respectfully request that the Court issue an Order staying all proceedings in this Court pending issuance of the mandate in Plaintiff COLFS's appeal, No. 25-3828.

Pursuant to 28 U.S.C. § 1746, undersigned counsel declares under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

LiMANDRI & JONNA LLP

Dated: June 24, 2025        By:    */s/ Paul M. Jonna*
                                   Charles S. LiMandri
                                   Paul M. Jonna
                                   Jeffrey M. Trissell
                                   Attorneys for Plaintiff
                                   Culture of Life Family Services, Inc.

ROB BONTA
*Attorney General of California*

Dated: June 24, 2025   By:   */s/ Erica Connolly*
Erica Connolly
Hayley Penan
Lauren Zweier
*Deputy Attorneys General*
Attorneys for Defendant Rob Bonta, in his official capacity as California Attorney General

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to attorneys for Defendants and that I have obtained their authorization to affix their electronic signatures to this document.

Respectfully submitted,

LiMANDRI & JONNA LLP

Dated: June 24, 2025   By:   */s/ Paul M. Jonna*
Charles S. LiMandri
Paul M. Jonna
Jeffrey M. Trissell
Attorneys for Plaintiff
Culture of Life Family Services, Inc.

# CERTIFICATE OF SERVICE

*Culture of Life Services v. Attorney General Ron Bonta*
USDC Court Case No.: 3:24-cv-1338-GPC-KSC

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; my business address is P.O. Box 9120, Rancho Santa Fe, California 92067, and that I served the following document(s):

- **JOINT MOTION TO STAY TRIAL COURT PROCEEDINGS PENDING RESOLUTION OF PLAINTIFF'S APPEAL; and**
- **ORDER GRANTING JOINT MOTION TO STAY TRIAL COURT PROCEEDINGS PENDING RESOLUTION OF PLAINTIFF'S APPEAL.**

on the interested parties in this action by placing a true copy in a sealed envelope, addressed as follows:

Rob Bonta, Attorney General of California
Renu George, Senior Assistant Attorney General
Karli Eisenberg, Supervising Deputy Attorney General
Kathleen Boergers, Supervising Deputy Attorney General
Erica Connolly, Deputy Attorney General
Hayley Penan, Deputy Attorney General
1300 "I" Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Tel: (916) 210-7755
Fax: (916) 327-2319
E-Mail: Erica.Connolly@doj.ca.gov
E-Mail: karli.eisenberg@doj.ca.gov
E-Mail: kathleen.boergers@doj.ca.gov
E-Mail: hayley.penan@doj.ca.gov
**Attorney for Defendant Attorney General of California Rob Bonta**

__X__ **(BY ELECTRONIC MAIL)** I served a true copy, electronically on designated recipients via electronic transmission of said documents.

__X__ **(BY ELECTRONIC FILING/SERVICE)** I caused such document(s) to be Electronically Filed and/or Service using the ECF/CM System for filing and transmittal of the above documents to the above-referenced ECF/CM registrants.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct. Executed on June 24, 2025, at Rancho Santa Fe, California.

_____
Kathy Denworth