UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CULTURE OF LIFE FAMILY SERVICES, INC. a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>ATTORNEY GENERAL ROB BONTA, in his official capacity as the California Attorney General,<br><br>Defendant. | Case No.: 3:24-cv-1338-GPC-KSC<br><br>**ORDER GRANTING JOINT MOTION TO STAY TRIAL COURT PROCEEDINGS PENDING RESOLUTION OF PLAINTIFF'S APPEAL**<br><br>Judge:     Hon. Gonzalo P. Curiel<br>Location:  Courtroom: 2D<br><br>Action Filed: July 30, 2024 |

Pending before the Court is a joint motion to stay trial court proceedings pending the resolution of Plaintiff's interlocutory appeal. Good cause appearing, the Court **GRANTS** the joint motion. All proceedings before this Court are **STAYED** pending issuance of the mandate in Appeal No. 25-3828.

**IT IS SO ORDERED.**

Dated: June 25, 2025

*[signature]*
Hon. Gonzalo P. Curiel
United States District Judge